## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **Bedrock Computer Technologies LLC,** | § | |
| | § | **Case No. 6;09-CV-269** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Jury Trial Demanded** |
| **1. Softlayer Technologies, Inc.,** | § | |
| **2. CitiWare Technology Solutions, LLC,** | § | |
| **3. Google Inc.,** | § | |
| **4. Yahoo! Inc.,** | § | |
| **5. MySpace Inc.,** | § | |
| **6. Amazon.com Inc.,** | § | |
| **7. PayPal Inc.,** | § | |
| **8. Match.com, Inc.,** | § | |
| **9. AOL LLC, and** | § | |
| **10. CME Group Inc.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## BEDROCK COMPUTER TECHNOLOGIES LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Bedrock Computer Technologies LLC hereby advises the Court that it is a Texas corporation and does not have a parent corporation. No publicly held company owns a 10% or more interest in the corporation.

Dockets.Justia.com

DATED: June 16, 2009

Respectfully submitted,

**McKOOL SMITH, P.C.**

 /s/ *Sam F. Baxter*
Sam F. Baxter, Lead Attorney
Texas Bar No. 01938000
**McKOOL SMITH, P.C.**
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile:  (903) 923-9099

Douglas A. Cawley
Texas Bar No. 04035500
dcawley@mckoolsmith.com
Theodore Stevenson, III
Texas Bar No. 19196650
tstevenson@mckoolsmith.com
**McKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-4000
Facsimile: 214-978-4044

Robert M. Parker
Texas Bar No. 15498000
Robert Christopher Bunt
Texas Bar No.  00787165
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: 903-531-3535
Facsimile: 903-533-9687
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF**
**BEDROCK COMPUTER TECHNOLOGIES**