# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Bedrock Computer Technologies LLC,** | § | Case No. 6:09-cv-269 |
| | § | |
| **Plaintiff,** | § | **Jury Trial Demanded** |
| | § | **(LED)** |
| v. | § | |
| | § | |
| 1. Softlayer Technologies, Inc., | § | |
| 2. CitiWare Technology Solutions, LLC, | § | |
| 3. Google Inc., | § | |
| 4. Yahoo! Inc., | § | |
| 5. MySpace Inc., | § | |
| 6. Amazon.com Inc., | § | |
| 7. PayPal Inc., | § | |
| 8. Match.com, Inc., | § | |
| 9. AOL LLC, and | § | |
| 10. CME Group Inc., | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Robert M. Parker enters his appearance in this matter as additional counsel for Plaintiff Computer Technologies, LLC, for the purpose of receiving notices from the Court.

Dated: June 17, 2009         Respectfully submitted,

*/s/ Robert M. Parker*
Robert M. Parker
State Bar No. 15498000
Robert Christopher Bunt
State Bar No.  00787165
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
903/531-3535
903/533-9687 - Facsimile
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com

Attorneys for Plaintiff
Bedrock Computer Technologies, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this June 17, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Robert M. Parker*
Robert M. Parker