# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **BEDROCK COMPUTER TECHNOLOGIES, LLC** | § § § § | |
| Plaintiff, | § § | **CASE NO. 609 CV 269** |
| vs. | § § | **PATENT CASE** |
| **SOFTLAYER TECHNOLOGIES, INC.,** et al. | § § § § | |
| Defendants. | § | |

## ORDER

The Court **ORDERS** the Plaintiff to file a notice that the case is ready for scheduling conference when all of the Defendants have either answered or filed a motion to transfer or dismiss. The notice shall be filed within five days of the last remaining Defendant's answer or motion. The notice shall include a list of any pending motions to dismiss or transfer.

**So ORDERED and SIGNED this 22nd day of June, 2009.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**