IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Bedrock Computer Technologies LLC | § § | Civil Action No. 6:09-cv-269 |
| | § | |
| v. | § § | Jury Trial Demanded |
| Softlayer Technologies, Inc., et al | § § § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT GOOGLE INC.

Defendant Google Inc. files this Notice of Appearance of Counsel, and hereby notifies the Court that Michael E. Jones of the law firm Potter Minton, A Professional Corporation, 110 N. College, Suite 500, Tyler, Texas 75702, is appearing as counsel for Google Inc. in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: June 25, 2009          Respectfully submitted,

**POTTER MINTON**
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas 75710
(903) 597 8311
(903) 593 0846 (Facsimile)

By:  */s/ Michael E. Jones*
     Michael E. Jones
     State Bar No. 10929400
     mikejones@potterminton.com

**ATTORNEYS FOR DEFENDANT GOOGLE INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 25, 2009. Any other counsel of record will be served by first class mail on this same date.

                              /s/ Michael E. Jones