UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

*CASE AND DEADLINE INFORMATION*

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?          Yes

                                                                           No

    If no, please indicate which application this represents:     Second

                                                                           Third

                                                                           Other _____

Date of Service of Summons:

Number of days requested:          30 days

                                   15 days

                                   Other \_\_\_\_\_ days

New Deadline Date:                 *(Required)*

*ATTORNEY FILING APPLICATION INFORMATION*

    Full Name:

    State Bar No.:

    Firm Name:

    Address:

    Phone:

    Fax:

    Email:

A certificate of conference does not need to be filed with this unopposed application.