UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.:

Name of party you are representing:

Is this the first application for extension of time in this case?   Yes
                                                                    No

    If no, please indicate which application this represents:   Second
                                                                                    Third
                                                                                    Other _____

Date of Service of Summons:

Number of days requested:    30 days
                             15 days
                             Other \_\_\_\_\_ days

New Deadline Date:           *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

    Full Name:
    State Bar No.:
    Firm Name:
    Address:




    Phone:
    Fax:
    Email:

A certificate of conference does not need to be filed with this unopposed application.