# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC § § § v. § § SOFTLAYER TECHNOLOGIES § INC., ET AL. § | Civil Action No. 6:09-cv-269  Jury Trial Demanded |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT
## SOFTLAYER TECHNOLOGIES, INC. (PAUL V. STORM)

Defendant Softlayer Technologies, Inc. files this Notice of Appearance of Counsel, and hereby notifies the Court that Paul V. Storm of the law firm Storm LLP, 901 Main Street, Suite 7100, Dallas, Texas 75202, is appearing as counsel for Softlayer Technologies, Inc. in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: July 1, 2009

Respectfully submitted,

/s/ Paul V. Storm
Paul V. Storm
  State Bar No. 19325350
  paulstorm@stormllp.com
Anthony P. Miller
  State Bar No. 24041484
  amiller@stormllp.com
STORM LLP
901 Main Street
Suite 7100
Dallas, Texas 75202
(214) 347-4700 (Telephone)
(214) 347-4799 (Facsimile)

**COUNSEL FOR DEFENDANT
SOFTLAYER TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2009, a true and correct copy of the foregoing instrument has been sent to all counsel of record by electronic mail through ECF filing in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Texas.

/s/ Paul V. Storm
Paul V. Storm