AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of TEXAS, TYLER DIVISION

FILED-CLERK
U.S. DISTRICT COURT
2009 JUL -2 AM 10: 19
TX EASTERN-MARSHALL
BY_____

Bedrock Computer Technologies LLC,
Plaintiff,

V.

Softlayer Technologies, Inc., et al.,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  6:09-cv-269

TO: (Name and address of Defendant)

Yahoo! Inc.
701 First Avenue
Sunnyvale, California  94089-1019



**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sam F. Baxter
McKool Smith, P.C.
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Malone

CLERK OF COURT

MLL



DATE  6/18/09

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE  JUNE 19, 2009 |
| NAME OF SERVER *(PRINT)*  RANDOLPH K. BURHAM | TITLE  TEXAS PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Service personally upon the defendant. Place where served: 350 SAINT PAUL, SUITE 2900 DALLAS, TEXAS 75201

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☑ Other (specify): DELIVERED TO YAHOO! INC. BY DELIVERING TO IT'S REGISTERED AGENT, CT CORPORATION SYSTEM BY DELIVERING TO IT'S AUTHORIZED AGENT, AMANDA CARROUTH

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on JUNE 19, 2009
       Date

*Signature of Server* Randolph K. Burham

5470 L B J Freeway, Suite 100
Dallas, Texas 75240
*Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.