AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of TEXAS, TYLER DIVISION

FILED-CLERK
U.S. DISTRICT COURT
2009 JUL -2 AM 10: 19
TX EASTERN-MARSHALL

Bedrock Computer Technologies LLC,
Plaintiff,

V.

Softlayer Technologies, Inc., et al.,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 6:09-cv-269

TO: (Name and address of Defendant)

Softlayer Technologies, Inc.
6400 International Pkwy., Suite 2000
Plano, Texas 75093



**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sam F. Baxter
McKool Smith, P.C.
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Maland

CLERK OF COURT

MLL



6/18/09

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER (PRINT) | TITLE | ** SEE ATTACHED ** *** AFFIDAVIT *** |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

** SEE ATTACHED **
*** AFFIDAVIT ***

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                              *Signature of Server*

                                         _____
                                              *Address of Server*

** SEE ATTACHED **
*** AFFIDAVIT ***

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(By) DEPUTY CLERK
AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | 6:09-CV-269 |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE | 6/19/2009 |
| NAME OF SERVER (PRINT) ADIL TADLI | TITLE | TEXAS PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Service personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☑ Other (specify): SERVED ON SOFTLAYER TECHNOLOGIES, INC BY DELIVERING TO ITS REGISTERED AGENT, LANCE CROSBY AT 6400 INTERNATIONAL PARKWAY, SUITE 2000 PLANO, TEXAS 75093

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on JUNE 19TH 2009
Date

Signature of Server

5470 L B J Freeway, Suite 100
Dallas, Texas 75240
*Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.