%AO 440 (Rev. 8/01) Summons in a Civil Action

FILED-CLERK
U.S. DISTRICT COURT
2009 JUL -2 AM 10: 19
TX EASTERN-MARSHALL

# UNITED STATES DISTRICT COURT

EASTERN District of TEXAS, TYLER DIVISION

Bedrock Computer Technologies LLC,
Plaintiff,

V.

Softlayer Technologies, Inc., et al.,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 6:09-cv-269



TO: (Name and address of Defendant)

CitiWare Technology Solutions, LLC
819 Pinegrove Lane
Longview, Texas 75604

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sam F. Baxter
McKool Smith, P.C.
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



David Maland
CLERK OF COURT
MLL

6/18/09
DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 06-22-09 |
| NAME OF SERVER (PRINT) KENT DROELLE | TITLE: PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): PERSONALLY DELIVERED TO NATE NELL WHO IDENTIFIED HIMSELF AS OWNER OF CITIWARE TECHNOLOGY SOLUTIONS, LLC.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06-22-09
    Date

*Signature of Server* KENT DROELLE, SCH-3731

405 SHELY, LONGVIEW TX 75604
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.