AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of TEXAS, TYLER DIVISION

FILED-CLERK
U.S. DISTRICT COURT
2009 JUL -2 AM 10: 18
TX EASTERN-MARSHALL

Bedrock Computer Technologies LLC,
Plaintiff,

V.

Softlayer Technologies, Inc., et al.,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 6:09-cv-269

*1:08 6/19*

*Peter Fleetwood*
*Male Olive Skin 45yrs*
*6'1 175lbs Black hair*

TO: (Name and address of Defendant)

Amazon.com Inc.
1200 12th Avenue S, Suite 1200
Seattle, Washington 98144-2734

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sam F. Baxter
McKool Smith, P.C.
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*David Maland*

CLERK OF COURT

MLL

6/18/09

DATE

AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/19/09 @ 1:08 pm | |
| NAME OF SERVER (PRINT) DEBRA Gorecki | TITLE Process Server RegisteATION # 2006-01 | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By Serving the Registered Agent for Amazon.Com Inc. Corporation Services, Peter Fleetwood 6500 Harbour Heights Pky., Mukilteo WA. 98275

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/19/09
Date

Signature of Server: Debra Gorecki

7901 Happy Hollow Rd
Stanwood, WA. 98292
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure