AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of TEXAS, TYLER DIVISION

FILED-CLERK
U.S. DISTRICT COURT
2009 JUL -2 AM 10: 18
TX EASTERN-MARSHALL

Bedrock Computer Technologies LLC,
Plaintiff,

V.

Softlayer Technologies, Inc., et al.,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 6:09-cv-269

CLERK U.S. DISTRICT
RECEIVED
JUL 0 6 2009
EASTERN DISTRICT OF TEXAS

TO: (Name and address of Defendant)

PayPal Inc.
2211 N. 1st Street
San Jose, California 95131-2021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sam F. Baxter
McKool Smith, P.C.
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Maland
CLERK OF COURT
MLL

6/18/09
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 19, 2009 @ 4:15 p.m. |
| NAME OF SERVER *(PRINT)* Elwin Stuart | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Delivered to PayPal, Inc. by delivering to their registered agent National Registered Agents, Inc. at 16055 Space Center Blvd., Suite 235, Houston, Texas by delivering to Priscilla Cardenas, Assistant Secretary

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 20, 2009        *[signature]*
　　　　　　　　Date　　　　　　　　Signature of Server   Elwin Stuart, SCH1192

　　　　　　　　　　　　　　　　　3801 Kirby, #313, Houston, Texas 77098
　　　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.