◎AO 440 (Rev 8/01) Summons in a Civil Action

CTH 6-19-09

# UNITED STATES DISTRICT COURT

| EASTERN | District of | TEXAS, TYLER DIVISION |

Bedrock Computer Technologies LLC,
Plaintiff,

V.

Softlayer Technologies, Inc., et al.,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  6:09-cv-269



TO: (Name and address of Defendant)

Google Inc.
1600 Amphitheatre Pkwy.
Mountain View, California 94043-1351

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sam F. Baxter
McKool Smith, P.C.
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



David Maland
CLERK OF COURT
MLL

6/18/09
DATE

Affidavit Attached

AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | June 19, 2009 @ 9:34 AM |
| NAME OF SERVER (PRINT) JEFF KEYTON | TITLE | Process Server, SCH-0735 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Affidavit Attached

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/21/09

Signature of Server

Address of Server: 809 Rio Grande, Ste 103, Austin, TX 78701

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

Came to hand on the 19th day of June, 2009, at 9:20 o'clock am.
Cause No. 6:09-CV-269

Executed at 701 Brazos Street, Suite 1050 Austin, Texas 78701 within the County of Travis at 9:34 o'clock am on the 19th day of June, 2009, by delivering to the within named:

GOOGLE, INC.,
by delivering to its Registered Agent, CORPORATION SERVICE COMPANY,
by delivering to its designated agent, SUE VERTREES, in person, a true copy of this Summons in a Civil Action together with Original Complaint for Patent Infringement, Demand for Jury Trial, Civil Cover Sheet, and Exhibit "A" attached, having first endorsed upon such copy of such Summons the date of delivery.

I am not a party to or interested in the outcome of the suit referenced above.
I am authorized by written order to serve citation and other notices. I am not less than eighteen (18) years of age.

Service Fee $

| BEDROCK COMPUTER TECHNOLOGIES, LLC, Plaintiff V. SOFTLAYER TECHNOLOGIES, INC., ET AL Defendant | By: _____<br>Jeff Keyton  ID# SCH-735<br>(Authorized Person)<br><br>THOMAS PROCESS<br>809 Rio Grande Street<br>Suite 103<br>Austin, Texas 78701<br>(512) 320-8330 |

## VERIFICATION

STATE OF TEXAS §
COUNTY OF TRAVIS §

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Jeff Keyton, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
Given under my hand and seal of office this 21st day of June, A.D., 2009.

NOTARY PUBLIC, STATE OF TEXAS

43864/170-0134