# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Bedrock Computer Technologies LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CA No. 6:09-cv-269** |
| v. | § | |
| | § | |
| Softlayer Technologies, Inc., | § | **JURY TRIAL REQUESTED** |
| CitiWare Technology Solutions, LLC, | § | |
| Google, Inc., Yahoo! Inc., MySpace, Inc., | § | |
| Amazon.com Inc., PayPal Inc., | § | |
| Match.com, Inc., AOL LLC, and | § | |
| CME Group Inc., | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF

Please take notice that the following attorney is entering an appearance for Plaintiff Bedrock Computer Technologies LLC in the above numbered and entitled cause, for the purpose of representing Plaintiff and receiving notices and orders from the Court.

    John Austin Curry
    Texas State Bar No. 24059636
    acurry@mckoolsmith.com
    McKool Smith P.C.
    300 Crescent Court, Suite 1500
    Dallas, Texas 75201
    Telephone: (214) 978-4207
    Telecopier: (214) 978-4044

Mr. Curry is currently admitted to practice in the United States District Court for the Eastern District of Texas. Sam Baxter of McKool Smith, P.C. will be lead counsel and Attorney-in-Charge.

DATED: July 9, 2009

                                                            Respectfully submitted,

**McKOOL SMITH, P.C.**

/s/ John Austin Curry _____
Sam F. Baxter, Lead Attorney
Texas Bar No. 01938000
**McKOOL SMITH, P.C.**
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile:  (903) 923-9099

Douglas A. Cawley
Texas Bar No. 04035500
dcawley@mckoolsmith.com
Theodore Stevenson, III
Texas Bar No. 19196650
tstevenson@mckoolsmith.com
John Austin Curry
Texas State Bar No. 24059636
acurry@mckoolsmith.com
**McKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-4000
Facsimile: 214-978-4044

Robert M. Parker
Texas Bar No. 15498000
Robert Christopher Bunt
Texas Bar No.  00787165
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: 903-531-3535
Facsimile: 903-533-9687
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF
BEDROCK COMPUTER
TECHNOLOGIES**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail, on this the 9th day of July, 2009.

/s/ John Austin Curry
John Austin Curry