UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

*CASE AND DEADLINE INFORMATION*

Civil Action No.: 6:09-cv-269-LED

Name of party you are representing: Amazon.com Inc.

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 6/19/09

Number of days requested:  ☑ 30 days
☐ 15 days
☐ Other ____ days

New Deadline Date: 8/10/09   *(Required)*

*ATTORNEY FILING APPLICATION INFORMATION*

Full Name: Jennifer Parker Ainsworth
State Bar No.: 00784720
Firm Name: Wilson, Robertson & Cornelius, P.C.
Address: P.O. Box 7339
Tyler, Texas 75711

Phone: 903-509-5000
Fax: 903-509-5092
Email: jainsworth@wilsonlawfirm.com

A certificate of conference does not need to be filed with this unopposed application.