**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **Bedrock Computer Technologies LLC,** | § | |
| | § | **Case No. 6:09-CV-269** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Jury Trial Demanded** |
| **1. Softlayer Technologies, Inc.,** | § | |
| **2. CitiWare Technology Solutions, LLC,** | § | |
| **3. Google Inc.,** | § | |
| **4. Yahoo! Inc.,** | § | |
| **5. MySpace Inc.,** | § | |
| **6. Amazon.com Inc.,** | § | |
| **7. PayPal Inc.,** | § | |
| **8. Match.com, Inc.,** | § | |
| **9. AOL LLC, and** | § | |
| **10. CME Group Inc.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT CME GROUP INC. TO ANSWER OR OTHERWISE RESPOND

Plaintiff respectfully requests that the Court extend the deadline for Defendant CME Group, Inc., ("CME") to answer to August 15, 2009.

Plaintiff served its summons on CME on June 24, 2009. CME has requested 30 additional days to answer or other respond to the Complaint. Plaintiff does not oppose the motion, and agreed to file this motion on behalf of CME. This is the first extension of time sought relating to CME's answer. Plaintiff respectfully requests that the Court extend the deadline for CME to answer to August 15, 2009.

Dockets.Justia.com

DATED: July 15, 2009

Respectfully submitted,

**McKOOL SMITH, P.C.**

 /s/ *Sam F. Baxter*
Sam F. Baxter, Lead Attorney
Texas Bar No. 01938000
**McKOOL SMITH, P.C.**
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile:  (903) 923-9099

Douglas A. Cawley
Texas Bar No. 04035500
dcawley@mckoolsmith.com
Theodore Stevenson, III
Texas Bar No. 19196650
tstevenson@mckoolsmith.com
**McKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-4000
Facsimile: 214-978-4044

Robert M. Parker
Texas Bar No. 15498000
Robert Christopher Bunt
Texas Bar No.  00787165
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: 903-531-3535
Facsimile: 903-533-9687
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF
BEDROCK COMPUTER TECHNOLOGIES**

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing document were filed via CM/ECF, and were thereby made available to all counsel of record.

   /s/ Theodore Stevenson, III
Theodore Stevenson, III

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff has conferred with Counsel for CME; CME does not oppose the relief requested in this Motion.

   /s/ Theodore Stevenson, III
Theodore Stevenson, III