# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Bedrock Computer Technologies LLC,** | § § | **Case No. 6:09-CV-269** |
| Plaintiff, | § § | |
| v. | § § | **Jury Trial Demanded** |
| 1. Softlayer Technologies, Inc., | § | |
| 2. CitiWare Technology Solutions, LLC, | § | |
| 3. Google Inc., | § | |
| 4. Yahoo! Inc., | § | |
| 5. MySpace Inc., | § | |
| 6. Amazon.com Inc., | § | |
| 7. PayPal Inc., | § | |
| 8. Match.com, Inc., | § | |
| 9. AOL LLC, and | § | |
| 10. CME Group Inc., | § § | |
| Defendants. | § § | |

## **ORDER**

Before the Court is Plaintiff's Unopposed Motion for Extension of Time for Defendant CME Group, Inc. to Answer or Otherwise Respond, dated July 15, 2009. The Court **GRANTS** the Motion. The Court **EXTENDS** the deadline for Defendant CME Group, Inc. to answer or otherwise respond to **August 15, 2009.**

**So ORDERED and SIGNED this 17th day of July, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

Dallas 282167v1