AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of TEXAS, TYLER DIVISION

FILED-CLERK
U.S. DISTRICT COURT
2009 JUL 23 AM 9: 15
TX EASTERN-MARSHALL

Bedrock Computer Technologies LLC,
Plaintiff,

V.

Softlayer Technologies, Inc., et al.,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 6:09-cv-269

TO: (Name and address of Defendant)

AOL LLC
770 Broadway
New York, New York 10003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sam F. Baxter
McKool Smith, P.C.
104 E. Houston Street, Suite 300
P.O. Box O
Marshall, Texas 75670

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Maland
CLERK OF COURT
MLL

6/18/09
DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/19/09 at 3:48 PM | |
| NAME OF SERVER (PRINT) Daniel Newcomb | TITLE Process Server | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Service on AOL LLC was effectuated by serving Mary Drummond, Managing Agent duly authorized to accept service. Service was made at Corporation Service Co., 2711 Centerville Rd. # 400, Wilmington, DE 19808.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/22/09
                    Date

Signature of Server

Special Delivery
5470 L B J Freeway
Dallas, TX  75240

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.