IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Bedrock Computer Technologies LLC | § | |
| | § | Civil Action No. 6:09-cv-269 |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| Softlayer Technologies, Inc., et al | § | |
| | § | |

## ORDER GRANTING DEFENDANT PAYPAL INC.'S UNOPPOSED MOTION FOR EXTENSION TO ANSWER PLAINTIFF'S COMPLAINT

Defendant PayPal Inc., without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, filed its unopposed motion to extend its time to answer, move or otherwise respond to Plaintiff's Complaint until and through August 24, 2009. Such motion is GRANTED.

It is therefore ORDERED that Defendant PayPal Inc. has until and through August 24, 2009 to answer, move, or otherwise respond to Plaintiff's Complaint.

**So ORDERED and SIGNED this 4th day of August, 2009.**



　　　　　　　　**LEONARD DAVIS**
　　　　　　　　**UNITED STATES DISTRICT JUDGE**

{A07\7713\0011\W0397319.1 }