IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Bedrock Computer Technologies LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:09-CV-269-LED |
| § | |
| Softlayer Technologies, Inc., § | JURY TRIAL DEMANDED |
| CitiWare Technology Solutions, LLC, § | |
| Google Inc., § | |
| Yahoo! Inc., § | |
| MySpace Inc., § | |
| Amazon.com Inc., § | |
| PayPal Inc., § | |
| Match.com Inc., § | |
| AOL LLC, and § | |
| CME Group Inc., § | |
| § | |
| Defendants. § | |

## NOTICE OF APPEARANCE OF ALAN L. WHITEHURST

Notice is hereby given that the undersigned attorney, Alan L. Whitehurst, enters his appearance in this matter as counsel for Defendants AOL LLC, MySpace Inc., and Amazon.com Inc., for the purpose of receiving notices and orders from the Court.

Dated: August 5, 2009        Respectfully submitted,

   /s/ *Alan L. Whitehurst*
Alan L. Whitehurst
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 756-3491
Facsimile: (202) 654-4993
Alan.whitehurst@alston.com

*Attorney for Defendants AOL LLC,*
*MySpace Inc., and Amazon.com Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 5th day of August, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served via first class mail and/or facsimile.

                                               */s/ Alan L. Whitehurst*
                                               Alan L. Whitehurst