IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> (1)   SOFTLAYER TECHNOLOGIES, INC.; <br> (2)   CITIWARE TECHNOLOGY SOLUTIONS, LLC.; <br> (3)   GOOGLE, INC..; <br> (4)   YAHOO! INC.; <br> (5)   MYSPACE INC.; <br> (6)   AMAZON.COM INC.; <br> (7)   PAYPAL INC.; <br> (8)   MATCH.COM, INC.; <br> (9)   AOL LLC; <br>        AND <br> (10) CME GROUP INC. <br><br> Defendants. | Civil Action No. 6:09-cv-00269-LED <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Yahoo! Inc. ("Yahoo") files this Notice of Appearance, and hereby notifies the Court that Yar R. Chaikovsky enters his appearance as lead counsel in this matter as counsel for Yahoo! for the purpose of receiving notices and orders from the Court.

| Dated: August 6, 2009 | Respectfully submitted, |
|---|---|
|  | /s/  Yar R. Chaikovsky<br><br>Yar R. Chaikovsky<br>California State Bar No. 175421<br>Sonnenschein Nath & Rosenthal LLP<br>1530 Page Mill Road, Suite 200<br>Palo Alto, CA  94304-1125<br>Telephone:  (650) 798-0330<br>Facsimile:   (650) 798-0310<br>Email:  ychaikovsky@sonnenschein.com<br><br>Attorney for Defendant Yahoo! Inc. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by overnight delivery or first class mail this same date.

/s/ Yar R. Chaikovsky
Yar R. Chaikovsky

14813078\V-1