UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

*CASE AND DEADLINE INFORMATION*

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?    Yes
                                                                      No

    If no, please indicate which application this represents:    Second
                                                                                      Third
                                                                                      Other _____

Date of Service of Summons:

Number of days requested:        30 days

                               15 days

                               Other \_\_\_\_\_ days

New Deadline Date:               *(Required)*

*ATTORNEY FILING APPLICATION INFORMATION*

    Full Name:

    State Bar No.:

    Firm Name:

    Address:

    Phone:

    Fax:

    Email:

A certificate of conference does not need to be filed with this unopposed application.