IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Bedrock Computer Technologies LLC | § § | Civil Action No. 6:09-cv-269 |
| v. | § § § | Jury Trial Demanded |
| Softlayer Technologies, Inc., et al | § § § | |

## **DEFENDANTS GOOGLE INC. AND MATCH.COM, INC.'S UNOPPOSED MOTION FOR EXTENSION TO ANSWER PLAINTIFF'S COMPLAINT**

Defendants Google Inc. and Match.com, Inc., without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, file this unopposed motion for extension of time in which to answer, move, or otherwise respond to Plaintiff Bedrock Computer Technologies LLC's Complaint and would respectfully show the Court as follows:

Google Inc. and Match.com, Inc. have requested and Plaintiff has agreed to a thirty (30) day extension of time to respond in any manner whatsoever including answer, motion or other pleading of any type to Plaintiff's Complaint. Specifically, Google Inc. and Match.com, Inc. request, and Plaintiff does not oppose, an extension of time up to and including September 9, 2009.

A proposed Order granting this unopposed motion is attached for the Court's convenience.

Dated: August 7, 2009                                        Respectfully submitted,

By: _*/s/ Michael E. Jones*_
    Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com

{A07\7713\0011\W0400900.1 }

POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas 75710
(903) 597 8311
(903) 593 0846 (Facsimile)

**ATTORNEYS FOR DEFENDANT
GOOGLE INC. and MATCH.COM, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 7, 2009. Any other counsel of record will be served by first class mail on this same date.

/s/ Michael E. Jones

{A07\7713\0011\W0400900.1 }