UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>(1)    SOFTLAYER TECHNOLOGIES, INC.;<br>(2)    CITIWARE TECHNOLOGY SOLUTIONS, LLC.;<br>(3)    GOOGLE, INC..;<br>(4)    YAHOO! INC.;<br>(5)    MYSPACE INC.;<br>(6)    AMAZON.COM INC.;<br>(7)    PAYPAL INC.;<br>(8)    MATCH.COM, INC.;<br>(9)    AOL LLC;<br>        and<br>(10)  CME GROUP INC.<br><br>        Defendants. | Civil Action No. 6:09-cv-00269-LED<br><br>**JURY TRIAL DEMANDED** |

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

Defendant Yahoo! Inc. ("Yahoo!") files this Notice of Appearance, and hereby notifies the Court that Mark Christopher Nelson enters his appearance as counsel in this matter for Yahoo! for the purpose of receiving notices and orders from the Court.

Dated: August 7, 2009  Respectfully submitted,

    /s/  Mark C. Nelson
---

Mark C. Nelson
Texas State Bar No. 00794361
Sonnenschein Nath & Rosenthal LLP
2000 McKinney Avenue, Suite 1900
Dallas, TX  75201-1858
Telephone:  (214) 259-0901
Facsimile:    (214) 259-0910
Email:  mcnelson@sonnenschein.com

Attorney for Defendant Yahoo! Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by overnight delivery or first class mail this same date.

/s/ Mark C. Nelson
Mark C. Nelson

14813095\V-1