IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>v.<br><br>(1)   SOFTLAYER TECHNOLOGIES, INC.;<br>(2)   CITIWARE TECHNOLOGY SOLUTIONS, LLC.;<br>(3)   GOOGLE, INC..;<br>(4)   YAHOO! INC.;<br>(5)   MYSPACE INC.;<br>(6)   AMAZON.COM INC.;<br>(7)   PAYPAL INC.;<br>(8)   MATCH.COM, INC.;<br>(9)   AOL LLC;<br>      AND<br>(10) CME GROUP INC.<br><br>        Defendants. | Civil Action No. 6:09-cv-00269-LED<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Yahoo! Inc. ("Yahoo!") files this Notice of Appearance, and hereby notifies the Court that Matthew D. Orwig enters his appearance as counsel in this matter for Yahoo! for the purpose of receiving notices and orders from the Court.

| Dated: August 11, 2009 | Respectfully submitted, |
|---|---|
| | /s/ Matthew D. Orwig<br><br>Matthew D. Orwig<br>Texas State Bar No. 15325300<br>Sonnenschein Nath & Rosenthal LLP<br>2000 McKinney Avenue, Suite 1900<br>Dallas, TX 75201-1858<br>Telephone: (214) 259-0990<br>Facsimile: (214) 259-0910<br>Email: morwig@sonnenschein.com<br><br>Attorney for Defendant Yahoo! Inc. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by overnight delivery or first class mail this same date.

/s/ Matthew D. Orwig
Matthew D. Orwig

14813099\V-1