Appendix K

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
__Tyler__ DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

Revised: 1/24/07

FILED CLERK
U.S. DISTRICT COURT
09 AUG 12 PM 3:43
TEXAS EASTERN
BY_____

1. This application is being made for the following: Case # __6:09-cv-269-LED__
Style: __Bedrock Computer Tech. LLC v. Softlayer Tech. Inc.__
2. Applicant is representing the following party/ies: __MySpace Inc., Amazon.com Inc., AOL LLC__
3. Applicant was admitted to practice in __CA__ (state) on __12/1981__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: __CA Supreme Court, USDC CA (Northern, Central, Eastern, and Southern), US Court of Appeals Ninth Cir. USDC TX (Northern)__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Louis A. Karasik__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __8/6/09__     Signature __Louis Karasik__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Louis A. Karasik
State Bar Number   CA Bar No. 100672
Firm Name:   Alston & Bird LLP
Address/P.O. Box:   333 South Hope St, 16 Floor
City/State/Zip:   Los Angeles, CA   90071
Telephone #:   (213) 576-1148
Fax #:   (213) 576-1100
E-mail Address:   lou.karasik@alston.com
Secondary E-Mail Address: jennifer.lathrop@alston.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on:   **8/13/09**

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By   MLL
Deputy Clerk

# Receipt for Payment

Receipt No: 6-1-0018948

## United States District Court

for the

Eastern District of Texas at Tyler

Date: Wednesday, August 12, 2009

Received from:

**ALSTON & BIRD LLP**
333 SOUTH HOPE STREET
16 FLOOR
LOS ANGELES, CA 90071

| Account | Amount |
|---------|--------|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

| Account | Description |
|---------|-------------|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: Check

Case or other reference: 6:09-CV-269 LED

Comments: PHV FEE PAID FOR LOUIS KARASIK
CHECK #00003716

Received by: GG