Appendix K

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
__Tyler__ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED CLERK
Revised: 1/24/07
AUG 12 PM 4: 11
EASTERN
BY:_____

1. This application is being made for the following: Case # __6:09-CV-00269-LED__
Style: __Bedrock Computer Technologies, LLC v. Softlayer Technologies, Inc., et al.__
2. Applicant is representing the following party/ies: __Google Inc.; Match.com, Inc.__
3. Applicant was admitted to practice in __CA__ (state) on __Dec. 1980__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/~~has not~~ had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/~~has not~~ ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/~~has not~~ been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__SCOTUS; 9th Cir.; Fed. Cir.; N.D.Cal.; C.D.Cal.; S.D.Cal.; E.D.Cal.; CA State Cts__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:
I, __Claude M. Stern__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __Aug. 11, 2009__                    Signature _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Claude M. Stern
State Bar Number 96737
Firm Name: Quinn Emanuel Urquhart Oliver & Hedges LLP
Address/P.O. Box: 555 Twin Dolphin Dr., Ste 560
City/State/Zip: Redwood City, CA 94065
Telephone #: 650·801·5002
Fax #: 650·801·5700
E-mail Address: claudestern@quinnemanuel.com
Secondary E-Mail Address: sandranichols@quinnemanuel.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __8/13/09__



David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____MLL_____
Deputy Clerk

# Receipt for Payment

Receipt No: 6-1-0018949

## United States District Court
for the
Eastern District of Texas at Tyler

Date: Wednesday, August 12, 2009

Received from:

POTTER MINTON
P O BOX 359
TYLER, TX 75710

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $100.00 |
| Total | $100.00 |

Payment method: Check

Case or other reference:

Comments: PHV PAYMENS FOR CLAUDE STERN, TODD BRIGGS, EVETLE PENNYPACHER, AND ANTONIO SISTOS
CHECK #069168

Received by: GG