## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| Bedrock Computer Technologies LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:09-CV-269-LED |
| | § | |
| Softlayer Technologies, Inc., | § | JURY TRIAL DEMANDED |
| CitiWare Technology Solutions, LLC, | § | |
| Google Inc., | § | |
| Yahoo! Inc., | § | |
| MySpace Inc., | § | |
| Amazon.com Inc., | § | |
| PayPal Inc., | § | |
| Match.com Inc., | § | |
| AOL LLC, and | § | |
| CME Group Inc., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants AOL LLC, MySpace Inc., Amazon.com Inc., and CME Group Inc., pursuant to Rule 12 F.R.C.P., file this unopposed motion for extension of time to answer, move or otherwise respond to Plaintiff Bedrock Computer Technologies LLC's Complaint.

Defendants AOL, MySpace, andAmazon.com have requested, and Plaintiff has agreed to an additional sixteen (16) day extension to respond in any manner whatsoever including answer, motion or other pleading of any type to Plaintiff's Complaint. Defendant CME Group Inc. has requested, and Plaintiff has agreed to an additional twenty-five (25) day extension to respond in any manner whatsoever including answer, motion or other pleading of any type to Plaintiff's Complaint. Specifically, AOL, MySpace, Amazon.com and CME Group request, and Plaintiff does not oppose, an extension of time up to and including September 9, 2009.

WHEREFORE, on the basis of the foregoing, AOL, MySpace, Amazon.com and CME Group respectfully request that the Court grant their Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.

Dated: August 17, 2009     Respectfully submitted,

       */s/ Alan L. Whitehurst*
Alan L. Whitehurst
Alan.whitehurst@alston.com
Marissa R. Ducca
Marissa.ducca@alston.com
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC  20004
Telephone:  (202) 756-3300
Facsimile:  (202) 756-3333

Michael J. Newton (SBN 24003844)
Mike.newton@alston.com
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 3601
Dallas, TX  75201
Telephone:  (214) 922-3423
Facsimile:  (214) 922-3839

Frank G. Smith
frank.smith@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309
Telephone:  (404) 881-7240
Facsimile:  (404) 256-8184

*Attorneys for Defendants AOL LLC, MySpace Inc., Amazon.com Inc., and CME Group Inc.*

## CERTIFICATE OF SERVICE

       The undersigned certifies that on this 17th of August, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule Cv-5(a)(3). Any other counsel of record will be served via first class mail and/or facsimile.

       */s/ Alan L. Whitehurst*
       Alan L. Whitehurst