# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Bedrock Computer Technologies LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:09-CV-269-LED |
| | § | |
| Softlayer Technologies, Inc., | § | JURY TRIAL DEMANDED |
| CitiWare Technology Solutions, LLC, | § | |
| Google Inc., | § | |
| Yahoo! Inc., | § | |
| MySpace Inc., | § | |
| Amazon.com Inc., | § | |
| PayPal Inc., | § | |
| Match.com Inc., | § | |
| AOL LLC, and | § | |
| CME Group Inc., | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS; AOL LLC, MYSPACE INC., AMAZON.COM INC. AND CME GROUP INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

The Court having reviewed Defendants' AOL LLC, MySpace Inc., Amazon.com Inc., and CME Group Inc's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint hereby GRANTS such motion, and it is ORDERED that the AOL LLC, MySpace Inc., Amazon.com Inc., and CME Group Inc. shall have through and including until September 9, 2009 to answer or otherwise respond to Plaintiff's Complaint.

**So ORDERED and SIGNED this 18th day of August, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**