IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Bedrock Computer Technologies LLC | § § | Civil Action No. 6:09-cv-269 |
| v. | § § § | Jury Trial Demanded |
| Softlayer Technologies, Inc., et al | § § § | |

## **DEFENDANT PAYPAL INC.'S UNOPPOSED MOTION FOR EXTENSION TO ANSWER PLAINTIFF'S COMPLAINT**

Defendant PayPal Inc., without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, files this unopposed motion for extension of time in which to answer, move, or otherwise respond to Plaintiff Bedrock Computer Technologies LLC's Complaint and would respectfully show the Court as follows:

PayPal Inc. has requested and Plaintiff has agreed to an additional extension of PayPal Inc.'s time to respond in any manner whatsoever including answer, motion or other pleading of any type to Plaintiff's Complaint. Specifically, PayPal Inc. requests, and Plaintiff does not oppose, an extension of time up to and including September 9, 2009.

A proposed Order granting this unopposed motion is attached for the Court's convenience.

Dated: August 21, 2009                                  Respectfully submitted,

                                                        By:    */s/ Michael E. Jones*
                                                              Michael E. Jones
                                                        State Bar No. 10929400
                                                        mikejones@potterminton.com
                                                        **POTTER MINTON**
                                                        A Professional Corporation

{A07\7713\0011\W0397319.2 }

110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas 75710
(903) 597 8311
(903) 593 0846 (Facsimile)

**ATTORNEYS FOR DEFENDANT
PAYPAL INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 21, 2009. Any other counsel of record will be served by first class mail on this same date.

*/s/ Michael E. Jones*