UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 6:09-cv-00269-LED |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| (1) SOFTLAYER TECHNOLOGIES, INC.; (2) CITIWARE TECHNOLOGY SOLUTIONS, LLC.; (3) GOOGLE, INC.; (4) YAHOO! INC.; (5) MYSPACE INC.; (6) AMAZON.COM INC.; (7) PAYPAL INC.; (8) MATCH.COM, INC.; (9) AOL LLC; AND (10) CME GROUP INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

### YAHOO! INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Yahoo! Inc. ("Yahoo") moves the Court to extend the deadline to answer or otherwise respond to the Plaintiff's Complaint until September 9, 2009, and would respectfully show the Court as follows:

Yahoo requested and Plaintiff agreed to extend the deadline to answer or otherwise respond to the Plaintiff's Complaint from September 8, 2009, to September 9, 2009.

This fourth request for an extension of time is not for delay but for good cause and so that justice may be served.

Respectfully submitted,

Dated: September 3, 2009

              \s\ Yar R. Chaikovsky
             Yar R. Chaikovsky
             California State Bar No. 175421
             SONNENSCHEIN NATH & ROSENTHAL LLP
             1530 Page Mill Road, Suite 200
             Palo Alto, CA 94304
             Telephone: (650) 798-0300
             Facsimile: (650) 798-0310
             ychaikovsky@sonnenschein.com

             Attorney for Defendant Yahoo! Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2009 I electronically filed the foregoing:

**YAHOO! INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

with the Clerk of the Court by using the CM/ECF System which will serve all counsel of record by notice of electronic filing, pursuant to Fed. R. Civ. P. 5(b)(2)(D).

/s/ Yar R. Chaikovsky
Yar R. Chaikovsky

14817252\V-1