UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>(1) SOFTLAYER TECHNOLOGIES, INC.;<br>(2) CITIWARE TECHNOLOGY SOLUTIONS, LLC.;<br>(3) GOOGLE, INC.;<br>(4) YAHOO! INC.;<br>(5) MYSPACE INC.;<br>(6) AMAZON.COM INC.;<br>(7) PAYPAL INC.;<br>(8) MATCH.COM, INC.;<br>(9) AOL LLC;<br>    AND<br>(10) CME GROUP INC.,<br><br>    Defendants. | Civil Action No. 6:09-cv-00269-LED<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANT YAHOO! INC.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is Defendant Yahoo! Inc.'s ("Yahoo") Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.

Having considered the Motion, the Court finds that it is GRANTED.

IT IS THEREFORE ORDERED that the deadline for Yahoo to answer, plead, or otherwise respond to Plaintiff's Complaint is September 9, 2009.

**So ORDERED and SIGNED this 4th day of September, 2009.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**