# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES, LLC, <br> Plaintiff, <br><br> - v. - <br><br> SOFTLAYER TECHNOLOGIES, Inc. *et al.*, <br> Defendants. | Civil Action No. 6:09-cv-269 (LED) <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT PAYPAL, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant PayPal, Inc. hereby advises the Court that it is a wholly-owned subsidiary of eBay Inc., a publicly held corporation. No publicly held corporation, other than eBay Inc., owns ten percent (10%) or more of PayPal, Inc. stock. No publicly held corporation owns ten percent (10%) or more of eBay Inc. stock.

Dated: September 9, 2009

Respectfully submitted,

*/s/ Michael E. Jones*

Michael E. Jones
State Bar No. 10929400
Allen Gardner
State Bar No. 24043679
POTTER MINTON
A PROFESSIONAL CORPORATION
110 N. College, 500 Plaza Tower
P.O. Box 359
Tyler, Texas 75710
Tel: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com

**ATTORNEYS FOR DEFENDANT PAYPAL, INC.**

{A07\8200\0002\W0403609.1 }

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 9, 2009. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*