# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | § § § § § § § | Civil Action No. 6:09-cv-269 |
| Plaintiff, | | |
| v. | | Jury Trial Demanded |
| 1. SOFTLAYER TECHNOLOGIES, INC., <br> 2. CITIWARE TECHNOLOGY SOLUTIONS, LLC, <br> 3. GOOGLE, INC., <br> 4. YAHOO! INC., <br> 5. MYSPACE, INC., <br> 6. AMAZON.COM, INC., <br> 7. PAYPAL INC., <br> 8. MATCH.COM, INC., <br> 9. AOL LLC, and <br> 10. CME GROUP, INC., | § § § § § § § § § § § § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT
## SOFTLAYER TECHNOLOGIES, INC. (S. SCOTT PERSHERN)

Defendant Softlayer Technologies, Inc. files this Notice of Appearance of Counsel, and hereby notifies the Court that S. Scott Pershern of the law firm Storm LLP, 901, Main Street, Suite 7100, Dallas, Texas 75202, is appearing as an <u>additional</u> counsel for Softlayer Technologies, Inc. in the above-referenced matter.

All pleadings, discovery, correspondence and other material should be served upon counsel at the address provided below.

Dated: September 9, 2009          Respectfully submitted,

/s/ S. Scott Pershern
Paul V. Storm
   State Bar No. 19325350
   paulstorm@stormllp.com
Anthony P. Miller
   State Bar No. 24041484
   amiller@stormllp.com
S. Scott Pershern
   State Bar No. 24060412
   spershern@stormllp.com
**STORM LLP**
901 Main Street
Suite 7100
Dallas, Texas 75202
214-347-4700 (Telephone)
214-347-4799 (Facsimile)

**COUNSEL FOR DEFENDANT**
**SOFTLAYER TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on his 9th day of September, 2009, a true and correct copy of the foregoing instrument has been sent to all counsel of record via electronic mail through ECF filing in accordance with the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Texas.

    /s/ S. Scott Pershern
    S. Scott Pershern