# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC,　　　　Plaintiff,　v.　SOFTLAYER TECHNOLOGIES, INC., CITIWARE TECHNOLOGY SOLUTIONS, LLC, GOOGLE INC., YAHOO! INC., MYSPACE INC., AMAZON.COM INC., PAYPAL INC., MATCH.COM, INC., AOL LLC, and CME GROUP INC.,　　　　Defendants. | CASE NO. 6:09-CV-00269　Hon. Leonard E. Davis　**JURY TRIAL DEMANDED** |

## DEFENDANT GOOGLE INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Google Inc. ("Google") declares that:

1. Google has no parent corporation.

2. No publicly traded corporation currently owns more than 10% of Google's stock.

Should any of this information change, Google will promptly file a supplemental statement.

| | |
|---|---|
| Dated: September 9, 2009 | Respectfully submitted, |

By: */s/ Michael E. Jones*
 Michael E. Jones
 Texas State Bar No. 10929400
 POTTER MINTON
 110 N. College
 Tyler, Texas 75702
 Telephone: (903) 597-8311
 Facsimile: (903) 593-0846
 Email: mikejones@potterminton.com

 Claude M. Stern
 QUINN EMANUEL URQUHART OLIVER &
 HEDGES, LLP
 555 Twin Dolphin Dr., Suite 560
 Redwood Shores, CA 94065
 Telephone: 650-801-5000
 Facsimile: 650-801-5100
 Email: claudestern@quinnemanuel.com

 ATTORNEYS FOR GOOGLE INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **DEFENDANT GOOGLE INC.'S CORPORATE DISCLOSURE STATEMENT**, via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 9, 2009. Any other counsel of record will be served by First Class U.S. mail on this same date.

By: */s/ Michael E. Jones*
 Michael E. Jones