# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> SOFTLAYER TECHNOLOGIES, INC., CITIWARE TECHNOLOGY SOLUTIONS, LLC, GOOGLE INC., YAHOO! INC., MYSPACE INC., AMAZON.COM INC., PAYPAL INC., MATCH.COM, INC., AOL LLC, and CME GROUP INC., <br><br> Defendants. | CASE NO. 6:09-CV-00269 <br><br> Hon. Leonard E. Davis <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT MATCH.COM, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Match.com, LLC (incorrectly sued as Match.com, Inc.) ("Match.com") declares that:

1. Match.com is wholly owned by IAC/InterActiveCorp, a publicly held corporation.

2. Liberty Media Corporation, a publicly held company, owns 10% or more of IAC/InterActiveCorp's stock.

Should any of this information change, Match.com will promptly file a supplemental statement.

Dated: September 9, 2009                    Respectfully submitted,

                                                      By: */s/ Michael E. Jones*
                                                          Michael E. Jones
                                                          Texas State Bar No. 10929400
                                                          POTTER MINTON
                                                          110 N. College
                                                          Tyler, Texas 75702
                                                          Telephone: (903) 597-8311
                                                          Facsimile: (903) 593-0846
                                                          Email: mikejones@potterminton.com

                                                          Claude M. Stern
                                                          QUINN EMANUEL URQUHART OLIVER &
                                                          HEDGES, LLP
                                                          555 Twin Dolphin Dr., Suite 560
                                                          Redwood Shores, CA 94065
                                                          Telephone: 650-801-5000
                                                          Facsimile: 650-801-5100
                                                          Email: claudestern@quinnemanuel.com

                                                          ATTORNEYS FOR MATCH.COM, LLC


## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **DEFENDANT MATCH.COM, LLC'S CORPORATE DISCLOSURE STATEMENT**, via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 9, 2009. Any other counsel of record will be served by First Class U.S. mail on this same date.


                                                          By: */s/ Michael E. Jones*
                                                             Michael E. Jones