# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | § § § § | Civil Action No. 6:09-cv-269 |
| Plaintiff, | § § | |
| v. | § § | Jury Trial Demanded |
| 1. SOFTLAYER TECHNOLOGIES, INC., <br> 2. CITIWARE TECHNOLOGY SOLUTIONS, LLC, <br> 3. GOOGLE, INC., <br> 4. YAHOO! INC., <br> 5. MYSPACE, INC., <br> 6. AMAZON.COM, INC., <br> 7. PAYPAL INC., <br> 8. MATCH.COM, INC., <br> 9. AOL LLC, and <br> 10. CME GROUP, INC., | § § § § § § § § § § § | |
| Defendants. | § | |

## SOFTLAYER TECHNOLOGIES, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Softlayer, Inc. hereby advises the Court that it is a privately owned corporation. No publicly held corporation owns ten percent (10%) or more of Softlayer Technologies, Inc. stock.

Dated: September 9, 2009                 Respectfully submitted,

/s/ Paul V. Storm
Paul V. Storm
    State Bar No. 19325350
    paulstorm@stormllp.com
Anthony P. Miller
    State Bar No. 24041484
    amiller@stormllp.com

Dockets.Justia.com

S. Scott Pershern
　　State Bar No. 24060412
　　spershern@stormllp.com
**STORM LLP**
901 Main Street
Suite 7100
Dallas, Texas 75202
214-347-4700 (Telephone)
214-347-4799 (Facsimile)

**COUNSEL FOR DEFENDANT**
**SOFTLAYER TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on his 9th day of September, 2009, a true and correct copy of the foregoing instrument has been sent to all counsel of record via electronic mail through ECF filing in accordance with the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Texas.

　　/s/ Paul V. Storm
　　Paul V. Storm