**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Bedrock Computer Technologies LLC, | |
|       Plaintiff, | |
|     v. | Case No. 6:09-CV-269-LED |
| Softlayer Technologies, Inc., | JURY TRIAL DEMANDED |
| CitiWare Technology Solutions, LLC, | |
| Google Inc., | |
| Yahoo! Inc., | |
| MySpace Inc., | |
| Amazon.com Inc., | |
| PayPal Inc., | |
| Match.com Inc., | |
| AOL LLC, and | |
| CME Group Inc., | |
|       Defendants. | |

## AOL LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant AOL LLC states that it is a wholly owned subsidiary of AOL Holdings, LLC, which is a subsidiary of TW AOL Holdings Inc., which is a subsidiary of Time Warner Inc.  Time Warner Inc., a publicly held corporation, owns 10% or more of TW AOL holdings Inc.

Dated:  September 9, 2009                    Respectfully submitted,

_____/s/ Alan L. Whitehurst_____
Frank G. Smith
frank.smith@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309
Telephone:  (404) 881-7240
Facsimile:  (404) 256-8184

Alan L. Whitehurst
alan.whitehurst@alston.com
Marissa R. Ducca
marissa.ducca@alston.com
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC  20004
Telephone:  (202) 756-3300
Facsimile:  (202) 756-3333

Michael J. Newton (SBN 24003844)
mike.newton@alston.com
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 3601
Dallas, TX  75201
Telephone:  (214) 922-3423
Facsimile:  (214) 922-3839

Louis A. Karasik
lou.karasik@alston.com
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071
Telephone:  (213) 576-1148
Facsimile:  (213) 576-1100

*Attorneys for Defendant AOL LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 9th of September, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule Cv-5(a)(3). Any other counsel of record will be served via first class mail and/or facsimile.

*/s/ Alan L. Whitehurst*
Alan L. Whitehurst