## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| Bedrock Computer Technologies LLC, <br><br>  Plaintiff, <br><br> v. <br><br> Softlayer Technologies, Inc., <br> CitiWare Technology Solutions, LLC, <br> Google Inc., <br> Yahoo! Inc., <br> MySpace Inc., <br> Amazon.com Inc., <br> PayPal Inc., <br> Match.com Inc., <br> AOL LLC, and <br> CME Group Inc., <br><br>  Defendants. | Case No. 6:09-CV-269-LED <br><br> JURY TRIAL DEMANDED |

## **CME GROUP INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant CME Group Inc. ("CME Group") states that it does not have a parent corporation. CME Group further states that no publicly owned company owns more than 10% of CME Group's stock.

Dated: September 9, 2009  Respectfully submitted,

      */s/ Alan L. Whitehurst*
Frank G. Smith
frank.smith@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7240
Facsimile: (404) 256-8184

Alan L. Whitehurst
alan.whitehurst@alston.com
Marissa R. Ducca
marissa.ducca@alston.com
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 756-3300
Facsimile: (202) 756-3333

Michael J. Newton (SBN 24003844)
mike.newton@alston.com
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 3601
Dallas, TX 75201
Telephone: (214) 922-3423
Facsimile: (214) 922-3839

Louis A. Karasik
lou.karasik@alston.com
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1148
Facsimile: (213) 576-1100

*Attorneys for Defendant CME Group Inc.*


## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 9th of September, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule Cv-5(a)(3). Any other counsel of record will be served via first class mail and/or facsimile.

*/s/ Alan L. Whitehurst*
Alan L. Whitehurst