IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | |
| Plaintiff, | Civil Action No. 6:09-cv-00269-LED |
| v. | |
| (1) SOFTLAYER TECHNOLOGIES, INC.; | **JURY TRIAL DEMANDED** |
| (2) CITIWARE TECHNOLOGY SOLUTIONS, LLC.; | |
| (3) GOOGLE, INC.; | |
| (4) YAHOO! INC.; | |
| (5) MYSPACE INC.; | |
| (6) AMAZON.COM INC.; | |
| (7) PAYPAL INC.; | |
| (8) MATCH.COM, INC.; | |
| (9) AOL LLC; AND | |
| (10) CME GROUP INC., | |
| Defendants. | |

**DEFENDANT YAHOO! INC.'S RULE 7.1
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Yahoo! Inc. ("Yahoo")

discloses that it has no parent corporation, and that no publicly held corporation owns 10% or

more of Yahoo's stock.

| Dated: September 9, 2009 | Respectfully submitted, |
|---|---|
| | /s/ Yar R. Chaikovsky<br>Yar R. Chaikovsky<br>California State Bar No. 175421<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>1530 Page Mill Road, Suite 200<br>Palo Alto, CA 94304<br>Telephone:  (650) 798-0300<br>Facsimile:  (650) 798-0310<br>ychaikovsky@sonnenschein.com<br><br>Attorney for Defendant Yahoo! Inc. |

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on September 9, 2009 I electronically filed the foregoing:

### YAHOO! INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

with the Clerk of the Court by using the CM/ECF System which will serve all counsel of record

by notice of electronic filing, pursuant to Fed. R. Civ. P. 5(b)(2)(D).

       \s\ Yar R. Chaikovsky _____