# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **BEDROCK COMPUTER** § <br> **TECHNOLOGIES, LLC** § <br> § <br> **Plaintiff,** § <br> § <br> vs. § <br> § <br> **SOFTLAYER TECHNOLOGIES, INC.,** § <br> **et al.** § <br> § <br> **Defendants.** § | **CASE NO. 6:09 CV 269** <br><br> **Jury Trial Demanded** |

## PLAINTIFF'S NOTICE TO THE COURT THAT
## THE CASE IS READY FOR SCHEDULING CONFERENCE

Pursuant to the Court's Order on June 22nd, 2009 (Dkt. No. 6), Plaintiff Bedrock Computer Technologies LLC ("Bedrock") hereby gives the Court notice that as of September 9th, 2009 all defendants, except for CitiWare Technology Solutions, LLC ("CitiWare"), have either answered or filed a motion to dismiss. The deadline for CitiWare to respond to Plaintiff's complaint passed without answer on July 17th, 2009, and there is no counsel on record for CitiWare.

Also pursuant to the Court's Order, Plaintiff informs the Court that there is one pending motion to dismiss from defendants MySpace, Amazon.com, AOL, CME Group, and Yahoo! (Dkt. No. 71), and there are no motions to transfer.

DATED: September 11, 2009

Respectfully submitted,

**McKOOL SMITH, P.C.**

 /s/ *Sam F. Baxter*
Sam F. Baxter, Lead Attorney
Texas Bar No. 01938000
**McKOOL SMITH, P.C.**
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Douglas A. Cawley
Texas Bar No. 04035500
dcawley@mckoolsmith.com
Theodore Stevenson, III
Texas Bar No. 19196650
tstevenson@mckoolsmith.com
J. Austin Curry
Texas Bar No. 24059636
acurry@mckoolsmith.com
**McKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-4000
Facsimile: 214-978-4044

Robert M. Parker
Texas Bar No. 15498000
Robert Christopher Bunt
Texas Bar No. 00787165
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: 903-531-3535
Facsimile: 903-533-9687
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF BEDROCK COMPUTER TECHNOLOGIES**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this, the 11th day of September, 2009. Local Rule CV-53(a)(3)(A).

    /s/ Austin Curry
Austin Curry