# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>SOFTLAYER TECHNOLOGIES, INC., et al.<br><br>    Defendants. | Civil Action No. 6:09-cv-269-LED<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR WITHDRAWAL OF REPRESENTATION

Movant, Jennifer Parker Ainsworth, attorney of record for Amazon.com Inc., moves this Court for an order granting that Jennifer Parker Ainsworth be withdrawn from representation of Amazon.com Inc. in the above cause.

Amazon.com Inc. will be represented in this matter by Alan Whitehurst, Louis Karasik, Marissa Ducca, and Michael Newton with the law firm of Alston & Bird, LLP, and no prejudice will result to any party as a result of this withdrawal. Therefore, Jennifer Parker Ainsworth moves the Court for an order discharging Jennifer Parker Ainsworth as attorney of record for Amazon.com Inc. in this suit, and granting such other relief as the Court may deem proper.

Dated:  September 15, 2009        Respectfully submitted,

       By: */s/ Jennifer Parker Ainsworth*_____
        Jennifer Parker Ainsworth
        State Bar No. 00784720
        jainsowrth@wilsonlawfirm.com
        WILSON, ROBERTSON & CORNELIUS, P.C.
        One American Center
        909 ESE Loop 323, Suite 400
        Tyler, TX 75701
        jainsworth@wilsonlawfirm.com
        Telephone: (903) 509-5000
        Facsimile:  (903) 509-5092

        Attorney for Defendant
        HEWLETT-PACKARD COMPANY

**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 15th day of September, 2009.

        */s/ Jennifer Parker Ainsworth*_____
        Jennifer Parker Ainsworth

**CERTIFICATE OF CONFERENCE**

This is to certify that Jennifer Parker Ainsworth conferred with counsel for plaintiff Bedrock Computer Technologies, LLC, on September 14, 2009, concerning this motion and they do not oppose the motion.

        */s/ Jennifer Parker Ainsworth*_____
        Jennifer Parker Ainsworth