## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

BEDROCK COMPUTER TECHNOLOGIES, LLC

        Plaintiff,

    v.

SOFTLAYER TECHNOLOGIES, INC., et al.

        Defendants.

Civil Action No. 6:09-cv-269-LED

**JURY TRIAL DEMANDED**

## ORDER GRANTING UNOPPOSED MOTION
## FOR WITHDRAWAL OF REPRESENTATION

Before the Court is the Unopposed Motion for Withdrawal of Representation of Jennifer Parker Ainsworth as attorney of record for Amazon.com Inc.

After careful consideration and with good cause shown, the Court hereby GRANTS the motion and Jennifer Parker Ainsworth is withdrawn as counsel for Amazon.com Inc.

**So ORDERED and SIGNED this 16th day of September, 2009.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**