# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, § § § § Plaintiff, § § vs. § § 1. SOFTLAYER TECHNOLOGIES, INC., § 2. CITIWARE TECHNOLOGY SOLUTIONS, LLC, § 3. GOOGLE, INC., § 4. YAHOO! INC., § 5. MYSPACE, INC., § 6. AMAZON.COM, INC., § 7. PAYPAL INC., § 8. MATCH.COM, INC., § 9. AOL LLC, and § 10. CME GROUP, INC., § § Defendants. § | Civil Action No. 6:09-cv-269  Jury Trial Demanded |

## DEFENDANT SOFTLAYER TECHNOLOGIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS

Pursuant to FED. R. CIV. P. 15(a), Defendant Softlayer Technologies, Inc. ("Softlayer" or "Defendant") moves the Court for leave to file its First Amended Answer, Affirmative Defenses, and Counterclaims to Plaintiff Bedrock Computer Technologies LLC's ("Bedrock" or "Plaintiff") Original Complaint for Patent Infringement. Defendant attaches Exhibit 1 as its proposed amended Answer.

By way of amendment, Defendant seeks to withdraw its defense of unenforceability due to inequitable conduct, which was pled in Defendant's Original

DEFENDANT SOFTLAYER TECHNOLOGIES, INC.'S MOTION FOR LEAVE TO FILE A FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS
Page 1

Dockets.Justia.com

Answer as its Third Affirmative Defense. Pursuant to agreement with counsel for Plaintiff, Defendant, by withdrawal of the inequitable conduct defense, does not waive its right to re-plead such defense in the event that it becomes aware of evidence indicating inequitable conduct on the part of Plaintiff during discovery. Further, the parties, through counsel, have agreed that the non-waiver effect of the withdrawal of this defense shall not, in any way, be meant to expand or enlarge the proper scope of discovery on the matter.

Bedrock, through counsel, has indicated that it does not oppose Defendant's Motion for Leave to file the attached First Amended Answer, Affirmative Defenses, and Counterclaims. Because Bedrock does not oppose the proposed amendment, Defendant respectfully requests that the Court GRANT Defendant leave to file the amended pleading filed concurrently herewith.

Dated: September 17, 2009

Respectfully submitted,

/s/ Paul V. Storm
Paul V. Storm
State Bar No. 19325350
Anthony P. Miller
State Bar No. 24041484
S. Scott Pershern
State Bar No. 24060412
STORM LLP
901 Main Street
Suite 7100
Dallas, Texas 75202
(214) 347-4700 (Telephone)
(214) 347-4799 (Facsimile)

**ATTORNEYS FOR DEFENDANT SOFTLAYER TECHNOLOGIES, INC.**

# CERTIFICATE OF CONFERENCE

I hereby certify that on the 11th day of September, 2009, I conferred with Douglas A. Cawley, counsel for Plaintiff Bedrock Computer Technologies LLC and Plaintiff does not oppose this motion or the filing of the First Amended Complaint, Affirmative Defenses, and Counterclaims.

/s/ Paul V. Storm
Paul V. Storm

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, 2009, a true and correct copy of the foregoing DEFENDANT SOFTLAYER TECHNOLOGIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS has been sent to the following counsel of record by electronic mail through ECF filing in accordance with the Federal Rules of Civil Procedure and the local Rules of the Eastern District of Texas:

| | |
|---|---|
| Samuel F. Baxter | Theodore Stevenson, III |
| sbaxter@mckoolsmith.com | tstevenson@mckoolsmith.com |
| McKOOL SMITH, P.C. | McKOOL SMITH, P.C. |
| 104 E. Houston Street, Suite 300 | 300 Crescent Court, Suite 1500 |
| P.O. Box O | Dallas, Texas 75201 |
| Marshall, Texas 75670 | 214.978.4000 (Telephone) |
| 903.923.9000 (Telephone) | 214.978.4044 (Facsimile) |
| 903.923.9099 (Facsimile) | |
| Robert M. Parker | Michael Edwin Jones |
| rmparker@pbatyler.com | mikejones@potterminton.com |
| Robert Christopher Bunt | POTTER MINTON PC |
| rcbunt@pbatyler.com | 110 N College |
| PARKER, BUNT & AINSWORTH, P.C. | Suite 500 |
| 100 E. Ferguson, Suite 1114 | PO Box 359 |
| Tyler, Texas 75702 | Tyler, TX 75710-0359 |
| 903.531.3535 (Telephone) | 903.597.8311 (Telephone) |
| 903.533.9687 (Facsimile) | |
| | |
| Yar R. Chaikovsky | Mark Christopher Nelson |
| ychaikovsky@sonnenschein.com | mcnelson@sonnenschein.com |
| John Alexander Lee | SONNENSCHEIN NATH & |
| johnlee@sonnenschein.com | ROSENTHAL LLP |
| SONNENSCHEIN NATH & | 2000 McKinney Avenue, Suite 1900 |
| ROSENTHAL LLP | Dallas, TX 75201 |
| 1530 Page Mill Road, Ste 200 | 214.259.0901 (Telephone) |
| Palo Alto, CA 94304-1125 | 214.259.0910 (Facsimile) |
| 650.798.0330 (Telephone) | |
| 650.798.0310 (Facsimile) | |

Alan Lee Whitehurst
alan.whitehurst@alston.com
ALSTON & BIRD
950 F Street, NW
Washington , DC 20004
202.756.3491 (Telephone)
202.756.3333 (Facsimile)

                                                                                                      _____
                                                                                                       Theresa S. Costin