**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | § § § § | Civil Action No. 6:09-cv-269 |
| Plaintiff, | § § | |
| vs. | § § | Jury Trial Demanded |
| SOFTLAYER TECHNOLOGIES, INC., et al. | § § § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANT SOFTLAYER TECHNOLOGIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS

Before the Court is Defendant Softlayer Technologies, Inc.'s Unopposed Motion for Leave to File a First Amended Answer, Affirmative Defenses, and Counterclaims.

After careful consideration, it is ORDERED that Defendant's Unopposed Motion for Leave to File a First Amended Answer, Affirmative Defenses, and Counterclaims is hereby GRANTED in its entirety.

Dockets.Justia.com