**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | § § § § § § § § § § § | |
| | | Civil Action No. 6:09-cv-269 |
| Plaintiff, | | |
| vs. | | Jury Trial Demanded |
| SOFTLAYER TECHNOLOGIES, INC., et al. | | |
| Defendants. | | |

**ORDER GRANTING DEFENDANT SOFTLAYER TECHNOLOGIES, INC.'S
UNOPPOSED MOTION FOR LEAVE TO FILE A FIRST AMENDED ANSWER,
<u>AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS</u>**

Before the Court is Defendant Softlayer Technologies, Inc.'s Unopposed Motion for Leave to File a First Amended Answer, Affirmative Defenses, and Counterclaims.

After careful consideration, it is ORDERED that Defendant's Unopposed Motion for Leave to File a First Amended Answer, Affirmative Defenses, and Counterclaims is hereby GRANTED in its entirety.

**So ORDERED and SIGNED this 21st day of September, 2009.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**