# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| Bedrock Computer Technologies LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Case No. 6:09-CV-269-LED |
| | § |
| Softlayer Technologies, Inc., et al | § JURY TRIAL DEMANDED |
| | § |
| Defendants. | § |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Stacey G. White, enters her appearance in this matter as counsel for Defendant MySpace Inc., for the purpose of receiving notices and orders from the Court.

Dated: September 29, 2009                         Respectfully submitted,

                                                 /s/ Stacey White
                                                 Stacey Garrett White, Texas Bar No. 24053220
                                                 Stacey.White@alston.com
                                                 Alston & Bird LLP
                                                 2200 Ross Avenue, Suite 3601
                                                 Dallas, TX 75201-2708
                                                 Phone: 214-922-3400
                                                 Fax: 214-922-3899

                                                 **ATTORNEY FOR DEFENDANT
                                                 MYSPACE INC.**

Dockets.Justia.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of September 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule Cv-5(a)(3). Any other counsel of record will be served via first class mail and/or facsimile.

_/s/ Stacey White_
Stacey White

LEGAL02/31515556v1