# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Bedrock Computer Technologies LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:09-cv-269-LED |
| v. | § § § | JURY TRIAL DEMANDED |
| Softlayer Technologies, Inc., CitiWare Technology Solutions, LLC, Google, Inc., Yahoo! Inc., MySpace Inc., Amazon.com, Inc., PayPal Inc., Match.com Inc., AOL LLC, and CME Group, Inc., | § § § § § § § § § § | |
| Defendants. | § § | |

## **NOTICE OF APPEARANCE OF JASON W. COOK**

Notice is hereby given that the undersigned attorney, Jason W. Cook, enters his appearance in the above-referenced proceeding for Defendants MySpace, Inc., Amazon.com Inc., AOL LLC and CME Group Inc. Defendants respectfully request that the Court take note of this Notice of Appearance and make Jason W. Cook one of the attorneys of record for Defendants MySpace, Inc., Amazon.com Inc., AOL LLC and CME Group Inc. in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be e-mailed or faxed to Jason W. Cook at the address set forth below.

                                                Jason W. Cook
                                                Alston & Bird LLP
                                                Chase Tower
                                                2200 Ross Avenue
                                                Suite 3601
                                                Dallas, TX 75201-2708

Phone: 214-922-3407
Fax: 214-922-3899
jason.cook@alston.com

Dated: October 4, 2009

Respectfully submitted,

By: */s/ Jason W. Cook*
Jason W. Cook,
Texas State Bar No. 24028537
Alston & Bird LLP
Chase Tower
2200 Ross Avenue
Suite 3601
Dallas, TX 75201-2708
Phone: 214-922-3407
Fax: 214-922-3899
jason.cook@alston.com

*Attorney for Defendants AOL LLC, MySpace Inc., Amazon.com Inc., and CME Group Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this 4th day of October, 2009.

*/s/ Jason W. Cook*
Jason W. Cook