# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Bedrock Computer Technologies LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:09-cv-269-LED |
| v. | § § § | JURY TRIAL DEMANDED |
| Softlayer Technologies, Inc., CitiWare Technology Solutions, LLC, Google, Inc., Yahoo! Inc., MySpace Inc., Amazon.com, Inc., PayPal Inc., Match.com Inc., AOL LLC, and CME Group, Inc., | § § § § § § § § § § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE OF KAMRAN JIVANI

Notice is hereby given that the undersigned attorney, Kamran Jivani, enters his appearance in the above-referenced proceeding for Defendant Amazon.com, Inc. Amazon.com, Inc. respectfully requests that the Court take note of this Notice of Appearance and make Kamran Jivani one of the attorneys of record for Amazon.com, Inc. in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be e-mailed or faxed to Kamran Jivani at the address set forth below.

> Kamran Jivani
> Alston & Bird LLP
> 1201 West Peachtree Street
> Atlanta, Georgia 30309
> Phone: 404-881-4631
> Fax: 404-253-8831
> kamran.jivani@alston.com

LEGAL02/31560479v1

Dated: October 6, 2009  Respectfully submitted,

*/s/ Kamran Jivani*
Kamran Jivani
kamran.jivani@alston.com
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: 404-881-4631
Fax:    404-253-8831

*Attorney for Defendant Amazon.com Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 6th day of October 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule Cv-5(a)(3). Any other counsel of record will be served via first class mail and/or facsimile.

*/s/ Kamran Jivani*
Kamran Jivani