**OCTOBER 5, 2009 STATUS CONFERENCE**

1:30 pm – Judge Davis called each case and parties announced ready for proceedings. (See attached Sign-in Sheet for Attorney Appearances).

Court re-called each case and parties announced whether they consented to Magistrate Judge John Love.

Court in recess.

Hearing resumed. Judge Love gave parties their prospective Markman Hearing Dates and Jury Selection Dates as indicated below.

Mr. Davis addressed the Court in Case No. 609cv116, Eon v Sensus, and requested that the Markman hearing be set at the same time as the related case. Mr. Dacus responded and will have to get with his client. Mr. Bunt responded and will need time to confer with his client. Court asked that if the parties agreed to the date to file a notice with the Court.

| Case # | Case Name | LED Markman | JDL Markman | LED Trial | JDL Trial |
|---|---|---|---|---|---|
| 6:09cv113 | Whipstock v Schlumberger | | 06.03.2010 | 03.07.2011 | |
| 609cv116 | Eon Corp v Sensus | | 06.10.2010 | 03.07.2011 | |
| 609cv168 | Davis-Lynch v Hilcorp | | 06.7.2010 | 03.07.2011 | |
| 609cv260 | Cheetah Omni v Verizon | 09.09.2010 | | 03.07.2011 | |
| 609cv261 | Internet Coupon v Coupons.com | 09.30.2010 | | 04.04.2011 | |
| 609cv269 | Bedrock Computer v Softlayer | 10.07.2010 | | 04.04.2011 | |
| 609cv272 | Saxon v Palm | | 08.26.2010 | 04.04.2011 | |
| 609cv289 | Southwire v Encore | 10.14.2010 | | 04.04.2011 | |
| 609cv351 | Balsam Coffee v Folgers | | 09.02.2010 | 04.04.2011 | |

2:15 PM  There being nothing further, Court adjourned.