# CASE NO. 6:09-CV-269

# BEDROCK COMPUTER TECHNOLOGIES
# V
# SOFTLAYER TECHNOLOGIES, et al
## October 5, 2009 - STATUS CONFERENCE
### PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jason Cook | MySpace Inc., Amazon.com, AOL, LLC + CME Group |
| Douglas Cawley | Plaintiff Bedrock |
| Paul V. Storm | △ SoftJayer |
| Scott Pershern | Defendant SoftLayer |
| Chris Bunt | Bedrock |
| MATT ORWIG | Yahoo! |
| Mike Jones | Match.com, Google, Paypal |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |