# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **BEDROCK COMPUTER TECHNOLOGIES LLC,** § § § | |
| **Plaintiff,** § § | **CASE NO. 6:09-cv-269** |
| v. § § | **Jury Trial Demanded** |
| **SOFTLAYER TECHNOLOGIES, INC., et al.** § § § | |
| **Defendants.** § | |

## PLAINTIFF BEDROCK COMPUTER TECHNOLOGIES LLC'S
## NOTICE OF COMPLIANCE WITH P.R. 3-1 AND P.R. 3-2

Plaintiff Bedrock Computer Technologies LLC ("Bedrock") hereby gives Notice that on October 9, 2009 it complied with the Disclosure of Asserted Claims and Infringement Contentions in accordance with the Court's Order (Dkt. No. 94), P.R.3-1, and P.R. 3-2.

| | |
|---|---|
| DATED: October 13, 2009 | Respectfully submitted,<br><br>**McKOOL SMITH, P.C.**<br><br> /s/ *Sam F. Baxter* <br>Sam F. Baxter, Lead Attorney<br>Texas Bar No. 01938000<br>**McKOOL SMITH, P.C.**<br>sbaxter@mckoolsmith.com<br>104 E. Houston Street, Suite 300<br>P.O. Box 0<br>Marshall, Texas 75670<br>Telephone: (903) 923-9000<br>Facsimile: (903) 923-9099<br><br>Douglas A. Cawley<br>Texas Bar No. 04035500<br>dcawley@mckoolsmith.com<br>Theodore Stevenson, III<br>Texas Bar No. 19196650<br>tstevenson@mckoolsmith.com<br>J. Austin Curry<br>Texas Bar No. 24059636<br>acurry@mckoolsmith.com<br>**McKOOL SMITH, P.C.**<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: 214-978-4000<br>Facsimile: 214-978-4044<br><br>Robert M. Parker<br>Texas Bar No. 15498000<br>Robert Christopher Bunt<br>Texas Bar No. 00787165<br>**PARKER, BUNT & AINSWORTH, P.C.**<br>100 E. Ferguson, Suite 1114<br>Tyler, Texas 75702<br>Telephone: 903-531-3535<br>Facsimile: 903-533-9687<br>E-mail: rmparker@pbatyler.com<br>E-mail: rcbunt@pbatyler.com<br><br>**ATTORNEYS FOR PLAINTIFF BEDROCK COMPUTER TECHNOLOGIES LLC** |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this, the 13th day of October, 2009. Local Rule CV-53(a)(3)(A).

        /s/ Austin Curry  
    Austin Curry