# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Bedrock Computer Technologies LLC,** | § | Case No. 6:09-cv-269 |
| | § | |
| Plaintiff, | § | **Jury Trial Demanded** |
| | § | **(LED)** |
| v. | § | |
| | § | |
| 1. Softlayer Technologies, Inc., | § | |
| 2. CitiWare Technology Solutions, LLC, | § | |
| 3. Google Inc., | § | |
| 4. Yahoo! Inc., | § | |
| 5. MySpace Inc., | § | |
| 6. Amazon.com Inc., | § | |
| 7. PayPal Inc., | § | |
| 8. Match.com, Inc., | § | |
| 9. AOL LLC, and | § | |
| 10. CME Group Inc., | § | |
| | § | |
| Defendants. | § | |

## UNOPPOSED MOTION TO EXTEND THE TIME TO FILE PROPOSED DOCKET CONTROL AND DISCOVERY ORDERS

Plaintiff, Bedrock Computer Technologies respectfully requests that the Court extend the deadline for the filing of proposed docket control and discovery orders from October 19, 2009 to November 2, 2009. Counsel for Plaintiff and counsel for Defendants have had on-going negotiations on the terms of the proposed orders and all parties are in agreement in the request for this extension.

Dated: October 14, 2009         Respectfully submitted,

                                */s/ Robert Christopher Bunt*
                                Robert Christopher Bunt
                                State Bar No. 00787165
                                Robert M. Parker
                                State Bar No. 15498000
                                **PARKER, BUNT & AINSWORTH, P.C.**
                                100 E. Ferguson, Suite 1114
                                Tyler, Texas 75702
                                903/531-3535
                                903/533-9687 - Facsimile
                                E-mail: rmparker@pbatyler.com
                                E-mail: rcbunt@pbatyler.com

                                Attorneys for Plaintiff
                                Bedrock Computer Technologies, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this October 14, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                */s/ Robert Christopher Bunt*
                                Robert Christopher Bunt