# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Bedrock Computer Technologies LLC,** | § | Case No. 6:09-cv-269 |
| | § | |
| **Plaintiff,** | § | **Jury Trial Demanded** |
| | § | **(LED)** |
| v. | § | |
| | § | |
| 1. Softlayer Technologies, Inc., | § | |
| 2. CitiWare Technology Solutions, LLC, | § | |
| 3. Google Inc., | § | |
| 4. Yahoo! Inc., | § | |
| 5. MySpace Inc., | § | |
| 6. Amazon.com Inc., | § | |
| 7. PayPal Inc., | § | |
| 8. Match.com, Inc., | § | |
| 9. AOL LLC, and | § | |
| 10. CME Group Inc., | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is the parties' Joint Motion to Extend the Time to File Proposed Docket Control and Discovery Orders. The Court having considered the motion finds that it should be **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for the parties to file proposed docket control and discovery orders is extended to November 2, 2009.