IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BEDROCK COMPUTER TECHNOLOGIES LLC,** | § § § | |
| Plaintiff, | § § | **CASE NO. 6:09-cv-269** |
| v. | § § | **Jury Trial Demanded** |
| **SOFTLAYER TECHNOLOGIES, INC.,** **et al.** | § § § § | |
| Defendants. | | |

### DECLARATION OF JOHN AUSTIN CURRY IN SUPPORT OF PLAINTIFF BEDROCK COMPUTER TECHNOLOGIES LLC'S SUR-REPLY IN OPPOSITION TO MYSPACE, AMAZON.COM, AOL, CME GROUP, AND YAHOO!'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

I, John Austin Curry, declare as follows:

1. I am an attorney with McKool Smith, counsel for Plaintiff Bedrock Computer Technologies LLC ("Bedrock") in the above-captioned action. The facts below are true and correct and within my own personal knowledge, and if called on to testify to them, I could and would competently do so.

2. Exhibit 2 to Plaintiff Bedrock Computer Technologies LLC's Sur-Reply In Opposition To MySpace, Amazon.Com, AOL, CME Group, And Yahoo!'s Motion To Dismiss For Failure To State A Claim is a true and correct copy of Bedrock's 3-1(c) infringement contentions that were served on Movant Yahoo! Inc. on October 9th, 2009.

3. Exhibit 3 to Plaintiff Bedrock Computer Technologies LLC's Sur-Reply In Opposition To MySpace, Amazon.Com, AOL, CME Group, And Yahoo!'s

Motion To Dismiss For Failure To State A Claim is a true and correct copy of U.S. Patent No. 5,893,120, which was attached to the Complaint in this matter as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my current understanding and belief.

Signed this 16th day of October, 2009, at Dallas, Texas.

                                              /s/*Austin Curry*

                                              Austin Curry