**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **Bedrock Computer Technologies LLC,** | § | **Case No. 6:09-cv-269** |
| | § | |
| **Plaintiff,** | § | **Jury Trial Demanded** |
| | § | **(LED)** |
| **v.** | § | |
| | § | |
| **1. Softlayer Technologies, Inc.,** | § | |
| **2. CitiWare Technology Solutions, LLC,** | § | |
| **3. Google Inc.,** | § | |
| **4. Yahoo! Inc.,** | § | |
| **5. MySpace Inc.,** | § | |
| **6. Amazon.com Inc.,** | § | |
| **7. PayPal Inc.,** | § | |
| **8. Match.com, Inc.,** | § | |
| **9. AOL LLC, and** | § | |
| **10. CME Group Inc.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion to Extend the Time to File

Proposed Docket Control and Discovery Orders.  The Court having considered the

motion finds that it should be **GRANTED**.  Accordingly, the Court **ORDERS** that the

deadline for the parties to file proposed docket control and discovery orders is extended

to November 5, 2009.