IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | § § § § | |
| Plaintiff, | § | CASE NO. 6:09-cv-269 |
| v. | § § | **Jury Trial Demanded** |
| SOFTLAYER TECHNOLOGIES, INC., et al. | § § § | |
| Defendants. | § | |

# ORDER GRANTING PLAINTIFF BEDROCK COMPUTER TECHNOLOGIES LLC'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P.15(a), Plaintiff Bedrock Computer Technologies LLC ("Bedrock") has moved the Court for leave to file its First Amended Complaint. Defendants Google Inc. and Match.com LLC oppose this motion. The Court finds good cause for granting the motion. Accordingly, Plaintiff is hereby granted leave to amend its Complaint contained in Exhibit 1 of the motion.

**So ORDERED and SIGNED this 2nd day of November, 2009.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE