IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Bedrock Computer Technologies LLC,** | § | Case No. 6:09-cv-269 |
| | § | |
| Plaintiff, | § | **Jury Trial Demanded** |
| | § | **(LED)** |
| v. | § | |
| | § | |
| 1. Softlayer Technologies, Inc., | § | |
| 2. CitiWare Technology Solutions, LLC, | § | |
| 3. Google Inc., | § | |
| 4. Yahoo! Inc., | § | |
| 5. MySpace Inc., | § | |
| 6. Amazon.com Inc., | § | |
| 7. PayPal Inc., | § | |
| 8. Match.com, Inc., | § | |
| 9. AOL LLC, and | § | |
| 10. CME Group Inc., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion to Extend the Time to File Proposed Docket Control and Discovery Orders. The Court having considered the motion finds that it should be **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for the parties to file proposed docket control and discovery orders is extended to November 5, 2009.

**So ORDERED and SIGNED this 3rd day of November, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**