**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, ) ) ) | |
| Plaintiff, ) ) | CASE NO. 6:09-CV-00269 |
| v. ) ) ) | Hon. Leonard E. Davis |
| ) ) | **JURY TRIAL DEMANDED** |
| SOFTLAYER TECHNOLOGIES, INC., CITIWARE TECHNOLOGY SOLUTIONS, LLC, GOOGLE INC., YAHOO! INC., MYSPACE INC., AMAZON.COM INC., PAYPAL INC., MATCH.COM, LLC, AOL LLC, and CME GROUP INC., ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**
**FOR DEFENDANTS GOOGLE INC., MATCH.COM, LLC AND PAYPAL INC.**

Defendants GOOGLE INC., MATCH.COM, LLC AND PAYPAL INC. file this Notice of Appearance of Additional Counsel, and hereby notifies the Court that Allen F. Gardner of the law firm Potter Minton, A Professional Corporation, 110 North College, Suite 500, Tyler, Texas 75702, is appearing as additional counsel for Defendants in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: November 13, 2009					Respectfully submitted,

**POTTER MINTON**
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas  75710
(903) 597 8311
(903) 593 0846 (Facsimile)

By: */s/ Allen F. Gardner*
     Allen F. Gardner
     State Bar No. 24043679
     allengardner@potterminton.com

*Attorneys for Defendants GOOGLE INC., MATCH.COM, LLC AND PAYPAL INC.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 13, 2009.  Any other counsel of record will be served by First Class U.S. mail on this same date.

					*/s/Allen F. Gardner*