IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Bedrock Computer Technologies LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Softlayer Technologies, Inc.,<br>CitiWare Technology Solutions, LLC,<br>Google Inc.,<br>Yahoo! Inc.,<br>MySpace Inc.,<br>Amazon.com Inc.,<br>PayPal Inc.,<br>Match.com LLC,<br>AOL LLC, and<br>CME Group Inc.,<br><br>    Defendants. | Case No. 6:09-CV-269-LED<br><br>JURY TRIAL DEMANDED |

## MOVANTS MYSPACE, AMAZON.COM, AOL, CME GROUP, AND YAHOO!'S RESPONSE TO BEDROCK'S AMENDED COMPLAINT

On November 2, 2009, the Court granted Bedrock's Motion to Amend its Complaint to change the name of Match.com Inc. to Match.com LLC. Except for this one change, all aspects of the Amended Complaint and Complaint remain the same. On September 9, 2009, MySpace, Inc., Amazon.com, Inc., AOL LLC, CME Group Inc., and Yahoo! Inc. ("Movants") filed a Motion to Dismiss for Failure to State a Claim in response to Bedrock's original complaint. (Dkt. No. 71). Because that motion is still pending before the Court, and because Bedrock's Amended Complaint is flawed for the same reasons outlined in Movants' Motion to Dismiss, Movants renew their motion to dismiss in response to Bedrock's Amended Complaint.

1

Dated: November 17, 2009                                  Respectfully submitted,

     */s/ Alan L. Whitehurst*                                       */s/ Yar R. Chaikovsky*
Frank G. Smith
frank.smith@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7240
Facsimile: (404) 256-8184

Alan L. Whitehurst
alan.whitehurst@alston.com
Marissa R. Ducca
marissa.ducca@alston.com
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 756-3300
Facsimile: (202) 756-3333

Michael J. Newton (SBN 24003844)
mike.newton@alston.com
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 3601
Dallas, TX 75201
Telephone: (214) 922-3423
Facsimile: (214) 922-3839

Louis A. Karasik (*pro hac vice*)
lou.karasik@alston.com
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1148
Facsimile: (213) 576-1100

*Attorneys for Defendants MySpace Inc.,
Amazon.com Inc., AOL LLC, and
CME Group Inc.*

Yar R. Chaikovsky
California State Bar No. 175421
SONNENSCHEIN NATH & ROSENTHAL LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304
Telephone: (650) 798-0300
Facsimile: (650) 798-0310
ychaikovsky@sonnenschein.com

*Attorney for Defendant Yahoo! Inc.*

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 17th of November, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule Cv-5(a)(3). Any other counsel of record will be served via first class mail and/or facsimile.

/s/ Alan L. Whitehurst
Alan L. Whitehurst