IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BEDROCK COMPUTER TECHNOLOGIES LLC,** § § § | |
| Plaintiff, § § | **CASE NO. 6:09-cv-269** |
| v. § § | **Jury Trial Demanded** |
| **SOFTLAYER TECHNOLOGIES, INC.,** § et al. § § | |
| Defendants. § | |

## PLAINTIFF BEDROCK COMPUTER TECHNOLOGIES LLC'S RESPONSE TO MOVANTS MYSPACE, AMAZON.COM, AOL, CME GROUP, AND YAHOO!'S RENEWED MOTION TO DISMISS

On November 2, 2009, the Court granted Bedrock's Motion to Amend its Complaint to change the name of Match.com Inc. to Match.com LLC. *See* Dkt. No. 104. On November 17, 2009, MySpace, Inc., Amazon.com, Inc., AOL LLC, CME Group Inc., and Yahoo! Inc. ("Movants") filed a Response to Bedrock's Amended Complaint stating that "Movants renew their motion to dismiss in response to Bedrock's Amended Complaint." *See* Dkt. No. 113. As such, Bedrock respectfully renews its request that the Court deny the Movants' Renewed Motion to Dismiss and accordingly incorporates by reference into this Response the pleadings that Bedrock submitted in opposition to the Movants' original Motion to Dismiss (Dkt. Nos. 98 and 84).

DATED: November 20, 2009

Respectfully submitted,

**McKOOL SMITH, P.C.**

　/s/ *Sam F. Baxter*　　　
Sam F. Baxter, Lead Attorney
Texas Bar No. 01938000
**McKOOL SMITH, P.C.**
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile:  (903) 923-9099

Douglas A. Cawley
Texas Bar No. 04035500
dcawley@mckoolsmith.com
Theodore Stevenson, III
Texas Bar No. 19196650
tstevenson@mckoolsmith.com
J. Austin Curry
Texas Bar No. 24059636
acurry@mckoolsmith.com
**McKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-4000
Facsimile: 214-978-4044

Robert M. Parker
Texas Bar No. 15498000
Robert Christopher Bunt
Texas Bar No. 00787165
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: 903-531-3535
Facsimile: 903-533-9687
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF
BEDROCK COMPUTER
TECHNOLOGIES LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this, the 20th day of November, 2009. Local Rule CV-53(a)(3)(A).

    /s/ Austin Curry
Austin Curry