# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | ) ) ) |
| | ) CASE NO. 6:09-CV-00269 |
| Plaintiff, | ) |
| | ) Hon. Leonard E. Davis |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| SOFTLAYER TECHNOLOGIES, INC., CITIWARE TECHNOLOGY SOLUTIONS, LLC, GOOGLE INC., YAHOO! INC., MYSPACE INC., AMAZON.COM INC., PAYPAL INC., MATCH.COM, INC., AOL LLC, and CME GROUP INC., | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## GOOGLE INC.'S NOTICE OF SERVICE OF INITIAL DISCLOSURES

Defendant Google Inc. notifies the Court that it served its initial disclosures on November 30, 2009 in accordance with the Court's Proposed Discovery Order (Appendix A to Docket No. 78).

Dated: November 30, 2009                    Respectfully submitted,

                                            By:     /s/ Antonio R. Sistos

                                                Claude M. Stern
                                                Evette D. Pennypacker
                                                Todd M. Briggs
                                                Antonio R. Sistos
                                                QUINN EMANUEL URQUHART OLIVER &
                                                HEDGES, LLP
                                                555 Twin Dolphin Dr., Suite 560
                                                Redwood Shores, CA 94065
                                                Telephone: 650-801-5000
                                                Facsimile: 650-801-5100
                                                Email: claudestern@quinnemanuel.com

1

evettepennypacker@quinnemanuel.com
toddbriggs@quinnemanuel.com
antoniosistos@quinnemanuel.com

Michael E. Jones
Texas State Bar No. 10929400
POTTER MINTON
110 N. College
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: mikejones@potterminton.com

ATTORNEYS FOR GOOGLE INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 30, 2009.

By: /s/ Antonio R. Sistos
    Antonio R. Sistos