# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | )<br>)<br>) |
| Plaintiff, | ) CASE NO. 6:09-CV-00269<br>)<br>) Hon. Leonard E. Davis |
| v. | )<br>) **JURY TRIAL DEMANDED** |
| SOFTLAYER TECHNOLOGIES, INC., CITIWARE TECHNOLOGY SOLUTIONS, LLC, GOOGLE INC., YAHOO! INC., MYSPACE INC., AMAZON.COM INC., PAYPAL INC., MATCH.COM, INC., AOL LLC, and CME GROUP INC., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## MATCH.COM'S NOTICE OF SERVICE OF INITIAL DISCLOSURES

Defendant Match.com, LLC notifies the Court that it served its initial disclosures on November 30, 2009 in accordance with the Court's Proposed Discovery Order (Appendix A to Docket No. 78).

Dated: November 30, 2009         Respectfully submitted,

                                By:   /s/ Antonio R. Sistos

                                    Claude M. Stern
                                    Evette D. Pennypacker
                                    Todd M. Briggs
                                    Antonio R. Sistos
                                    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
                                    555 Twin Dolphin Dr., Suite 560
                                    Redwood Shores, CA 94065
                                    Telephone: 650-801-5000
                                    Facsimile: 650-801-5100
                                    Email: claudestern@quinnemanuel.com

1

evettepennypacker@quinnemanuel.com
toddbriggs@quinnemanuel.com
antoniosistos@quinnemanuel.com

Michael E. Jones
Texas State Bar No. 10929400
POTTER MINTON
110 N. College
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: mikejones@potterminton.com

ATTORNEYS FOR MATCH.COM, LLC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 30, 2009.

By: /s/ Antonio R. Sistos
Antonio R. Sistos