IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | § § § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. 6:09-CV-269 |
| | § | |
| SOFTLAYER TECHNOLOGIES, INC., et al., | § § § | JURY TRIAL DEMANDED |
| Defendants. | | |

### PLAINTIFF BEDROCK COMPUTER TECHNOLOGIES LLC'S
### NOTICE OF COMPLIANCE

Plaintiff Bedrock Computer Technologies LLC ("Bedrock") hereby gives Notice that on November 30, 2009 it complied with the Disclosures agreed to by the parties pursuant to the Joint Motion for Entry of Docket Control and Discovery Orders filed on November 5, 2009.

Dated: November 30, 2009

Respectfully submitted,

**McKOOL SMITH, P.C.**
 /s/ *Sam F. Baxter*
Sam F. Baxter, Lead Attorney
Texas Bar No. 01938000
**McKOOL SMITH, P.C.**
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Douglas A. Cawley
Texas Bar No. 04035500
dcawley@mckoolsmith.com
Theodore Stevenson, III
Texas Bar No. 19196650
tstevenson@mckoolsmith.com
J. Austin Curry
Texas Bar No. 24059636
acurry@mckoolsmith.com
**McKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-4000
Facsimile: 214-978-4044

Robert M. Parker
Texas Bar No. 15498000
Robert Christopher Bunt
Texas Bar No. 00787165
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: 903-531-3535
Facsimile: 903-533-9687
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF BEDROCK COMPUTER TECHNOLOGIES LLC**

2

Dallas 291477v1

## CERTIFICATE OF SERVICE

The undersigned certifies that, on November 30, 2009, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ J. Austin Curry
Austin Curry