## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | § § § | |
| | § | Civil Action No. 6:09-cv-269 |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| 1.  SOFTLAYER TECHNOLOGIES, INC., | § § | |
| 2.  CITIWARE TECHNOLOGY SOLUTIONS, LLC, | § § | |
| 3.  GOOGLE, INC., | § | |
| 4.  YAHOO! INC., | § | |
| 5.  MYSPACE, INC., | § | |
| 6.  AMAZON.COM, INC., | § | |
| 7.  PAYPAL INC., | § | |
| 8.  MATCH.COM, LLC, | § | |
| 9.  AOL LLC, and | § | |
| 10.  CME GROUP, INC., | § | |
| Defendants. | § | |

## DEFENDANT SOFTLAYER TECHNOLOGIES, INC.'S
## NOTICE OF COMPLIANCE

Defendant Softlayer Technologies, Inc. gives notice that it has complied with the Court's

Proposed Discovery Order (Appendix A to Docket No. 78) on November 30th, 2009 by serving

its *Initial Disclosures* upon all counsel of record via electronic mail.

Dated: November 30, 2009                Respectfully submitted,

                                        /s/ Paul V. Storm
                                        _____
                                        Paul V. Storm
                                           State Bar No. 19325350
                                           paulstorm@stormllp.com
                                        Anthony P. Miller
                                           State Bar No. 24041484
                                           amiller@stormllp.com

Dockets.Justia.com

S. Scott Pershern
   State Bar No. 24060412
   spershern@stormllp.com
**STORM LLP**
901 Main Street
Suite 7100
Dallas, Texas 75202
214-347-4700 (Telephone)
214-347-4799 (Facsimile)

**COUNSEL FOR DEFENDANT**
**SOFTLAYER TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 30, 2009.

/s/ Paul V. Storm _____
Paul V. Storm