# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Bedrock Computer Technologies LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>Softlayer Technologies, Inc.,<br>CitiWare Technology Solutions, LLC,<br>Google Inc.,<br>Yahoo! Inc.,<br>MySpace Inc.,<br>Amazon.com Inc.,<br>PayPal Inc.,<br>Match.com Inc.,<br>AOL LLC, and<br>CME Group Inc.,<br><br>    Defendants. | Case No. 6:09-CV-269-LED<br><br>JURY TRIAL DEMANDED |

## MYSPACE, AMAZON.COM, PAYPAL, AOL, AND CME GROUP'S NOTICE OF SERVICE OF INITIAL DISCLOSURES

Defendants MySpace, Inc., Amazon.com, Inc., PayPal, Inc., AOL LLC, and CME Group Inc. notify the Court that they served their initial disclosures on November 30, 2009 in accordance with the Court's Proposed Discovery Order (Appendix A to Docket No. 78) and the Joint Motion for Entry of Docket Control and Discovery Orders filed on November 5, 2009.

Dated: November 30, 2009					Respectfully submitted,


					        */s/ Alan L. Whitehurst*					
					Frank G. Smith
					frank.smith@alston.com
					ALSTON & BIRD LLP
					One Atlantic Center
					1201 West Peachtree Street
					Atlanta, GA  30309
					Telephone:  (404) 881-7240
					Facsimile:  (404) 256-8184

					Alan L. Whitehurst
					alan.whitehurst@alston.com
					Marissa R. Ducca
					marissa.ducca@alston.com
					ALSTON & BIRD LLP
					The Atlantic Building
					950 F Street, N.W.
					Washington, DC  20004
					Telephone:  (202) 756-3300
					Facsimile:  (202) 756-3333

					Michael J. Newton (SBN 24003844)
					mike.newton@alston.com
					ALSTON & BIRD LLP
					Chase Tower
					2200 Ross Avenue, Suite 3601
					Dallas, TX  75201
					Telephone:  (214) 922-3423
					Facsimile:  (214) 922-3839

					Louis A. Karasik (*pro hac vice*)
					lou.karasik@alston.com
					ALSTON & BIRD LLP
					333 South Hope Street
					16th Floor
					Los Angeles, CA 90071
					Telephone:  (213) 576-1148
					Facsimile:  (213) 576-1100

					*Attorneys for Defendants MySpace Inc.,*
					*Amazon.com Inc., AOL LLC,*
					*CME Group Inc, and PayPal, Inc.*

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 30th day of November, 2009.  Any other counsel of record will be served by facsimile transmission and/or first-class mail.

              */s/ Alan L. Whitehurst*
              Alan L. Whitehurst