IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Bedrock Computer Technologies LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Softlayer Technologies, Inc.,<br>CitiWare Technology Solutions, LLC,<br>Google Inc.,<br>Yahoo! Inc.,<br>MySpace Inc.,<br>Amazon.com Inc.,<br>PayPal Inc.,<br>Match.com LLC,<br>AOL LLC, and<br>CME Group Inc.,<br><br>    Defendants. | Case No. 6:09-CV-269-LED<br><br>JURY TRIAL DEMANDED |

### **NOTICE OF APPEARANCE OF THOMAS WILLIAM DAVISON**

Notice is hereby given that the undersigned attorney, Thomas William Davison, enters his appearance in the above-referenced proceeding this matter as counsel for Defendants AOL LLC, Amazon.com Inc., CME Group Inc., MySpace Inc., and PayPal Inc. for the purpose of receiving notices and orders from the Court.

Dated: December 1, 2009				Respectfully submitted,

*/s/ Thomas William Davison*
Thomas William Davison
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 339-3933
Facsimile: (202) 654-4913
tom.davison@alston.com
*Attorney for Defendants AOL LLC, Amazon.com Inc., CME Group Inc., MySpace Inc., and PayPal Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 1st day of December 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule Cv-5(a)(3). Any other counsel of record will be served via first class mail and/or facsimile.

>	*/s/ Thomas William Davison*
>	Thomas William Davison