UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> (1) SOFTLAYER TECHNOLOGIES, INC.; <br> (2) CITIWARE TECHNOLOGY SOLUTIONS, LLC.; <br> (3) GOOGLE, INC.; <br> (4) YAHOO! INC.; <br> (5) MYSPACE INC.; <br> (6) AMAZON.COM INC.; <br> (7) PAYPAL INC.; <br> (8) MATCH.COM, INC.; <br> (9) AOL LLC; <br> AND <br> (10) CME GROUP INC., <br><br> Defendants. | Civil Action No. 6:09-cv-00269-LED <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT YAHOO! INC.'S NOTICE OF SERVICE OF INITIAL DISCLOSURES

Defendant Yahoo! Inc. hereby notifies the Court that it served its initial disclosures on December 1, 2009 in accordance with the Court's Proposed Discovery Order (Appendix A to Docket No. 78) and the Joint Motion for Entry of Docket Control and Discovery Orders filed on November 5, 2009.[1]

---

[1] On November 30, 2009, Plaintiff Bedrock Computer Technologies LLC agreed to Yahoo!'s request for a one-day extension to serve its initial disclosures.

Dated: December 1, 2009 Respectfully submitted,

/s/ Yar R. Chaikovsky
Yar R. Chaikovsky
California State Bar No. 175421
Sonnenschein Nath & Rosenthal LLP
1530 Page Mill Road, Suite 200
Palo Alto, California 94304-1125
Telephone: (650) 798-0300
Facsimile: (650) 798-0310
Email: ychaikovsky@sonnenschein.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 1, 2009.

/s/ Yar R. Chaikovsky
Yar R. Chaikovsky

14831000\V-1