IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 6:09-CV-269 |
| SOFTLAYER TECHNOLOGIES, INC., et al., | | JURY TRIAL DEMANDED |
| Defendants. | | |

### NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL
### FOR PLAINTIFF BEDROCK COMPUTER TECHNOLOGIES LLC

Please take notice that the following attorney is entering an appearance for Plaintiff, Bedrock Computer Technologies LLC, and will serve as lead counsel and attorney in charge replacing Sam Baxter in the above numbered and entitled cause:

Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Mr. Cawley is currently admitted to practice in the Eastern District of Texas District of Texas.

Dated: December 2, 2009                    Respectfully submitted,

                                                  **McKOOL SMITH, P.C.**
                                                  /s/ *Douglas A. Cawley*
                                                  Sam F. Baxter
                                                  Texas Bar No. 01938000
                                                  **McKOOL SMITH, P.C.**
                                                  sbaxter@mckoolsmith.com
                                                  104 E. Houston Street, Suite 300
                                                  P.O. Box 0
                                                  Marshall, Texas 75670
                                                  Telephone: (903) 923-9000
                                                  Facsimile: (903) 923-9099

                                                  Douglas A. Cawley, Lead Attorney
                                                  Texas Bar No. 04035500
                                                  dcawley@mckoolsmith.com
                                                  Theodore Stevenson, III
                                                  Texas Bar No. 19196650
                                                  tstevenson@mckoolsmith.com
                                                  J. Austin Curry
                                                  Texas Bar No. 24059636
                                                  acurry@mckoolsmith.com
                                                  **McKOOL SMITH, P.C.**
                                                  300 Crescent Court, Suite 1500
                                                  Dallas, Texas 75201
                                                  Telephone: 214-978-4000
                                                  Facsimile: 214-978-4044

                                                  Robert M. Parker
                                                  Texas Bar No. 15498000
                                                  Robert Christopher Bunt
                                                  Texas Bar No. 00787165
                                                  **PARKER, BUNT & AINSWORTH, P.C.**
                                                  100 E. Ferguson, Suite 1114
                                                  Tyler, Texas 75702
                                                  Telephone: 903-531-3535
                                                  Facsimile: 903-533-9687
                                                  E-mail: rmparker@pbatyler.com
                                                  E-mail: rcbunt@pbatyler.com

                                                  **ATTORNEYS FOR PLAINTIFF**
                                                  **BEDROCK COMPUTER TECHNOLOGIES**
                                                  **LLC**

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that, on December 2, 2009, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                        /s/ J. Austin Curry_____
                                        J. Austin Curry