IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BEDROCK COMPUTER TECHNOLOGIES, LLC** | § § § | |
| Plaintiff, | § § | **CASE NO. 609 CV 269** |
| vs. | § § | **Jury Trial Demanded** |
| **SOFTLAYER TECHNOLOGIES, INC.,** et al. | § § § | |
| Defendants. | § | |

### PLAINTIFF'S REPLY TO DEFENDANT SOFTLAYER TECHNOLOGIES, INC.'S ANSWER TO BEDROCK'S FIRST AMENDED COMPLAINT, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS

Plaintiff Bedrock Computer Technologies LLC ("Bedrock") files this Reply to Defendant Softlayer Technologies, Inc.'s Answer to Bedrock's First Amended Complaint, Affirmative Defenses, and Counterclaims, served on November 16, 2009 (Dkt. No.112). All allegations not expressly admitted are denied. The first set of paragraphs marked 1-21 of Softlayer's Answer do not require a response.

#### AFFIRMATIVE DEFENSES

1. Bedrock incorporates by reference the allegations in its First Amended Complaint for Patent Infringement (Dkt. No. 102) in response to each and every of Softlayer's Affirmative Defenses.

2. Bedrock denies all allegations contained in Paragraph 1 of Softlayer's Affirmative Defenses.

1

3. Bedrock denies all allegations contained in Paragraph 2 of Softlayer's Affirmative Defenses.

4. Bedrock denies all allegations contained in Paragraph 3 of Softlayer's Affirmative Defenses.

5. Bedrock denies all allegations contained in Paragraph 4 of Softlayer's Affirmative Defenses.

6. Bedrock denies all allegations contained in Paragraph 5 of Softlayer's Affirmative Defenses.

7. Bedrock denies all allegations contained in Paragraph 6 of Softlayer's Affirmative Defenses.

8. Bedrock denies all allegations contained in Paragraph 7 of Softlayer's Affirmative Defenses.

### RESPONSE TO COUNTERCLAIMS

10. Bedrock incorporates by reference the allegations in its Complaint for Patent Infringement in response to each and every of Softlayer's Counterclaims.

11. Bedrock admits that this Court has jurisdiction as alleged in Paragraph 1 of Softlayer's Counterclaims, but denies that Softlayer is entitled to any relief requested.

12. Bedrock admits the this Court has subject matter jurisdiction as alleged in Paragraph 2 of Softlayer's Counterclaims, but denies that Softlayer is entitled to any relief requested.

13. Bedrock admits the allegations of Paragraph 3.

14. Bedrock admits the allegations of Paragraph 4.

Dallas 285121v3

15. With respect to Paragraph 5, Bedrock admits that an actual and justiciable controversy exists between Bedrock and Softlayer with respect to the validity and infringement of the '120 patent. Bedrock denies that there is an actual and justiciable controversy with respect to the enforceability of the '120 patent because Softlayer has not alleged any fact or theory upon which the '120 patent can be adjudged unenforceable.

16. Bedrock denies the allegations of Paragraph 6.

## PRAYER FOR RELIEF

Bedrock incorporates by reference the Prayer for Relief set forth in Bedrock's First Amended Complaint for Patent Infringement. Bedrock denies that Softlayer is entitled to any relief.

## DEMAND FOR JURY TRIAL

Bedrock hereby demands that all issues be determined by jury.

DATED: December 2, 2009                    Respectfully submitted,

                                           **McKOOL SMITH, P.C.**

                                            /s/ *Douglas A. Cawley*
                                           Sam F. Baxter
                                           Texas Bar No. 01938000
                                           **McKOOL SMITH, P.C.**
                                           sbaxter@mckoolsmith.com
                                           104 E. Houston Street, Suite 300
                                           P.O. Box 0
                                           Marshall, Texas 75670
                                           Telephone: (903) 923-9000
                                           Facsimile:  (903) 923-9099

                                           Douglas A. Cawley, Lead Attorney
                                           Texas Bar No. 04035500
                                           dcawley@mckoolsmith.com
                                           Theodore Stevenson, III
                                           Texas Bar No. 19196650
                                           tstevenson@mckoolsmith.com
                                           J. Austin Curry
                                           Texas Bar No. 24059636
                                           acurry@mckoolsmith.com
                                           **McKOOL SMITH, P.C.**
                                           300 Crescent Court, Suite 1500
                                           Dallas, Texas 75201
                                           Telephone: 214-978-4000
                                           Facsimile: 214-978-4044

                                           Robert M. Parker
                                           Texas Bar No. 15498000
                                           Robert Christopher Bunt
                                           Texas Bar No. 00787165
                                           **PARKER, BUNT & AINSWORTH, P.C.**
                                           100 E. Ferguson, Suite 1114
                                           Tyler, Texas 75702
                                           Telephone: 903-531-3535
                                           Facsimile: 903-533-9687
                                           E-mail: rmparker@pbatyler.com
                                           E-mail: rcbunt@pbatyler.com

                                           **ATTORNEYS FOR PLAINTIFF
                                           BEDROCK COMPUTER
                                           TECHNOLOGIES LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this, the 2nd day of December, 2009. Local Rule CV-53(a)(3)(A).

        /s/ J. Austin Curry
        J. Austin Curry

Dallas 285121v3