**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOFTLAYER TECHNOLOGIES, INC., CITIWARE TECHNOLOGY SOLUTIONS, LLC, GOOGLE INC., YAHOO! INC., MYSPACE INC., AMAZON.COM INC., PAYPAL INC., MATCH.COM, INC., AOL LLC, and CME GROUP INC.,<br><br>Defendants. | CASE NO. 6:09-CV-00269<br><br>Hon. Leonard E. Davis<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT YAHOO! INC.'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Defendant Yahoo! Inc. files this Unopposed Motion to Withdraw as Counsel and respectfully requests that Michael E. Jones and the POTTER MINTON, P.C. law firm be permitted to withdraw herein as counsel of record for Yahoo! Inc. in the above-captioned matter. Yahoo! Inc. consents to this request and said Defendant is currently represented by other counsel in this matter. No other changes are requested at this time regarding the other attorneys acting as said defendant's counsel of record. Plaintiff does not oppose this motion.

Dated: December 3, 2009

                                        Respectfully submitted,

                                    By:   */s/ Michael E. Jones*
                                                MICHAEL E. JONES
                                                State Bar No. 10929400
                                                POTTER MINTON

A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas 75702
Phone: 903.597.8311
Facsimile: 903.593.0846
Email: mikejones@potterminton.com

*Attorneys for Defendant*
Yahoo! Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 3, 2009. Any other counsel of record will be served by First Class U.S. Mail on this same date.

*/s/ Michael E. Jones*
MICHAEL E. JONES