**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 6:09-CV-00269 |
| v. | ) ) | Hon. Leonard E. Davis |
| | ) ) | **JURY TRIAL DEMANDED** |
| SOFTLAYER TECHNOLOGIES, INC., CITIWARE TECHNOLOGY SOLUTIONS, LLC, GOOGLE INC., YAHOO! INC., MYSPACE INC., AMAZON.COM INC., PAYPAL INC., MATCH.COM, INC., AOL LLC, and CME GROUP INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER GRANTING DEFENDANT YAHOO! INC.'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

On this day, came on to be considered the Unopposed Motion to Withdraw Counsel of Defendant Yahoo! Inc. After considering said motion, the Court is of the opinion that said motion should be GRANTED.

IT IS, THERFORE, ORDERED that Michael E. Jones and the POTTER MINTON, P.C. law firm be allowed to withdraw and are withdrawn as attorneys of record for Defendant Yahoo! Inc. in the above referenced matter.

Dockets.Justia.com