# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | ) ) ) |
| Plaintiff, | ) CASE NO. 6:09-CV-00269 ) ) Hon. Leonard E. Davis |
| v. | ) ) ) **JURY TRIAL DEMANDED** |
| SOFTLAYER TECHNOLOGIES, INC., CITIWARE TECHNOLOGY SOLUTIONS, LLC, GOOGLE INC., YAHOO! INC., MYSPACE INC., AMAZON.COM INC., PAYPAL INC., MATCH.COM, INC., AOL LLC, and CME GROUP INC., | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANT MYSPACE INC.'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Defendant MySpace Inc. files this Unopposed Motion to Withdraw as Counsel and respectfully requests that Michael E. Jones and the POTTER MINTON, P.C. law firm be permitted to withdraw herein as counsel of record for MySpace Inc. in the above-captioned matter. MySpace Inc. consents to this request and said Defendant is currently represented by other counsel in this matter. No other changes are requested at this time regarding the other attorneys acting as said defendant's counsel of record. Plaintiff does not oppose this motion.

Dated: December 7, 2009

                                            Respectfully submitted,

                                      By:   */s/ Michael E. Jones*
                                              MICHAEL E. JONES
                                              State Bar No. 10929400
                                              POTTER MINTON

A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas 75702
Phone: 903.597.8311
Facsimile: 903.593.0846
Email: mikejones@potterminton.com

*Attorneys for Defendant*
MySpace Inc.

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 7, 2009. Any other counsel of record will be served by First Class U.S. Mail on this same date.

*/s/ Michael E. Jones*
MICHAEL E. JONES