# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | )<br>)<br>) |
| Plaintiff, | ) CASE NO. 6:09-CV-00269<br>)<br>) Hon. Leonard E. Davis |
| v. | )<br>) **JURY TRIAL DEMANDED** |
| SOFTLAYER TECHNOLOGIES, INC., CITIWARE TECHNOLOGY SOLUTIONS, LLC, GOOGLE INC., YAHOO! INC., MYSPACE INC., AMAZON.COM INC., PAYPAL INC., MATCH.COM, INC., AOL LLC, and CME GROUP INC., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER GRANTING DEFENDANT MYSPACE INC.'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

On this day, came on to be considered the Unopposed Motion to Withdraw Counsel of Defendant MySpace Inc. After considering said motion, the Court is of the opinion that said motion should be GRANTED.

IT IS, THERFORE, ORDERED that Michael E. Jones and the POTTER MINTON, P.C. law firm be allowed to withdraw and are withdrawn as attorneys of record for Defendant MySpace Inc. in the above referenced matter.

**So ORDERED and SIGNED this 9th day of December, 2009.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**