## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | ) ) ) | CASE NO. 6:09-CV-00269 |
| Plaintiff, | ) ) | Hon. Leonard E. Davis |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| | ) | |
| SOFTLAYER TECHNOLOGIES, INC., CITIWARE TECHNOLOGY SOLUTIONS, LLC, GOOGLE INC., YAHOO! INC., MYSPACE INC., AMAZON.COM INC., PAYPAL INC., MATCH.COM, LLC., AOL LLC, and CME GROUP INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO COMPLY WITH PATENT RULE 3-1 AND TO EXTEND THE TIME TO SERVE INVALIDITY CONTENTIONS

Before the Court is the Defendants' Motion to Compel Plaintiff to Comply with Patent Rule 3-1 and to Extend the Time to Serve Invalidity Contentions. The Court having reviewed the motion hereby GRANTS Defendants' Motion to Compel Plaintiff to Comply with Patent Rule 3-1 and to Extend the Time to Serve Invalidity Contentions. It is therefore,

ORDERED that Plaintiff must serve supplemental infringement contentions that comply with Patent Rule 3-1, AND

the date for Defendants to serve invalidity contentions is hereby moved to the latter of (i) 45 days after the date Plaintiff serves compliant infringement contentions, or (ii) the date set forth in the Docket Control Order.