## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **Bedrock Computer Technologies LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | **CA No. 6:09-cv-269** |
| v. § | |
| § | |
| Softlayer Technologies, Inc., § | **JURY TRIAL REQUESTED** |
| CitiWare Technology Solutions, LLC, § | |
| Google, Inc., Yahoo! Inc., MySpace, Inc., § | |
| Amazon.com Inc., PayPal Inc., § | |
| Match.com, Inc., AOL LLC, and § | |
| CME Group Inc., § | |
| § | |
| **Defendants.** § | |

### NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF

Please take notice that the following attorney is entering an appearance for Plaintiff Bedrock Computer Technologies LLC in the above numbered and entitled cause, for the purpose of representing Plaintiff and receiving notices and orders from the Court.

    Jonathan R. Yim
    Texas State Bar No. 24066317
    jyim@mckoolsmith.com
    McKool Smith P.C.
    300 Crescent Court, Suite 1500
    Dallas, Texas 75201
    Telephone: (214) 978-6362
    Telecopier: (214) 978-4044

Mr. Yim is currently admitted to practice in the United States District Court for the Eastern District of Texas.

Dallas 292495v1

DATED: December 15, 2009

                Respectfully submitted,

                **McKOOL SMITH, P.C.**

                /s/ Jonathan R. Yim_____
                Sam F. Baxter
                Texas Bar No. 01938000
                **McKOOL SMITH, P.C.**
                sbaxter@mckoolsmith.com
                104 E. Houston Street, Suite 300
                P.O. Box 0
                Marshall, Texas 75670
                Telephone: (903) 923-9000
                Facsimile: (903) 923-9099

                Douglas A. Cawley, Lead Attorney
                Texas Bar No. 04035500
                dcawley@mckoolsmith.com
                Theodore Stevenson, III
                Texas Bar No. 19196650
                tstevenson@mckoolsmith.com
                John Austin Curry
                Texas State Bar No. 24059636
                acurry@mckoolsmith.com
                Jonathan R. Yim
                Texas State Bar No. 24066317
                jyim@mckoolsmith.com
                **McKOOL SMITH, P.C.**
                300 Crescent Court, Suite 1500
                Dallas, Texas 75201
                Telephone: 214-978-4000
                Facsimile: 214-978-4044

Robert M. Parker
Texas Bar No. 15498000
Robert Christopher Bunt
Texas Bar No. 00787165
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: 903-531-3535
Facsimile: 903-533-9687
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF
BEDROCK COMPUTER
TECHNOLOGIES**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail, on this the 15th day of December, 2009.

/s/ John Austin Curry
John Austin Curry