# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER § | |
| TECHNOLOGIES LLC, § | |
| § | |
| Plaintiff, § | Civil Action No. 6:09-cv-269 |
| § | |
| v. § | Hon. Leonard E. Davis |
| § | |
| 1. SOFTLAYER TECHNOLOGIES, INC., § | Jury Trial Demanded |
| 2. CITIWARE TECHNOLOGY § | |
| SOLUTIONS, LLC, § | |
| 3. GOOGLE, INC., § | |
| 4. YAHOO! INC., § | |
| 5. MYSPACE, INC., § | |
| 6. AMAZON.COM, INC., § | |
| 7. PAYPAL INC., § | |
| 8. MATCH.COM LLC, § | |
| 9. AOL LLC, and § | |
| 10. CME GROUP, INC., § | |
| § | |
| Defendants. § | |

## UNOPPOSED MOTION FOR EXTENSION OF DEADLINE

The Defendants request – and Bedrock does not oppose – an extension of the Defendants' deadline to serve their invalidity contentions from December 28, 2009 to January 8, 2010.

On November 5, 2009, the Parties filed their proposed Docket Control Orders and Discovery Orders (Docket No. 106), in which Bedrock proposed January 8, 2010 as the deadline for the Defendants to serve their invalidity contentions under P.R. 3-3 and 3-4, while the Defendants requested February 28, 2010. The Court has not yet decided between the Parties' proposed dates, or issued a Docket Control Order. In the absence of such an order, the Defendants' deadline for serving invalidity contentions is December 28, 2009.

Bedrock and the Defendants have agreed to extend this deadline, pending the Court's entry of the Docket Control Order, to January 8, 2010. The Defendants therefore respectfully

request an extension of the Defendants' deadline for serving their invalidity contentions until January 8, 2010, with the understanding that, if the Court enters a Docket Control Order on or before January 8, 2010, the invalidity contention deadline in that Docket Control Order will control.

Dated: December 22, 2009:

| | |
|---|---|
| By: /s/ Anthony P. Miller<br>Paul V. Storm<br>  State Bar No. 19325350<br>  paulstorm@stormllp.com<br>Anthony P. Miller<br>  State Bar No. 24041484<br>  amiller@stormllp.com<br>S. Scott Pershern<br>  State Bar No. 24060412<br>  spershern@stormllp.com<br>STORM LLP<br>901 Main Street<br>Suite 7100<br>Dallas, Texas 75202<br>214-347-4700 (Telephone)<br>214-347-4799 (Facsimile)<br><br>*Attorneys for Defendant Softlayer Technologies, Inc.* | By: /s/ Alan L. Whitehurst (with permission)<br>Frank G. Smith<br>  frank.smith@alston.com<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>Telephone: (404) 881-7240<br>Facsimile: (404) 256-8184<br><br>Alan L. Whitehurst<br>  alan.whitehurst@alston.com<br>Marissa R. Ducca<br>  marissa.ducca@alston.com<br>ALSTON & BIRD LLP<br>The Atlantic Building<br>950 F Street, N.W.<br>Washington, DC 20004<br>Telephone: (202) 756-3300<br>Facsimile: (202) 756-3333 |
| By: /s/ Michael E. Jones (with permission)<br>  State Bar No. 10929400<br>  mikejones@potterminton.com<br>POTTER MINTON<br>110 N. College<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br><br>Claude M. Stern<br>  claudestern@quinnemanuel.com<br>Todd M. Briggs<br>  toddbriggs@quinnemanuel.com<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>555 Twin Dolphin Dr., Suite 560<br>Redwood Shores, CA 94065<br>Telephone: 650-801-5000<br>Facsimile: 650-801-5100<br><br>*Attorneys for Defendants Google Inc. and Match.com LLC* | Michael J. Newton<br>  State Bar No. 24003844<br>  mike.newton@alston.com<br>ALSTON & BIRD LLP<br>Chase Tower<br>2200 Ross Avenue, Suite 3601<br>Dallas, TX 75201<br>Telephone: (214) 922-3423<br>Facsimile: (214) 922-3839<br><br>Louis A. Karasik (pro hac vice)<br>  lou.karasik@alston.com<br>ALSTON & BIRD LLP<br>333 South Hope Street<br>16th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 576-1148<br>Facsimile: (213) 576-1100<br><br>*Attorneys for Defendants MySpace Inc., Amazon.com Inc., AOL LLC, CME Group Inc., and PayPal Inc.* |

| | |
|---|---|
| By: /s/ Yar R. Chaikovsky (with permission)<br>Yar R. Chaikovsky<br>  ychaikovsky@sonnenschein.com<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>1530 Page Mill Road, Suite 200<br>Palo Alto, CA 94304<br>Telephone: (650) 798-0300<br>Facsimile: (650) 798-0310<br><br>*Attorney for Defendant Yahoo! Inc.* | By: /s/ Michael E. Jones (with permission)<br>  State Bar No. 10929400<br>  mikejones@potterminton.com<br>Allen Gardner<br>  State Bar No. 24043679<br>  allengardner@potterminton.com<br>POTTER MINTON<br>A PROFESSIONAL CORPORATION<br>110 N. College, 500 Plaza Tower<br>P.O. Box 359<br>Tyler, Texas 75710<br>Tel: (903) 597-8311<br>Fax: (903) 593-0846<br><br>*Attorneys for Defendant PayPal, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on his 22nd day of December, 2009, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's ECF filing system in accordance with the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Texas.

/s/Anthony P. Miller
Anthony P. Miller