# EXHIBIT B



March 30, 2005

direct dial: 214.745.5249
dperez@winstead.com

**VIA FEDERAL EXPRESS**

Eric R. Lamison
Kirkland & Ellis, LLP
555 California Street
San Francisco, CA 94104

Re:  *ConnecTel, LLC v. Cisco Systems, Inc.*, Case No. 2-04:CV-396, in the United States District Court for the Eastern District of Texas, Marshall Division.

Dear Eric:

Enclosed is a set of claim charts and supporting information similar to the information previously provided to Cisco in ConnecTel's Disclosure of Asserted Claims and Preliminary Infringement Contentions – the arrangement and structure of these documents are the same.

As we have previously stated, ConnecTel has more than met its burden under P.R. 3-1. However, we are supplying this information to Cisco to provide explanatory information to you to assist you in understanding some of the technical aspects of Cisco's products and to further assist you in streamlining your discovery obligations.

To aid you in understanding Cisco's products, we have included a copy of *Cisco IOS In a Nutshell* for your reference. We provide this technical reference to help you and your team members understand Cisco's products. We hope you find it useful.

On a related issue, we are concerned that you have not responded to our invitation set forth in our letter to you dated March 28, 2005, to continue our discussions regarding the preliminary infringement contention claim charts to comply with your meet and confer obligation. Again, we invite you to please contact me to continue those discussions.

As always, if you have any questions, feel free to contact me.

Sincerely,

Daniel F. Pérez

# ATTACHMENT A

## U.S. Patent No. 6,016,307
## And Cisco Routers

| Claims | Cisco Routers |
|---|---|
| 1. In a telecommunications switching system comprising a plurality of interfaces, each of said interfaces interconnected with an associated telecommunications path capable of transferring a data file from a first memory to a remote destination, each of said telecommunications paths having predetermined parameters associated therewith stored in a second memory in said switching system and variable parameters associated therewith, a method of determining which of said plurality of telecommunications paths should be utilized for transferring the data file from said first memory, said method comprising the steps of: | The Cisco Routers are a component of a telecommunications switching system with more than one interface. The Cisco Routers are designed, sold and marketed as a component of a telecommunications system. In a system in which the Cisco Routers are a component, each interface is interconnected with an associated telecommunications path (for example media type, e.g. wire, twisted pair, fiber, wireless, etc.)[1] capable of transferring a data file from a first memory to a remote destination. The Cisco Routers have at least one memory for storing a data file. Each path has predetermined parameters (such as a configuration of the data path)[2] associated with it, and stored in a second memory. Each path also has associated variable parameters. The Cisco Routers determine[3] which of the paths should be utilized for transferring the data file from the first memory. The Cisco Routers analyze a property of the data file (for example, call type (e.g. voice, fax, data, etc.), Quality of Service (QoS) parameter, and/or security requirements of the data) to be transferred.[4] The Cisco Routers measure the variable parameters (for example, latency or jitter)[5] for each of the paths. The Cisco Routers analyze the measured variable parameters and the predetermined parameters. The Cisco Routers determine[6] which of the paths provides an optimal set of characteristics for transferring the file to the remote destination according to the analyzed variable parameters, predetermined parameters, and the analyzed data file property. |
| a) analyzing a property of the data file to be transferred; | |
| b) measuring said variable parameters for each of said paths; | |
| c) analyzing said measured variable parameters and said predetermined parameters; and | |
| d) determining which of said paths provides an optimal set of characteristics for transferring the file to the remote destination in accordance with said analyzed variable parameters and predetermined parameters and said analyzed data file property. | |

# U.S. Patent No. 6,016,307
## And Cisco Routers

| | |
|---|---|
| 2. The method of claim 1 in which said determining step analyzes a set of programmed user priorities in determining which of said paths provides the optimal set of characteristics for transferring the file to the remote destination. | The Cisco Routers analyze a set of programmed user priorities in determining which of the paths provides the optimal set of characteristics for transferring the file to the remote destination.[7] |
| 3. The method of claim 2 in which the user priorities are predefined and stored in said switching system memory. | In the Cisco Routers, the user priorities may be predefined and stored in the memory.[8] |
| 4. The method of claim 3 in which said predefined user priorities may be changed by a user prior to said analysis step. | In the Cisco Routers, the predefined user priorities may be changed by a user prior to analyzing the programmed user priorities.[9] |
| 5. The method of claim 2 in which telecommunications path variable parameters comprises the data transfer speed of said path at a given point in time. | In the Cisco Routers, the path variable parameters may be the data transfer speed of the data path at a given point in time.[10] |
| 6. The method of claim 2 in which said telecommunications path predetermined parameters comprises the cost per unit time of utilizing said path. | In the Cisco Routers, the path predetermined parameters may be the cost per unit time of utilizing said data path.[11] |
| 7. The method of claim 6 in which said cost per unit time is a function of the current time of day. | In the Cisco Routers, the cost per unit time may be a function of the current time of day.[12] |
| 8. The method of claim 6 in which said cost per unit time is a function of the current day of week. | In the Cisco Routers, the cost per unit time may be a function of the current day of week.[13] |
| 9. The method of claim 1 in which said telecommunications path predetermined parameters comprises a measure of data transfer reliability of said path. | In the Cisco Routers, the path predetermined parameters may be a measure of data transfer reliability of the data path.[14] |
| 10. The method of claim 1 in which said telecommunications path predetermined parameters comprises a measure of data transfer bandwidth of said path. | In the Cisco Routers, the path predetermined parameters may include a measure of data transfer bandwidth of the data path.[15] |

| | |
|---|---|
| 11. The method of claim 2 further comprising the step of analyzing the size of the file to be sent in relation to said user priorities. | The Cisco Routers analyze the size of the file to be sent in relation to the user priorities.[16] |
| 12. The method of claim 1 comprising the additional step of first ascertaining if an interface is available prior to performing said analysis. | The Cisco Routers ascertain if an interface is available prior to performing the analysis of the variable parameters and predetermined parameters.[17] |
| 13. The method of claim 3 in which each of said predetermined and measured parameters are weighted with respect to said user priorities in performing said analysis step. | In the Cisco Routers, each of the variable parameters and predetermined parameters are weighted with respect to the user priorities in analyzing those parameters.[18] |
| 14. A telecommunications switching system comprising: | The Cisco Routers are a component of a telecommunications switching system. The Cisco Routers have a first memory for holding a data file to be transferred to a remote destination. The data file to be transferred to a remote destination has at least one associated property (for example, call type (e.g. voice, fax, data, etc.), Quality of Service (QoS) parameter, or security requirements of the data).[19] The Cisco Routers have more than one interface coupled with the first memory, and each of the interfaces is interconnected with an associated telecommunications path (for example media type, e.g. wire, twisted pair, fiber, wireless, etc.)[20] capable of transferring the data file to the remote destination. The Cisco Routers have a second memory for storing predetermined parameters (such as a configuration of the data path)[21] associated with each of the paths. The Cisco Routers have a processor (for example a |
| a) a first memory for holding a data file to be transferred to a remote destination, said data file having at least one associated property; | |
| b) a plurality of interfaces coupled with said first memory, each of said interfaces interconnected with an associated telecommunications path capable of transferring the data file with the remote destination; | |
| c) a second memory for storing predetermined parameters associated with each of said telecommunications paths; | |
| d) means for measuring the value of a variable parameter associated with each of said telecommunications paths; and | |

| | |
|---|---|
| e) processor means operatively associated with said first and second memories and said variable parameter measuring means for determining which of said plurality of telecommunications paths should be utilized for transferring the data file in accordance with said data file property, said predetermined telecommunications path parameters, and said measured variable parameters. | Digital Signal Processor (DSP), ASIC, or other type of processor) for measuring the value of a variable parameter (for example, latency or jitter)[22] associated with each of the paths. The Cisco Routers have a processor associated with the first and second memories and the DSP, ASIC, or other type of processor for determining[23] which of the plurality of paths should be utilized for transferring the data file in accordance with the data file property, the path predetermined parameters, and the measured variable parameters. |
| 15. The system of claim 14 further comprising a third memory for storing a set of user priorities regarding the transmission of data files, and wherein said processor means determines which of said plurality of telecommunications paths should be utilized for transferring the data file in accordance with said user priorities. | The Cisco Routers have a third memory that stores a set of user priorities regarding the transmission of data files. In the Cisco Routers, the processor determines which telecommunication path should be utilized for transferring the data file in accordance with the user priorities.[24] |
| 16. The switching system of claim 15 further comprising input means for allowing a user to change said user priorities in said third memory. | The Cisco Routers are inter-connected to a keyboard or other type of input device allowing a user to change the user priorities in the third memory.[25] |
| 17. The switching system of claim 15 in which said variable parameter measuring means performs a measurement of the data transfer speed of each of said telecommunications paths. | In the Cisco Routers, the Routers measure the data transfer speed of each of the paths.[26] |
| 18. The switching system of claim 16 in which said data transfer speed measurement is performed by a ping test. | In the Cisco Routers, the data transfer speed measurement may be performed by a ping test.[27] |
| 19. The switching system of claim 15 in which the predetermined parameters stored in said second memory comprises the cost per unit time of utilizing the telecommunications paths. | In the Cisco Routers, the predetermined parameters stored in the second memory include the cost per unit time of utilizing the path.[28] |

U.S. Patent No. 6,016,307
And Cisco Routers

| | |
|---|---|
| 20. The switching system of claim 19 in which the cost per unit time is a function of the current time of day. | In the Cisco Routers, the cost per unit time may be a function of the current time of day.[29] |
| 21. The switching system of claim 19 in which the cost per unit time is a function of the current day of week. | In the Cisco Routers, the cost per unit time may be a function of the current day of week.[30] |
| 22. The switching system of claim 15 in which the predetermined parameters stored in said second memory comprises a measure of data transfer reliability of each of said paths. | In the Cisco Routers, the predetermined parameters stored in the second memory include a measure of data transfer reliability of each of the paths.[31] |
| 23. The switching system of claim 15 in which the predetermined parameters stored in said second memory comprises a measure of data transfer bandwidth of each of said paths. | In the Cisco Routers, the predetermined parameters stored in the second memory include a measure of data transfer bandwidth (e.g. Mbps) of each of the paths.[32] |
| 24. The switching system of claim 15 further comprising means for ascertaining if an interface is available for data file transfer. | The Cisco Routers have a processor (for example, DSP, ASIC, or other type of processor) for ascertaining if an interface is available for data file transfer.[33] |
| 25. The system of claim 14 wherein said data file property is the data file type. | In the Cisco Routers, the data file property may be the data file type.[34] |
| 26. The system of claim 14 wherein said data file property is the data file size. | In the Cisco Routers, the data file property may be the data file size.[35] |
| 27. The method of claim 1 wherein the data file property analyzed is the data file type. | In the Cisco Routers, the data file property analyzed may be the data file type.[36] |