# EXHIBIT D

| | |
|---|---|
| **From:** | Austin Curry |
| **To:** | Diane Hughes; |
| **CC:** | |
| **Subject:** | FW: Bedrock v. Softlayer |
| **Date:** | Wednesday, November 04, 2009 12:22:45 PM |
| **Attachments:** | 2009 10 29 Bedrock 3-1 Infringement Contentions (expanded) MySpace.pdf |
| | 2009 10 29 Bedrock 3-1 Infringement Contentions (expanded) Amazon.pdf |
| | 2009 10 29 Bedrock 3-1 Infringement Contentions (expanded) AOL.pdf |
| | 2009 10 29 Bedrock 3-1 Infringement Contentions (expanded) CME Group.pdf |
| | 2009 10 29 Cawley Whitehurst re PICs.pdf |

For file.

**From:** Austin Curry
**Sent:** Thursday, October 29, 2009 11:55 AM
**To:** 'Whitehurst, Alan'
**Cc:** Douglas A. Cawley; 'Chris Bunt'; Robert M. Parker; toddbriggs@quinnemanuel.com; Mike Jones; amiller@stormllp.com; 'spershern@stormllp.com'; Chaikovsky, Yar R.; Lee, John A.
**Subject:** Bedrock v. Softlayer

Alan,

Please see the attached correspondence. As indicated in my letter, the attachments contain expanded claim charts for every accused version of Linux. In other words, these charts are not amended; they merely repeat the substance of Bedrock's infringement contentions separately for each accused version of Linux.

To the other Defendants,

If any of the other Defendants would like expanded claim charts, please let me

know and we will oblige.

Austin Curry
Attorney
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Office: 214.978.4207


NOTICE OF CONFIDENTIALITY:

The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.