# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> SOFTLAYER TECHNOLOGIES, INC., CITIWARE TECHNOLOGY SOLUTIONS, LLC, GOOGLE INC., YAHOO! INC., MYSPACE INC., AMAZON.COM INC., PAYPAL INC., MATCH.COM, LLC., AOL LLC, and CME GROUP INC., <br><br> Defendants. | CASE NO. 6:09-CV-00269 <br><br> Hon. Leonard E. Davis <br><br> **JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO COMPLY WITH PATENT RULE 3-1 AND TO EXTEND THE TIME TO SERVE INVALIDITY CONTENTIONS

Defendants Google Inc., Yahoo! Inc., MySpace Inc., Amazon.com Inc., PayPal Inc., Match.com, LLC, AOL LLC, and CME Group Inc. ("Defendants") respectfully submit this Unopposed Motion to Extend the Deadline for Defendants to File their Reply in Support of Defendants' Motion to Compel Plaintiff to Comply with Patent Rule 3-1 and to Extend the Time to Serve Invalidity Contentions.

Plaintiff Bedrock Computer Technologies LLC ("Bedrock") filed its Response to Defendants' Motion on December 23, 2009 (Dkt. No. 136). The current deadline for Defendants' Reply is December 31, 2009. To accommodate Defendants' schedules during the holiday season, Defendants respectfully request, and Bedrock has indicated they do not oppose, a

01980.51572/3234302.2

one (1) week extension of time to file their Reply in Support of Their Motion to Compel up to and including January 7, 2010.

Dated: December 29, 2009

Respectfully submitted,

By: /s/ Alan L. Whitehurst
Frank G. Smith
frank.smith@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7240
Facsimile: (404) 256-8184

Alan L. Whitehurst
alan.whitehurst@alston.com
Marissa R. Ducca
marissa.ducca@alston.com
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 756-3300
Facsimile: (202) 756-3333

Michael J. Newton (SBN 24003844)
mike.newton@alston.com
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 3601
Dallas, TX 75201
Telephone: (214) 922-3423
Facsimile: (214) 922-3839

Louis A. Karasik (*pro hac vice*)
lou.karasik@alston.com
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1148
Facsimile: (213) 576-1100

*Attorneys for Defendants MySpace Inc., Amazon.com Inc., AOL LLC,*

By: /s/ Michael E. Jones (with permission)
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON
110 N. College
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Claude M. Stern
claudestern@quinnemanuel.com
Todd M. Briggs
toddbriggs@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Dr., Suite 560
Redwood Shores, CA 94065
Telephone: 650-801-5000
Facsimile: 650-801-5100

*Attorneys for Defendants Google Inc. and Match.com, LLC*

By: /s/ Yar R. Chaikovsky (with permission)
Yar T. Chaikovsky
ychaikovsky@mwe.com
MCDERMOTT WILL & EMERY
275 Middlefield Rd., Suite 100
Menlo Park, CA 94025
Telephone: (650) 815-7447
Facsimile: (650) 815-7401

*Attorney for Defendant Yahoo! Inc.*

*CME Group Inc, and PayPal Inc.*

Michael E. Jones
State Bar No. 10929400
Allen Gardner
State Bar No. 24043679
POTTER MINTON
A PROFESSIONAL CORPORATION
110 N. College, 500 Plaza Tower
P.O. Box 359
Tyler, Texas 75710
Tel: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com

*Attorneys for Defendant PayPal, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO COMPLY WITH PATENT RULE 3-1 AND TO EXTEND THE TIME TO SERVE INVALIDITY CONTENTIONS**, via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 29, 2009.

By: */s/Alan L. Whitehurst*
Alan L. Whitehurst