# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | ) ) ) |
| Plaintiff, | ) CASE NO. 6:09-CV-00269 ) ) Hon. Leonard E. Davis ) |
| v. | ) ) **JURY TRIAL DEMANDED** ) |
| SOFTLAYER TECHNOLOGIES, INC., CITIWARE TECHNOLOGY SOLUTIONS, LLC, GOOGLE INC., YAHOO! INC., MYSPACE INC., AMAZON.COM INC., PAYPAL INC., MATCH.COM, LLC., AOL LLC, and CME GROUP INC., | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO COMPLY WITH PATENT RULE 3-1 AND TO EXTEND THE TIME TO SERVE INVALIDITY CONTENTIONS

Before the Court is the Defendants' Unopposed Motion to Extend the Deadline for Defendants to File their Reply in Support of Defendants' Motion to Compel Plaintiff to Comply with Patent Rule-3-1 and to Extend the Time to Serve Invalidity Contentions. The Court having reviewed the motion hereby GRANTS Defendants' Motion to Extend the Deadline. It is therefore,

ORDERED that the deadline for Defendants to file their Reply in Support of Defendants' Motion to Compel Plaintiff to Comply with Patent Rule 3-1 and to Extend the Time to Serve Invalidity Contentions is January 7, 2010.