# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | § § § | |
| Plaintiff | § § | Civil Action No. 6:09-cv-00269-LED |
| vs. | § § | **JURY TRIAL DEMANDED** |
| (1) SOFTLAYER TECHNOLOGIES, INC.; <br> (2) CITIWARE TECHNOLOGY SOLUTIONS, LLC.; <br> (3) GOOGLE, INC.; <br> (4) YAHOO! INC.; <br> (5) MYSPACE INC.; <br> (6) AMAZON.COM INC.; <br> (7) PAYPAL INC.; <br> (8) MATCH.COM, INC.; <br> (9) AOL LLC; AND <br> (10) CME GROUP INC. | § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Yahoo! Inc. ("Yahoo") files this Notice of Appearance, and hereby notifies the Court that Yar R. Chaikovsky enters his appearance as lead counsel in this matter as counsel for Yahoo! for the purpose of receiving notices and orders from the Court.

Dated: December 29, 2009

Respectfully submitted,

/s/ Yar R. Chaikovsky
_____

Yar R. Chaikovsky
California State Bar No. 175421
McDermott Will & Emery LLP
275 Middlefield Road
Suite 100
Menlo Park, California 94025-4004
Telephone: (650) 815-7447
Facsimile: (650) 815-7401
Email: ychaikovsky@mwe.com

Attorney for Defendant Yahoo! Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by overnight delivery or first class mail this same date.

/s/ Yar R. Chaikovsky
Yar R. Chaikovsky

MPK 160070-3.009900.0011