IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | § § § | |
| Plaintiff | § § | Civil Action No. 6:09-cv-00269-LED |
| vs. | § § | **ASSOCIATION OF COUNSEL** |
| (1) SOFTLAYER TECHNOLOGIES, INC.; <br> (2) CITIWARE TECHNOLOGY SOLUTIONS, LLC.; <br> (3) GOOGLE, INC.; <br> (4) YAHOO! INC.; <br> (5) MYSPACE INC.; <br> (6) AMAZON.COM INC.; <br> (7) PAYPAL INC.; <br> (8) MATCH.COM, INC.; <br> (9) AOL LLC; AND <br> (10) CME GROUP INC. | § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## ASSOCIATION OF COUNSEL

Defendant Yahoo! Inc. ("Yahoo") hereby associates the following attorneys to act as its counsel of record with Sonnenschein Nath & Rosenthal LLP in the above-captioned matter:

YAR R. CHAIKOVSKY
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: 650.815.7400
Facsimile: 650.815.7401

Dated: December 30, 2009                By:   /s/ John A. Lee
                                              John A. Lee
                                              Sonnenschein Nath & Rosenthal LLP
                                              Attorneys for Defendant
                                              YAHOO! INC.

McDermott, Will & Emery hereby consents to this Association of Counsel:

Dated: December 30, 2009                **McDERMOTT WILL & EMERY LLP**

                                        By:   /s/ Yar R. Chaikovsky
                                              Yar R. Chaikovsky

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by overnight delivery or first class mail this same date.

/s/ Yar R. Chaikovsky
Yar R. Chaikovsky