# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **BEDROCK COMPUTER TECHNOLOGIES, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**SOFTLAYER TECHNOLOGIES, INC., CITIWARE TECHNOLOGY SOLUTIONS, LLC, GOOGLE, INC., YAHOO! INC., MYSPACE, INC., AMAZON.COM, INC., PAYPAL INC., MATCH.COM LLC, AOL LLC, and CME GROUP, INC.,**<br><br>    Defendants. | **Civil Action No. 6:09-cv-269-LED** |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that E. Danielle T. Williams of the law firm of Kilpatrick Stockton LLP, 1001 West Fourth Street, Winston-Salem, North Carolina 27101, will appear as counsel for Softlayer Technologies, Inc.

The undersigned requests service of all pleadings, discovery, correspondence, notices and calendars affecting this action.

Respectfully submitted, this the 6th day of January, 2010.

> By:  /s/ E. Danielle T. Williams_____
> E. Danielle T. Williams (NC Bar #23283)
> KILPATRICK STOCKTON LLP
> 1001 West 4th Street
> Winston-Salem, NC 27104
> Telephone: (336) 607-7300
> Fax: (336) 607-7500
>
> *Attorney for Defendant Softlayer Technologies, Inc.*

# CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 6, 2010. Any other counsel of record will be served by First Class U.S. mail on this same date.

    /s/ E. Danielle T. Williams_____
E. Danielle T. Williams
*Attorney for Defendant*