IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SOFTLAYER TECHNOLOGIES, INC.,<br>CITIWARE TECHNOLOGY<br> SOLUTIONS, LLC,<br>GOOGLE, INC.,<br>YAHOO! INC.,<br>MYSPACE, INC.,<br>AMAZON.COM, INC.,<br>PAYPAL INC.,<br>MATCH.COM LLC,<br>AOL LLC, and<br>CME GROUP, INC.,<br><br>    Defendants. | Civil Action No. 6:09-cv-269-LED |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Steven Gardner of the law firm of Kilpatrick Stockton LLP, 1001 West Fourth Street, Winston-Salem, North Carolina 27101, will appear as counsel for Amazon.com, Inc.

The undersigned requests service of all pleadings, discovery, correspondence, notices and calendars affecting this action.

Respectfully submitted, this the 7th day of January, 2010.

        By:    /s/ Steven Gardner_____
                 Steven Gardner (NC Bar #20984)
                 KILPATRICK STOCKTON LLP
                 1001 West 4th Street
                 Winston-Salem, NC 27104
                 Telephone: (336) 607-7300
                 Fax: (336) 607-7500

                 *Attorney for Defendant Amazon.com, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 7, 2010. Any other counsel of record will be served by First Class U.S. mail on this same date.

          /s/ Steven Gardner_____
          Steven Gardner
          *Attorney for Defendant*