# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> SOFTLAYER TECHNOLOGIES, INC., et al., <br><br> Defendants. | Case No. 6:09-cv-00269-LED <br><br> JURY TRIAL DEMANDED <br><br> The Honorable Leonard Davis <br> United States District Judge |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, David M. Stein, of McDermott Will & Emery LLP, is entering an appearance in this matter for defendant Yahoo! Inc. for the purpose of receiving notices and orders from the Court.

Dated: January 8, 2010

Respectfully submitted,

By: ___/s/ David M. Stein___
    David M. Stein (Texas Bar No. 00797494)
    McDermott Will & Emery LLP
    18191 Von Karman Avenue, Suite 500
    Irvine, California 92612-7108
    Telephone: (949) 851-0633
    Fax: (949) 851-9348
    E-mail: dstein@mwe.com
Attorney for defendant Yahoo! Inc.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 8, 2010. Any other counsel of records will be served by U.S. mail on the same date.

                                                /s/ David M. Stein
                                                    David M. Stein

ORC 474066-1.009900.0011