UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, <br><br>  Plaintiff, <br><br> v. <br><br> SOFTLAYER TECHNOLOGIES, INC., CITIWARE TECHNOLOGY SOLUTIONS, LLC, GOOGLE INC., YAHOO! INC., MYSPACE INC., AMAZON.COM INC., PAYPAL INC., MATCH.COM, LLC., AOL LLC, and CME GROUP INC., <br><br> Defendants. | CASE NO. 6:09-CV-00269 <br><br> Hon. Leonard E. Davis |

## GOOGLE INC. AND MATCH.COM, LLC'S
## NOTICE OF COMPLIANCE WITH PATENT RULES 3-3 AND 3-4

NOTICE IS HEREBY GIVEN that on the 8th day of January 2010, Google Inc. and Match.com LLC complied with Patent Rules 3-3 and 3-4 in accordance with the Parties' agreements and the Unopposed Motion for Extension of Deadline (Dkt. No. 135).

01980.51572/3273126.1

Dated: January 8, 2010                    Respectfully submitted,,

By: */s/ Todd M. Briggs*

    Claude M. Stern
    Todd M. Briggs
    QUINN EMANUEL URQUHART OLIVER &
    HEDGES, LLP
    555 Twin Dolphin Dr., Suite 560
    Redwood Shores, CA 94065
    Telephone: 650-801-5000
    Facsimile: 650-801-5100
    Email: claudestern@quinnemanuel.com
    Email: toddbriggs@quinnemanuel.com

    Michael E. Jones
    State Bar No. 10929400
    POTTER MINTON
    110 N. College
    Tyler, Texas 75702
    Telephone: (903) 597-8311
    Facsimile: (903) 593-0846
    Email: mikejones@potterminton.com

    ATTORNEYS FOR GOOGLE INC. and
    MATCH.COM, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **GOOGLE INC. AND MATCH.COM, LLC'S NOTICE OF COMPLIANCE WITH PATENT RULES 3-3 AND 3-4**, via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 8, 2010.

By: */s/ Todd M. Briggs*
Todd M. Briggs