UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOFTLAYER TECHNOLOGIES, INC. et al.,<br><br>Defendants. | Civil Action No. 6:09-cv-00269-LED<br><br>Honorable Leonard E. Davis |

## DEFENDANT YAHOO! INC.'S NOTICE OF COMPLIANCE WITH PATENT RULES 3-3 AND 3-4

NOTICE IS HEREBY GIVEN that on the 8th day of January 2010, Defendant Yahoo! Inc. ("Yahoo!") has timely complied with the disclosure requirements of Patent Rules 3-3 and 3-4 in accordance with the Parties' agreement and the Unopposed Motion for Extension of Deadline (Dkt. No. 135).

Dated: January 8, 2010

/s/ Yar R. Chaikovsky
Yar R. Chaikovsky
California State Bar No. 175421
David M. Stein (Texas Bar No. 00797494)
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, California 94025
Telephone: (650) 815-7400
Facsimile: (650) 815-7401
Email: ychaikovsky@mwe.com
Email: dstein@mwe.com

John A. Lee
California State Bar No. 229911
Sonnenschein Nath & Rosenthal LLP
1530 Page Mill Road, Suite 200
Palo Alto, California 94304
Telephone: (650) 798-0300
Facsimile: (650) 798-0310

Email: johnlee@sonnenschein.com

Attorneys for Defendant Yahoo! Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 8, 2010, all counsel of record who have or are deemed to have consented to electronic service are being served with a copy of this document via electronic mail.

/s/ Yar R. Chaikovsky
Yar R. Chaikovsky

14836509\V-1