**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | § § § § | Civil Action No. 6:09-cv-269 |
| Plaintiff, | § § | Hon. Leonard E. Davis |
| v. | § § | Jury Trial Demanded |
| 1. SOFTLAYER TECHNOLOGIES, INC., 2. CITIWARE TECHNOLOGY SOLUTIONS, LLC, 3. GOOGLE, INC., 4. YAHOO! INC., 5. MYSPACE, INC., 6. AMAZON.COM, INC., 7. PAYPAL INC., 8. MATCH.COM, LLC., 9. AOL LLC, and 10. CME GROUP, INC., | § § § § § § § § § § § § § § § | |
| Defendants. | § | |

**SOFTLAYER TECHNOLOGIES, INC.'S NOTICE OF COMPLIANCE
WITH PATENT RULES 3-3 AND 3-4**

NOTICE IS HEREBY GIVEN that on January 8th, 2010, Defendant Softlayer

Technologies, Inc. complied with Patent Rules 3-3 and 3-4 in accordance with the Parties'

agreements and the Unopposed Motion for Extension of Deadline (Dkt. No. 135).

Dated:   January 11, 2010          Respectfully submitted,

/s/ Anthony P. Miller
Paul V. Storm
  State Bar No. 19325350
  paulstorm@stormllp.com
Anthony P. Miller
  State Bar No. 24041484
  amiller@stormllp.com

S. Scott Pershern
  State Bar No. 24060412
  spershern@stormllp.com
STORM LLP
901 Main Street, Suite 7100
Dallas, Texas 75202
(214) 347-4700 (Telephone)
(214) 347-4799 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**SOFTLAYER TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of Softlayer Technologies, Inc.'s Notice of Compliance with Patent Rules 3-3 and 3-4, via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 11, 2010.

/s/ Anthony P. Miller
Anthony P. Miller