## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SOFTLAYER TECHNOLOGIES, INC., CITIWARE TECHNOLOGY SOLUTIONS, LLC, GOOGLE INC., YAHOO! INC., MYSPACE INC., AMAZON.COM INC., PAYPAL INC., MATCH.COM, LLC., AOL LLC, and CME GROUP INC.,<br><br>    Defendants. | CASE NO. 6:09-CV-00269<br><br>Hon. Leonard E. Davis<br><br>**JURY TRIAL DEMANDED** |

### JOINT MOTION TO CONTINUE DATE FOR P.R. 4-1 DISCLOSURES

The parties hereby jointly move for an an extension of the deadline to comply with P.R. 4-1 from January 11, 2010 to May 18, 2010.

On September 14, 2009, the Court entered a Docket Control Order setting the deadline for compliance with P.R. 4-1 to "65 days from when Docket Control Order and Discovery Order due[.]" (Dkt. No. 78 at 11). Subsequently, the Parties filed competing proposed Docket Control Orders and Discovery Orders. (Dkt. No. 106). While the Parties disagreed on certain terms and deadlines (as reflected in their respective proposed orders), both parties proposed May 18, 2010 as the deadline for compliance with P.R. 4-1.

01980.51572/3234302.2

The Parties therefore respectfully request an extension of the deadline for compliance with P.R. 4-1 until May 18, 2010, with the understanding that, if the Court enters a Docket Control Order before that time, that Docket Control Order will control the deadline for P.R. 4-1.

Dated: January 11, 2010

Respectfully submitted,

| | |
|---|---|
| By: _/s/ *Sam F. Baxter (with permission)*_<br>McKOOL SMITH, P.C.<br><br>Sam F. Baxter, Lead Attorney<br>Texas Bar No. 01938000<br>McKOOL SMITH, P.C.<br>sbaxter@mckoolsmith.com<br>104 E. Houston Street, Suite 300<br>P.O. Box 0<br>Marshall, Texas 75670<br>Telephone: (903) 923-9000<br>Facsimile: (903) 923-9099<br><br>Douglas A. Cawley<br>Texas Bar No. 04035500<br>dcawley@mckoolsmith.com<br>Theodore Stevenson, III<br>Texas Bar No. 19196650<br>tstevenson@mckoolsmith.com<br>J. Austin Curry<br>Texas Bar No. 24059636<br>acurry@mckoolsmith.com<br>McKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: 214-978-4000<br>Facsimile: 214-978-4044<br><br>Robert M. Parker<br>Texas Bar No. 15498000<br>Robert Christopher Bunt<br>Texas Bar No. 00787165<br>PARKER, BUNT & AINSWORTH, P.C.<br>100 E. Ferguson, Suite 1114<br>Tyler, Texas 75702<br>Telephone: 903-531-3535<br>Facsimile: 903-533-9687<br>E-mail: rmparker@pbatyler.com<br>E-mail: rcbunt@pbatyler.com<br>ATTORNEYS FOR PLAINTIFF<br>BEDROCK COMPUTER | By: */s/ Alan L. Whitehurst*_____<br>Frank G. Smith<br>frank.smith@alston.com<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>Telephone: (404) 881-7240<br>Facsimile: (404) 256-8184<br><br>Alan L. Whitehurst<br>alan.whitehurst@alston.com<br>Marissa R. Ducca<br>marissa.ducca@alston.com<br>ALSTON & BIRD LLP<br>The Atlantic Building<br>950 F Street, N.W.<br>Washington, DC 20004<br>Telephone: (202) 756-3300<br>Facsimile: (202) 756-3333<br><br>Michael J. Newton (SBN 24003844)<br>mike.newton@alston.com<br>ALSTON & BIRD LLP<br>Chase Tower<br>2200 Ross Avenue, Suite 3601<br>Dallas, TX 75201<br>Telephone: (214) 922-3423<br>Facsimile: (214) 922-3839<br><br>Louis A. Karasik (*pro hac vice*)<br>lou.karasik@alston.com<br>ALSTON & BIRD LLP<br>333 South Hope Street<br>16th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 576-1148<br>Facsimile: (213) 576-1100<br><br>*Attorneys for Defendants MySpace Inc., Amazon.com Inc., AOL LLC,* |

| TECHNOLOGIES LLC | *CME Group Inc, and PayPal Inc.* |
|---|---|

By: */s/ Michael E. Jones (with permission)*
Michael E. Jones
State Bar No. 10929400
Allen Gardner
State Bar No. 24043679
POTTER MINTON
A PROFESSIONAL CORPORATION
110 N. College, 500 Plaza Tower
P.O. Box 359
Tyler, Texas 75710
Tel: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com

*Attorneys for Defendant PayPal, Inc.*

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON
110 N. College
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Claude M. Stern
claudestern@quinnemanuel.com
Todd M. Briggs
toddbriggs@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
555 Twin Dolphin Dr., Suite 560
Redwood Shores, CA 94065
Telephone: 650-801-5000
Facsimile: 650-801-5100

*Attorneys for Defendants Google Inc. and Match.com, LLC*

By: */s/ Yar R. Chaikovsky (with permission)*
Yar T. Chaikovsky
ychaikovsky@mwe.com
MCDERMOTT WILL & EMERY
275 Middlefield Rd., Suite 100
Menlo Park, CA 94025
Telephone: (650) 815-7447
Facsimile: (650) 815-7401

*Attorney for Defendant Yahoo! Inc.*

By: */s/ Paul V. Storm (with permission)*
Paul V. Storm
State Bar No. 19325350
paulstorm@stormllp.com
Anthony P. Miller
State Bar No. 24041484
amiller@stormllp.com
S. Scott Pershern
State Bar No. 24060412
spershern@stormllp.com
STORM LLP
901 Main Street
Suite 7100
Dallas, Texas 75202
214-347-4700 (Telephone)
214-347-4799 (Facsimile)

*Attorneys for Defendant Softlayer Technologies, Inc.*

By: */s/ Steven Gardner (with permission)*

Steven Gardner (NC Bar #20984)
E. Danielle T. Williams (NC Bar #23283)
KILPATRICK STOCKTON LLP
1001 West 4th Street
Winston-Salem, NC 27104
Telephone: (336) 607-7300
Fax: (336) 607-7500

*Attorneys for Defendants Softlayer Technologies, Inc. and Amazon.com, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO COMPLY WITH PATENT RULE 3-1 AND TO EXTEND THE TIME TO SERVE INVALIDITY CONTENTIONS**, via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 29, 2009.

By: */s/Alan L. Whitehurst*
Alan L. Whitehurst