## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SOFTLAYER TECHNOLOGIES, INC., CITIWARE TECHNOLOGY SOLUTIONS, LLC, GOOGLE INC., YAHOO! INC., MYSPACE INC., AMAZON.COM INC., PAYPAL INC., MATCH.COM, LLC., AOL LLC, and CME GROUP INC.,<br><br>    Defendants. | CASE NO. 6:09-CV-00269<br><br>Hon. Leonard E. Davis<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION TO CONTINUE DATE FOR P.R. 4-1 DISCLOSURES

Before the Court is the Parties' Joint Motion to continue the Date for P.R. 4-1 Disclosures. The Court having reviewed the motion hereby GRANTS the Parties' Motion to Continue. It is therefore,

ORDERED that the deadline for the Parties to Comply with Patent Rule 4-1 is May 18, 2010, with the understanding that if the Court enters a Docket Control Order before that time, the Docket Control Order will control the deadline for P.R. 4-1.