# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | )<br>)<br>) |
| Plaintiff, | ) CASE NO. 6:09-CV-00269<br>)<br>) Hon. Leonard E. Davis |
| v. | )<br>) |
| SOFTLAYER TECHNOLOGIES, INC., CITIWARE TECHNOLOGY SOLUTIONS, LLC, GOOGLE INC., YAHOO! INC., MYSPACE INC., AMAZON.COM INC., PAYPAL INC., MATCH.COM, LLC., AOL LLC, and CME GROUP INC., | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF CHANGE OF ADDRESS

01980.51572/3266587.1

**TO THE COURTS AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE**, effective January 11, 2010, the address for the Silicon Valley Office of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Google Inc., and Match.com, LLC, will be changed from:

>   Quinn Emanuel Urquhart Oliver & Hedges, LLP
>   555 Twin Dolphin Drive, Ste. 560
>   Redwood Shores, CA 94065
>   Telephone: 650-801-5000
>   Facsimile: 650-801-5100

**to:**

>   Quinn Emanuel Urquhart Oliver & Hedges, LLP
>   555 Twin Dolphin Drive, 5th Floor
>   Redwood Shores, CA 94065
>   Telephone: 650-801-5000
>   Facsimile: 650-801-5100

Dated: January 12, 2010

Respectfully submitted,

_____/s/_____
Claude M. Stern
Todd M. Briggs
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: 650-801-5000
Facsimile: 650-801-5100
Email: claudestern@quinnemanuel.com
Email: toddbriggs@quinnemanuel.com

ATTORNEYS FOR GOOGLE INC. and
MATCH.COM, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record are being served with a copy of **NOTICE OF CHANGE OF ADDRESS** via electronic mail on January 12, 2010.

By: /s/*Todd Briggs*
      Todd Briggs