# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> SOFTLAYER TECHNOLOGIES, INC., CITIWARE TECHNOLOGY SOLUTIONS, LLC, GOOGLE INC., YAHOO! INC., MYSPACE INC., AMAZON.COM INC., PAYPAL INC., MATCH.COM, LLC., AOL LLC, and CME GROUP INC., <br><br> Defendants. | CASE NO. 6:09-CV-00269 <br><br> Hon. Leonard E. Davis <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING THE PARTIES' JOINT MOTION TO CONTINUE DATE FOR P.R. 4-1 DISCLOSURES

Before the Court is the Parties' Joint Motion to continue the Date for P.R. 4-1 Disclosures. The Court having reviewed the motion hereby GRANTS the Parties' Motion to Continue. It is therefore,

ORDERED that the deadline for the Parties to Comply with Patent Rule 4-1 is May 18, 2010, with the understanding that if the Court enters a Docket Control Order before that time, the Docket Control Order will control the deadline for P.R. 4-1.

**So ORDERED and SIGNED this 13th day of January, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**