# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

BEDROCK COMPUTER
TECHNOLOGIES LLC,

   Plaintiff,

  v.

SOFTLAYER TECHNOLOGIES, INC.,
CITIWARE TECHNOLOGY SOLUTIONS,
LLC, GOOGLE INC., YAHOO! INC.,
MYSPACE INC., AMAZON.COM INC.,
PAYPAL INC., MATCH.COM, LLC., AOL
LLC, and CME GROUP INC.,

   Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 6:09-CV-00269

Hon. Leonard E. Davis

**JURY TRIAL DEMANDED**

## AOL'S UNOPPOSED MOTION TO MODIFY THE DOCKET SHEET

  As of December 2009, Defendant "AOL LLC" is now "AOL Inc."  Defendant AOL Inc.

respectfully requests the Court modify the docket sheet and change the case caption accordingly.

Plaintiff Bedrock Computer Technologies LLC has indicated they do not oppose this motion.  A

supplemental disclosure statement pursuant to Fed. R. Civ. P. 7.1 is being filed concurrently with

this motion.

Dated:  January 14, 2010

Respectfully submitted,

By: /s/ Alan L. Whitehurst
Frank G. Smith
frank.smith@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309
Telephone:  (404) 881-7240
Facsimile:  (404) 256-8184

Alan L. Whitehurst
alan.whitehurst@alston.com
Marissa R. Ducca
marissa.ducca@alston.com
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC  20004
Telephone:  (202) 756-3300
Facsimile:  (202) 756-3333

Michael J. Newton (SBN 24003844)
mike.newton@alston.com
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 3601
Dallas, TX  75201
Telephone:  (214) 922-3423
Facsimile:  (214) 922-3839

Louis A. Karasik (*pro hac vice*)
lou.karasik@alston.com
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071
Telephone:  (213) 576-1148
Facsimile:  (213) 576-1100

*Attorneys for Defendant AOL Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **UNOPPOSED MOTION TO MODIFY THE DOCKET SHEET**, via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 14, 2010.

By:  */s/Alan L. Whitehurst*
Alan L. Whitehurst