| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> SOFTLAYER TECHNOLOGIES, INC., CITIWARE TECHNOLOGY SOLUTIONS, LLC, GOOGLE INC., YAHOO! INC., MYSPACE INC., AMAZON.COM INC., PAYPAL INC., MATCH.COM, LLC., AOL LLC, and CME GROUP INC., <br><br> Defendants. | CASE NO. 6:09-CV-00269 <br><br> Hon. Leonard E. Davis <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING AOL'S UNOPPOSED MOTION TO MODIFY THE DOCKET SHEET**

Before the Court is AOL'S Unopposed Motion to Modify the Docket Sheet. The Court having reviewed the motion hereby GRANTS AOL's Motion. It is therefore,

ORDERED that the docket sheet and case caption for this case be modified to reflect that "AOL LLC" is now "AOL Inc."