**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Bedrock Computer Technologies LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Softlayer Technologies, Inc.,<br>CitiWare Technology Solutions, LLC,<br>Google Inc.,<br>Yahoo! Inc.,<br>MySpace Inc.,<br>Amazon.com Inc.,<br>PayPal Inc.,<br>Match.com, LLC,<br>AOL LLC, and<br>CME Group Inc.,<br><br>　　　　　Defendants. | Case No. 6:09-CV-269-LED<br><br>JURY TRIAL DEMANDED |

## AOL's SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

As of December 2009, Defendant AOL Inc. (sued as AOL LLC) is no longer a subsidiary of Time Warner Inc. AOL LLC is now "AOL Inc." Pursuant to Fed. R. Civ. P. 7.1, Defendant AOL Inc. states that no parent corporation or publicly held corporate entity owns 10% or more of AOL Inc.

Dated:  January 14, 2010               Respectfully submitted,

               */s/ Alan L. Whitehurst*
Frank G. Smith
frank.smith@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309
Telephone:  (404) 881-7240
Facsimile:  (404) 256-8184

Alan L. Whitehurst
alan.whitehurst@alston.com
Marissa R. Ducca
marissa.ducca@alston.com
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC  20004
Telephone:  (202) 756-3300
Facsimile:  (202) 756-3333

Michael J. Newton (SBN 24003844)
mike.newton@alston.com
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 3601
Dallas, TX  75201
Telephone:  (214) 922-3423
Facsimile:  (214) 922-3839

Louis A. Karasik
lou.karasik@alston.com
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071
Telephone:  (213) 576-1148
Facsimile:  (213) 576-1100

*Attorneys for Defendant AOL Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 14th of January, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule Cv-5(a)(3). Any other counsel of record will be served via first class mail and/or facsimile.

*/s/ Alan L. Whitehurst*
Alan L. Whitehurst