# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | CASE NO. 6:09-CV-00269 |
| Plaintiff, | Hon. Leonard E. Davis |
| v. | **JURY TRIAL DEMANDED** |
| SOFTLAYER TECHNOLOGIES, INC., CITIWARE TECHNOLOGY SOLUTIONS, LLC, GOOGLE INC., YAHOO! INC., MYSPACE INC., AMAZON.COM INC., PAYPAL INC., MATCH.COM, LLC., AOL LLC, and CME GROUP INC., | |
| Defendants. | |

## ORDER GRANTING AOL'S UNOPPOSED MOTION TO MODIFY THE DOCKET SHEET

Before the Court is AOL'S Unopposed Motion to Modify the Docket Sheet. The Court having reviewed the motion hereby GRANTS AOL's Motion. It is therefore,

ORDERED that the docket sheet and case caption for this case be modified to reflect that "AOL LLC" is now "AOL Inc."

**So ORDERED and SIGNED this 15th day of January, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**