IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 6:09-cv-269-LED |
| v. | § § | Jury Trial Demanded |
| SOFTLAYER TECHNOLOGIES, INC., et al. | § § § | |
| Defendants. | § § | |

## PLAINTIFF BEDROCK COMPUTER TECHNOLOGIES LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE ITS SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO COMPLY WITH PATENT RULE 3-1 AND TO EXTEND THE TIME TO SERVE INVALIDITY CONTENTIONS UNDER SEAL

Pursuant to Local Rule CV-5(a)(7), Plaintiff Bedrock Computer Technologies LLC ("Bedrock") files this Unopposed Motion for Leave to File Its Surreply in Opposition to Defendants' Motion to Compel Plaintiff to Comply with Patent Rule 3-1 and to Extend the Time to Serve Invalidity Contentions Under Seal, and respectfully shows the following:

Bedrock requests permission to file its Surreply in Opposition to Defendants' Motion to Compel Plaintiff to Comply with Patent Rule 3-1 and to Extend the Time to Serve Invalidity Contentions ("Surreply") under seal. The Surreply discusses Defendants' responses to Bedrock's interrogatories and attaches those interrogatory responses. The interrogatory responses contain information that Defendants have designated "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY," presumably because such information is highly confidential to Defendants' business and would cause Defendants harm if publicly disclosed. The parties are

currently negotiating a draft protective order, which they will then submit to the Court for its consideration. As of yet, however, a protective order has not been entered in this case. Counsel for Bedrock has conferred with counsel for the Defendants who filed the motion that the Surreply opposes (namely, Amazon.com, AOL, CME, Google, Match.com, MySpace, PayPal, and Yahoo!), and they are unopposed to the relief requested in this motion.

Accordingly, for the foregoing reasons, Bedrock respectfully requests leave to file its Surreply under seal.

DATED: January 19, 2010

Respectfully submitted,
**McKOOL SMITH, P.C.**

*/s/ Douglas Cawley*
Sam F. Baxter
Texas Bar No. 01938000
**McKOOL SMITH, P.C.**
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Douglas A. Cawley, Lead Attorney
Texas Bar No. 04035500
dcawley@mckoolsmith.com
Theodore Stevenson, III
Texas Bar No. 19196650
tstevenson@mckoolsmith.com
J. Austin Curry
Texas Bar No. 24059636
acurry@mckoolsmith.com
Jonathan R. Yim
Texas Bar No. 24066317
jyim@mckoolsmith.com
**McKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-4000
Facsimile: 214-978-4044

Robert M. Parker
Texas Bar No. 15498000
Robert Christopher Bunt
Texas Bar No. 00787165
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: 903-531-3535
Facsimile: 903-533-9687
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF
BEDROCK COMPUTER
TECHNOLOGIES LLC**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on January 19, 2010 counsel for Bedrock conferred with counsel for Defendants Amazon.com, AOL, CME, Google, Match.com, MySpace, PayPal, and Yahoo!, who do not oppose the relief requested in this motion.

/s/ Jonathan R. Yim
Jonathan R. Yim

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on January 19, 2010. Local Rule CV-5(a)(3)(A).

/s/ Jonathan R. Yim
Jonathan R. Yim