IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BEDROCK COMPUTER TECHNOLOGIES LLC,** | § § § | |
| Plaintiff, | § § | **CASE NO. 6:09-cv-269-LED** |
| v. | § § | **Jury Trial Demanded** |
| **SOFTLAYER TECHNOLOGIES, INC.,** et al. | § § § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFF BEDROCK COMPUTER TECHNOLOGIES LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE ITS SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO COMPLY WITH PATENT RULE 3-1 AND TO EXTEND THE TIME TO SERVE INVALIDITY CONTENTIONS UNDER SEAL**

On this day came to be considered Bedrock's Unopposed Motion for Leave to File Its Surreply in Opposition to Defendants' Motion to Compel Plaintiff to Comply with Patent Rule 3-1 and to Extend the Time to Serve Invalidity Contentions Under Seal.

After considering the Motion, the Court finds that the Motion should be **GRANTED**. It is therefore **ORDERED** that Bedrock shall have leave to file its Surreply in Opposition to Defendants' Motion to Compel Plaintiff to Comply with Patent Rule 3-1 and to Extend the Time to Serve Invalidity Contentions under seal.