IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BEDROCK COMPUTER TECHNOLOGIES LLC,** | § § § | |
| Plaintiff, | § § | **CASE NO. 6:09-cv-269-LED** |
| v. | § § | **Jury Trial Demanded** |
| **SOFTLAYER TECHNOLOGIES, INC.,** et al. | § § § | |
| Defendants. | § | |

# ORDER GRANTING PLAINTIFF BEDROCK COMPUTER TECHNOLOGIES LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE ITS SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO COMPLY WITH PATENT RULE 3-1 AND TO EXTEND THE TIME TO SERVE INVALIDITY CONTENTIONS UNDER SEAL

On this day came to be considered Bedrock's Unopposed Motion for Leave to File Its Surreply in Opposition to Defendants' Motion to Compel Plaintiff to Comply with Patent Rule 3-1 and to Extend the Time to Serve Invalidity Contentions Under Seal.

After considering the Motion, the Court finds that the Motion should be **GRANTED**. It is therefore **ORDERED** that Bedrock shall have leave to file its Surreply in Opposition to Defendants' Motion to Compel Plaintiff to Comply with Patent Rule 3-1 and to Extend the Time to Serve Invalidity Contentions under seal.

So ORDERED and SIGNED this 21st day of January, 2010.



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**