# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:09-cv-269 |
| v. | § § | Hon. Leonard E. Davis |
| 1. SOFTLAYER TECHNOLOGIES, INC., | § | Jury Trial Demanded |
| 2. CITIWARE TECHNOLOGY SOLUTIONS, LLC, | § § | |
| 3. GOOGLE, INC., | § | |
| 4. YAHOO! INC., | § | |
| 5. MYSPACE, INC., | § | |
| 6. AMAZON.COM, INC., | § | |
| 7. PAYPAL INC., | § | |
| 8. MATCH.COM LLC, | § | |
| 9. AOL LLC, and | § | |
| 10. CME GROUP, INC., | § § | |
| Defendants. | § | |

## **ORDER**

Before the Court is Defendants' Unopposed motion for Extension of Deadline to serve their invalidity contentions from December 28, 2009 to January 8, 2010. The Court GRANTS the Motion. The Court EXTENDS the deadline for Defendants' to serve their invalidity contentions from December 28, 2009 to January 8, 2010.

If the Court enters a Docket Control Order on or before January 8, 2010, the invalidity contention deadline in that Docket Control Order will control.

**So ORDERED and SIGNED this 22nd day of January, 2010.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**