# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **BEDROCK COMPUTER** | § | |
| **TECHNOLOGIES LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CASE NO. 6:09-cv-269-LED** |
| **v.** | § | |
| | § | **Jury Trial Demanded** |
| **SOFTLAYER TECHNOLOGIES, INC.,** | § | |
| **et al.** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Bedrock Computer Technologies, LLC and CME Group, Inc. announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted between Bedrock Computer Technologies, LLC and CME Group, Inc. are dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fee, costs of court and expenses shall be borne by each party incurring the same.

So ORDERED and SIGNED this 29th day of January, 2010.



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

Dockets.Justia.com