# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | ) ) ) | CASE NO. 6:09-CV-00269 |
| Plaintiff, | ) ) ) | Hon. Leonard E. Davis |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| SOFTLAYER TECHNOLOGIES, INC., CITIWARE TECHNOLOGY SOLUTIONS, LLC, GOOGLE INC., YAHOO! INC., MYSPACE INC., AMAZON.COM INC., PAYPAL INC., MATCH.COM, LLC, AOL INC., and CME GROUP INC., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT MOTION FOR ENTRY OF DOCKET CONTROL, DISCOVERY, AND PROTECTIVE ORDERS

Pursuant to the Court's January 26, 2010 Order [Dkt #166], Plaintiff Bedrock Computer

Technologies LLC and Defendants Softlayer Technologies, Inc., Google Inc., Yahoo! Inc.,

MySpace Inc., Amazon.com Inc., PayPal Inc., Match.com, LLC, AOL Inc. and CME Goup Inc.

respectfully request the Court to adopt the proposed Docket Control, Discovery, and Protective

Orders attached hereto as Exhibits A, B, and C, respectively.

Dated: January 29, 2010

Respectfully submitted,

| | |
|---|---|
| /s/ *Sam F. Baxter* | */s/ Alan L. Whitehurst* |
| *(w/ permission by Allen F. Gardner)* | *(with permission by Allen F. Gardner)* |
| Sam F. Baxter, Lead Attorney | Frank G. Smith |
| Texas Bar No. 01938000 | frank.smith@alston.com |
| **McKOOL SMITH, P.C.** | **ALSTON & BIRD LLP** |
| sbaxter@mckoolsmith.com | One Atlantic Center |
| 104 E. Houston Street, Suite 300 | 1201 West Peachtree Street |

P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Douglas A. Cawley
Texas Bar No. 04035500
dcawley@mckoolsmith.com
Theodore Stevenson, III
Texas Bar No. 19196650
tstevenson@mckoolsmith.com
J. Austin Curry
Texas Bar No. 24059636
acurry@mckoolsmith.com
**McKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-4000
Facsimile: 214-978-4044

Robert M. Parker
Texas Bar No. 15498000
Robert Christopher Bunt
Texas Bar No. 00787165
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: 903-531-3535
Facsimile: 903-533-9687
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF
BEDROCK COMPUTER
TECHNOLOGIES LLC**

Atlanta, GA 30309
Telephone: (404) 881-7240
Facsimile: (404) 256-8184

Alan L. Whitehurst
alan.whitehurst@alston.com
Marissa R. Ducca
marissa.ducca@alston.com
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 756-3300
Facsimile: (202) 756-3333

**ATTORNEYS FOR DEFENDANTS
MYSPACE INC., AOL INC., AND
CME GROUP INC.**

*/s/ Yar R. Chaikovsky*
*(with permission by Allen F. Gardner)*
Yar R. Chaikovsky
California State Bar No. 175421
**SONNENSCHEIN NATH & ROSENTHAL
LLP**
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304
Telephone: (650) 798-0300
Facsimile: (650) 798-0310
ychaikovsky@sonnenschein.com

**ATTORNEY FOR DEFENDANT
YAHOO! INC.**

*/s/ E. Danielle T. Williams*
*(with permission by Allen F. Gardner)*
Steven Gardner (NC Bar #20984)
E. Danielle T. Williams (NC Bar #23283)
**KILPATRICK STOCKTON LLP**
1001 West 4th Street
Winston-Salem, NC 27104
Telephone: (336) 607-7300
Fax: (336) 607-7500

**ATTORNEYS FOR DEFENDANTS
SOFTLAYER TECHNOLOGIES, INC.
AND AMAZON.COM, INC.**

/s/ Allen F. Gardner
Michael E. Jones
State Bar No. 10929400
Allen Gardner
State Bar No. 24043679
**POTTER MINTON**
A PROFESSIONAL CORPORATION
110 N. College, 500 Plaza Tower
P.O. Box 359
Tyler, Texas 75710
Tel: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com

**ATTORNEYS FOR DEFENDANT
PAYPAL, INC., GOOGLE INC., AND
MATCH.COM, LLC.**


Claude M. Stern
**QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP**
555 Twin Dolphin Dr., Suite 560
Redwood Shores, CA 94065
Telephone: 650-801-5000
Facsimile: 650-801-5100
Email: claudestern@quinnemanuel.com

**ATTORNEYS FOR DEFENDANTS
MATCH.COM, LLC AND GOOGLE INC.**


<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 29, 2010. Any other counsel of record will be served by First Class U.S. mail on this same date.


/s/ Allen F. Gardner