# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Bedrock Computer Technologies LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>Softlayer Technologies, Inc.,<br>CitiWare Technology Solutions, LLC,<br>Google Inc.,<br>Yahoo! Inc.,<br>MySpace Inc.,<br>Amazon.com Inc.,<br>PayPal Inc.,<br>Match.com Inc.,<br>AOL LLC, and<br>CME Group Inc.,<br><br>        Defendants. | Case No. 6:09-CV-269-LED<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AMAZON.COM INC.

Defendant Amazon.com Inc. files this Unopposed Motion to Withdraw as Counsel requesting the Court issue an order permitting the withdrawal of the following attorneys of record and their associated law firm from further representation of Defendant Amazon.com Inc.:

Alan Lee Whitehurst
Marissa Rachel Ducca
Thomas W. Davison
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004

Michael J. Newton
Jason Woodard Cook

Stacey Garrett White
ALSTON & BIRD LLP
2200 Ross Ave
Suite 3601
Dallas, TX 75201

Louis A Karasik
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071

Amazon.com Inc. consents to this request and said Defendant is currently represented by other counsel in this matter. This motion is unopposed and withdrawal will not prejudice or delay these proceedings.

Therefore, Defendant Amazon.com Inc. respectfully requests that the Motion be granted and that the above-named attorneys of record be allowed to withdraw as counsel on behalf of Amazon.com Inc.

Dated: February 1, 2010          Respectfully submitted,

*/s/ Alan L. Whitehurst*
Alan L. Whitehurst
alan.whitehurst@alston.com
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 756-3300
Facsimile: (202) 756-3333

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with counsel in this matter concerning the motion and they do not oppose this motion.

*/s/ Alan L. Whitehurst*
Alan L. Whitehurst

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on February 1, 2010. Local Rule CV-5(a)(3)(A).

*/s/ Alan L. Whitehurst*
Alan L. Whitehurst