IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Bedrock Computer Technologies LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Softlayer Technologies, Inc.,<br>CitiWare Technology Solutions, LLC,<br>Google Inc.,<br>Yahoo! Inc.,<br>MySpace Inc.,<br>Amazon.com Inc.,<br>PayPal Inc.,<br>Match.com Inc.,<br>AOL LLC, and<br>CME Group Inc.,<br><br>    Defendants. | Case No. 6:09-CV-269-LED<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AMAZON.COM INC.

Before this Court is the Unopposed Motion to Withdraw as Counsel filed by Defendant

Amazon.com Inc. of the following attorneys, as attorney of record:

    Alan Lee Whitehurst
    Marissa Rachel Ducca
    Thomas W. Davison
    ALSTON & BIRD LLP
    950 F Street, NW
    Washington, DC 20004

    Michael J. Newton
    Jason Woodard Cook
    Stacey Garrett White
    ALSTON & BIRD LLP

2200 Ross Ave
Suite 3601
Dallas, TX 75201

Louis A Karasik
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071

AND, it appearing that such motion should be GRANTED.

IT IS THEREFORE, ORDERED, that such unopposed motion is GRANTED and that the above-named attorneys and their associated law firm are withdrawn as counsel of record for Defendant Amazon.com Inc.