IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Bedrock Computer Technologies LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>Softlayer Technologies, Inc.,<br>CitiWare Technology Solutions, LLC,<br>Google Inc.,<br>Yahoo! Inc.,<br>MySpace Inc.,<br>Amazon.com Inc.,<br>PayPal Inc.,<br>Match.com Inc.,<br>AOL LLC, and<br>CME Group Inc.,<br><br>   Defendants. | Case No. 6:09-CV-269-LED<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AMAZON.COM INC.

Before this Court is the Unopposed Motion to Withdraw as Counsel filed by Defendant

Amazon.com Inc. of the following attorneys, as attorney of record:

 Alan Lee Whitehurst
 Marissa Rachel Ducca
 Thomas W. Davison
 ALSTON & BIRD LLP
 950 F Street, NW
 Washington, DC 20004

 Michael J. Newton
 Jason Woodard Cook
 Stacey Garrett White
 ALSTON & BIRD LLP

2200 Ross Ave
Suite 3601
Dallas, TX 75201

Louis A Karasik
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071

AND, it appearing that such motion should be GRANTED.

IT IS THEREFORE, ORDERED, that such unopposed motion is GRANTED and that the above-named attorneys and their associated law firm are withdrawn as counsel of record for Defendant Amazon.com Inc.

**So ORDERED and SIGNED this 2nd day of February, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**