# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, § § § | |
| Plaintiff, § § | CASE NO. 6:09-cv-269-LED |
| v. § § | Jury Trial Demanded |
| SOFTLAYER TECHNOLOGIES, INC., et al. § § § | |
| Defendants. § § | |

## PLAINTIFF BEDROCK COMPUTER TECHNOLOGIES LLC'S
## NOTICE OF COMPLIANCE

Plaintiff Bedrock Computer Technologies LLC ("Bedrock") hereby gives Notice that on January 8, 2010 it complied with Local Rule CV-34 as required by Paragraph 2(C) of the Discovery Order filed on February 3, 2010.

Dated: February 4, 2010

Respectfully submitted,

**McKOOL SMITH, P.C.**
 /s/ *Douglas A. Cawley*
Sam F. Baxter
Texas Bar No. 01938000
**McKOOL SMITH, P.C.**
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Douglas A. Cawley, Lead Attorney
Texas Bar No. 04035500
dcawley@mckoolsmith.com
Theodore Stevenson, III
Texas Bar No. 19196650
tstevenson@mckoolsmith.com
J. Austin Curry
Texas Bar No. 24059636
acurry@mckoolsmith.com
**McKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-4000
Facsimile: 214-978-4044

Robert M. Parker
Texas Bar No. 15498000
Robert Christopher Bunt
Texas Bar No. 00787165
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: 903-531-3535
Facsimile: 903-533-9687
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF
BEDROCK COMPUTER TECHNOLOGIES
LLC**

2

Dallas 295359v1

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that, on February 4, 2010, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

                                              /s/  J. Austin Curry  
                                              Austin Curry