IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| BEDROCK COMPUTER TECHNOLOGIES LLC | § |
|---|---|
| vs. | § C.A. NO. 6:09-CV-269-LED |
| SOFTLAYER TECHNOLOGIES, INC., ET AL | § |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, J. Thad Heartfield, of The Heartfield Law Firm, is entering an appearance in this matter for Defendants, Softlayer Technologies, Inc. and Amazon.com Inc., for the purpose of receiving notices and orders from the Court.

Dated: February 9, 2010        Respectfully submitted,

By: ___/s/ J. Thad Heartfield_____
   J. Thad Heartfield
   Texas Bar No. 09346800
   E-mail: thad@jth-law.com
   M. Dru Montgomery
   Texas Bar No. 24010800
   E-mail: dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789

COUNSEL FOR DEFENDANTS,
SOFTLAYER TECHNOLOGIES, INC.
AND AMAZON.COM INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 9th day of February, 2010. Any other counsel of record will be served by first class mail.

    /s/ J. Thad Heartfield
J. Thad Heartfield