Bedrock Computer Technologies, LLC v. Softlayer Technologies, Inc. et al — Doc. 180

R-6-1-2110

**Appendix K**

Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
___TYLER___ DIVISION
APPLICATION TO APPEAR PRO HAC VICE



1. This application is being made for the following: Case # 6:09-CV-269
Style: Bedrock Computer Technologies, Inc. v. Softlayer Technologies, et al.
2. Applicant is representing the following party/ies: Softlayer Technologies and Amazon.com
3. Applicant was admitted to practice in __GA__ (state) on __11/15/2002__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/<u>has not</u> had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/<u>has not</u> ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/<u>has not</u> been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
   See Attached
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Russell A. Korn__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 2/5/2010           Signature _[signature]_

Dockets.Justia.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Russell A. Korn
State Bar Number Georgia #428492
Firm Name: Kilpatrick Stockton LLP
Address/P.O. Box: 1100 Peachtree Street, #2800
City/State/Zip: Atlanta, GA 30309
Telephone #: 404-815-6500
Fax #: 404-815-6555
E-mail Address: rkorn@kilpatrickstockton.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **2/16/10**

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By  MLL
Deputy Clerk

# Russell A. Korn

## Exhibit A

| Court | Date |
|---|---|
| United States District Court for the Northern District of Georgia | 7/28/03 |
| United States District Court for the Middle District of Georgia | 2/26/04 |
| United States Court of Appeals for the Eleventh Circuit | 2/17/05 |
| Supreme Court of Georgia | 1/17/06 |
| Georgia Court of Appeals | 1/17/06 |
| Georgia Superior Court | 11/15/02 |

**Receipt for Payment**  Receipt No: 6-1-0021101

## United States District Court

for the
Eastern District of Texas at Tyler

Date: Tuesday, February 16, 2010

Received from:

THE HEARTFIELD LAW FIRM

2195 DOWLEN ROAD

BEAUMONT, TX 77706

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $50.00 |
| **Total** | **$50.00** |

Payment method: Check

Case or other reference: 6:09CV269

Comments: PHV - CK 1820
WILLIAM H. BOICE
RUSSELL A. KORN

Received by: KB