UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOFTLAYER TECHNOLOGIES, INC. et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 6:09-cv-00269-LED |

## **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Defendant Yahoo! Inc. ("Yahoo!") moves this Court for an order permitting the withdrawal of Mark Nelson and Matthew Orwig of the law firm of Sonnenschein Nath & Rosenthal LLP ("Sonnenschein") from representation of Yahoo! in this action. Yahoo!'s other counsel remain of record.

Yahoo! does not oppose the withdrawal, and the withdrawal of Sonnenschein will not affect any pretrial deadlines or trial date, and will not result in any prejudice to the parties as it is still represented by competent counsel who are fully capable of representing the interests of Yahoo! Plaintiff is unopposed to this motion.

Additionally, Yahoo! requests that Mark Nelson and Matthew Orwig no longer receive CM/ECF notices for this action.

WHEREFORE, PREMISES CONSIDERED, Yahoo! requests this Court to grant the Unopposed Motion to Withdraw as Counsel.

Dated: February 22, 2010

/s/ Mark C. Nelson
Mark C. Nelson
Texas State Bar No. 00793361
Matthew D. Orwig
Texas State Bar No. 15325300
Sonnenschein Nath & Rosenthal LLP
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201
Telephone: (214) 259-0901
Facsimile: (214) 259-0910
Email: mcnelson@sonnenschein.com
Email: morwig@sonnenschein.com

Attorneys for Defendant Yahoo! Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22, 2010, all counsel of record who have or are deemed to have consented to electronic service are being served with a copy of this document via electronic mail.

Dated: February 22, 2010

/s/ Mark C. Nelson

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel of record for Plaintiff by email, and Plaintiff does not oppose this motion.

Dated: February 22, 2010

/s/ Mark C. Nelson