UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

BEDROCK COMPUTER )
TECHNOLOGIES LLC, )
                                                      )
       Plaintiff, )      Civil Action No. 6:09-cv-00269-LED
                                                      )
v. )
                                                      )
SOFTLAYER TECHNOLOGIES, INC. )
et al., )
                                                      )
      Defendants. )
                                                      )

## **ORDER GRANTING UNOPPOSED**
## **MOTION TO WITHDRAW AS COUNSEL**

Before the Court is the unopposed Motion of Defendant Yahoo! Inc. ("Yahoo!"), requesting that the Court enter an order authorizing the withdrawal of attorneys Mark Nelson and Matthew Orwig of the law firm of Sonnenschein Nath & Rosenthal LLP as counsel of record for Yahoo!  Having considered the matter, the Court grants the motion and hereby Orders the withdrawal of Mark Nelson and Matthew Orwig as counsel for Yahoo! in this action.  The Clerk is authorized to remove Mark Nelson and Matthew Orwig from CM/ECF electronic service in this proceeding.

    **So ORDERED and SIGNED this 23rd day of February, 2010.**



    **LEONARD DAVIS**
    **UNITED STATES DISTRICT JUDGE**