# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| Bedrock Computer Technologies LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>Softlayer Technologies, Inc.,<br>CitiWare Technology Solutions, LLC,<br>Google Inc.,<br>Yahoo! Inc.,<br>MySpace Inc.,<br>Amazon.com Inc.,<br>PayPal Inc.,<br>Match.com Inc.,<br>AOL LLC, and<br>CME Group Inc.,<br><br>  Defendants. | Case No. 6:09-CV-269-LED<br><br>JURY TRIAL DEMANDED |

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AMAZON.COM INC.

Defendant Amazon.com Inc. files this Unopposed Motion to Withdraw as Counsel requesting the Court issue an order permitting the withdrawal of the following attorney of record and his associated law firm from further representation of Defendant Amazon.com Inc.:

Kamran Jivani
kamran.jivani@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309

Amazon.com Inc. consents to this request and said Defendant is currently represented by other counsel in this matter. This motion is unopposed and withdrawal will not prejudice or

delay these proceedings.

Therefore, Defendant Amazon.com Inc. respectfully requests that the Motion be granted and that the above-named attorney of record be allowed to withdraw as counsel on behalf of Amazon.com Inc.

Dated: March 3, 2010

Respectfully submitted,

*/s/ Kamran Jivani*
Kamran Jivani
kamran.jivani@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-4631
Facsimile: (404) 881-7777

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on March 3, 2010. Local Rule CV-5(a)(3)(A).

*/s/ Kamran Jivani*
Kamran Jivani