# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| Bedrock Computer Technologies LLC, | |
| Plaintiff, | |
| v. | Case No. 6:09-CV-269-LED |
| Softlayer Technologies, Inc., et.al | JURY TRIAL DEMANDED |
| Defendants. | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AMAZON.COM INC.

Before this Court is the Unopposed Motion to Withdraw as Counsel filed by Defendant
Amazon.com Inc. of the following attorney, as attorney of record:

> Kamran Jivani
> kamran.jivani@alston.com
> ALSTON & BIRD LLP
> 1201 West Peachtree Street
> Atlanta, GA 30309

AND, it appearing that such motion should be GRANTED.

IT IS THEREFORE, ORDERED, that such unopposed motion is GRANTED and that
the above-named attorneys and their associated law firm are withdrawn as counsel of record for
Defendant Amazon.com Inc.