# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Bedrock Computer Technologies LLC, <br><br> Plaintiff, <br><br> v. <br><br> Softlayer Technologies, Inc., et.al <br><br> Defendants. | Case No. 6:09-CV-269-LED <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AMAZON.COM INC.

Before this Court is the Unopposed Motion to Withdraw as Counsel filed by Defendant Amazon.com Inc. of the following attorney, as attorney of record:

Kamran Jivani
kamran.jivani@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309

AND, it appearing that such motion should be GRANTED.

IT IS THEREFORE, ORDERED, that such unopposed motion is GRANTED and that the above-named attorneys and their associated law firm are withdrawn as counsel of record for Defendant Amazon.com Inc.

**So ORDERED and SIGNED this 4th day of March, 2010.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**