# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> SOFTLAYER TECHNOLOGIES, INC., CITIWARE TECHNOLOGY SOLUTIONS, LLC, GOOGLE INC., YAHOO! INC., MYSPACE INC., AMAZON.COM INC., PAYPAL INC., MATCH.COM, LLC., AOL LLC, and CME GROUP INC., <br><br> Defendants. | CASE NO. 6:09-CV-00269 <br><br> Hon. Leonard E. Davis <br><br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING GOOGLE'S MOTION FOR LEAVE TO FILE
NOTICE OF SUPPLEMENTAL FACTS REGARDING DEFENDANTS' MOTION TO
COMPEL PLAINTIFF TO COMPLY WITH PATENT RULE 3-1 AND TO EXTEND
THE TIME TO SERVE INVALIDITY CONTENTIONS**

Before the Court is Google's Motion for Leave to File a Notice of Supplemental Facts Regarding Defendants' Motion to Compel Plaintiff to Comply with Patent Rule 3-1 and to Extend the Time to Serve Invalidity Contentions. After considering the Motion and the relief requested therein, the Court finds that for good cause appearing the motion should be and hereby is GRANTED. Google is deemed to have filed its Notice of Supplemental Facts as of the original filing date of the Motion for Leave to File, and the Court will take the Notice of Supplemental Facts under submission with the Defendant's pending Motion to Compel Plaintiff to Comply with Patent Rule 3-1 and to Extend the Time to Serve Invalidity Contentions.