**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| Bedrock Computer Technologies LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>Softlayer Technologies, Inc.,<br>CitiWare Technology Solutions, LLC,<br>Google Inc.,<br>Yahoo! Inc.,<br>MySpace Inc.,<br>Amazon.com Inc.,<br>PayPal Inc.,<br>Match.com Inc., and<br>AOL Inc.,<br><br>        Defendants. | Case No. 6:09-CV-269-LED |

**DEFENDANTS' NOTICE OF COMPLIANCE**
**PURSUANT TO P.R. 4-1**

      Softlayer Technologies Inc., Google Inc., Yahoo! Inc., Myspace Inc., Amazon.com, Inc., Match.com Inc., and AOL Inc. hereby certify that on May 18, 2010, they served Defendants' Disclosure Pursuant to P.R. 4-1 on counsel for Plaintiff in compliance with the Court's Docket Control Order dated February 3, 2010.

Respectfully submitted, this the 19th day of May 2010.

| | |
|---|---|
| /s/ E. Danielle T. Williams<br>Thad Heartfield<br>Law Offices of J. Thad Heartfield<br>2195 Dowlen Road<br>Beaumont, TX 77706<br>Telephone: 409-866-2800<br>Fax 409-866-5789<br><br>William H. Boice<br>Russell A. Korn<br>KILPATRICK STOCKTON LLP<br>Suite 2800<br>1100 Peachtree Street<br>Atlanta, GA 30309-4530<br>Telephone: (404) 815-6500<br>Fax: (404) 815-6555<br><br>Steven Gardner<br>E. Danielle T. Williams<br>John C. Alemanni<br>KILPATRICK STOCKTON LLP<br>1001 West 4th Street<br>Winston-Salem, NC 27104<br>Telephone: (336) 607-7300<br>Fax: (336) 607-7500<br><br>*Attorneys for Defendants Amazon.com, Inc. and Softlayer Technologies, Inc.* | /s/ Alan L. Whitehurst (with permission)<br>Frank G. Smith<br>frank.smith@alston.com<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>Telephone: (404) 881-7240<br>Facsimile: (404) 256-8184<br><br>Alan L. Whitehurst<br>alan.whitehurst@alston.com<br>Marissa R. Ducca<br>marissa.ducca@alston.com<br>ALSTON & BIRD LLP<br>The Atlantic Building<br>950 F Street, N.W.<br>Washington, DC 20004<br>Telephone: (202) 756-3300<br>Facsimile: (202) 756-3333<br><br>Michael J. Newton (SBN 24003844)<br>mike.newton@alston.com<br>ALSTON & BIRD LLP<br>Chase Tower<br>2200 Ross Avenue, Suite 3601<br>Dallas, TX 75201<br>Telephone: (214) 922-3423<br>Facsimile: (214) 922-3839<br><br>Louis A. Karasik (*pro hac vice*)<br>lou.karasik@alston.com<br>ALSTON & BIRD LLP<br>333 South Hope Street<br>16th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 576-1148<br>Facsimile: (213) 576-1100<br><br>*Attorneys for Defendants AOL Inc. and Myspace, Inc.* |

3

| | |
|---|---|
| /s/ Yar R. Chaikowsky (with permission)<br>Yar R. Chaikovsky<br>California State Bar No. 175421<br>John A. Lee<br>California State Bar No. 229911<br>MCDERMOTT WILL & EMERY LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA 94025<br>Tel: 650.815.7400<br>Fax: 650.815.7401<br>E-mail: ychaikovsky@mwe.com<br>Email: jlee@mwe.com<br><br>*Attorneys for Defendant Yahoo! Inc.* | /s/ Antonio Sistos (with permission)<br>Claude M. Stern<br>claudestern@quinnemanuel.com<br>Evette D. Pennypacker<br>evettepennypacker@quinnemanuel.com<br>Todd M. Briggs<br>toddbriggs@quinnemanuel.com<br>Antonio Sistos<br>antoniosistos@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650-801-5000<br>Facsimile: 650-801-5100<br><br>Michael E. Jones<br>mikejones@potterminton.com<br>Texas State Bar No. 10929400<br>POTTER MINTON, PC<br>110 N. College<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br><br><br>*Attorneys for Google, Inc. and Match.com, LLC* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 19, 2010, a true and correct copy of the above was served via electronic mail. Any other counsel of record will be served by First Class U.S. mail on this same date.

/s/ E. Danielle T. Williams<br>
E. Danielle T. Williams