IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BEDROCK COMPUTER, TECHNOLOGIES, LLC | § § § | |
| v. | § § | No. 6:09-cv-269 LED-JDL |
| SOFTLAYER TECHNOLOGIES, INC., ET AL. | § § § | JURY DEMANDED |

**ORDER**

Before the Court is Red Hat, Inc.'s Motion to Intervene (Doc. No. 219).  The matter has been fully briefed.  Upon consideration of the parties' arguments, the motion is **DENIED**.

**So ORDERED and SIGNED this 25th day of October, 2010.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE