IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Bedrock Computer Technologies LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>Softlayer Technologies, Inc.,<br><br>        Defendants. | Case No. 6:09-CV-269-LED<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' NOTICE OF COMPLIANCE

Softlayer Technologies Inc., Google Inc., Yahoo! Inc., Myspace Inc., Amazon.com, Inc., Match.com Inc., and AOL Inc. hereby certify that on November 18, 2010, they served Defendants' Supplemental Joint Invalidity Contentions on counsel for Plaintiff in compliance with the Court's Order dated November 15, 2010 (Dkt. 333) and Patent Rules 3-3.

Respectfully submitted, this the 18th day of November 2010.

| | |
|---|---|
| /s/ E. Danielle T. Williams<br>Steven Gardner<br>E. Danielle T. Williams<br>John C. Alemanni<br>Alton Absher III<br>KILPATRICK STOCKTON LLP<br>1001 West 4th Street<br>Winston-Salem, NC 27101<br>Telephone: 336-607-7300<br>Fax: 336-607-7500<br><br>William H. Boice<br>Russell A. Korn<br>KILPATRICK STOCKTON LLP<br>Suite 2800<br>1100 Peachtree Street<br>Atlanta, GA 30309-4530<br>Telephone: 404-815-6500<br>Fax: 404-815-6555<br><br>J. Thad Heartfield<br>Texas Bar No. 09346800<br>thad@jth-law.com<br>M. Dru Montgomery<br>Texas Bar No. 24010800<br>dru@jth-law.com<br>THE HEARTFIELD LAW FIRM<br>2195 Dowlen Road<br>Beaumont, TX 77706<br>Telephone: 409-866-2800<br>Fax: 409-866-5789<br><br>*Attorneys for Defendants SoftLayer Technologies, Inc. and Amazon.com Inc.* | /s/ Marissa R. Ducca (with permission)<br>Alan L. Whitehurst<br>alan.whitehurst@alston.com<br>Marissa R. Ducca<br>marissa.ducca@alston.com<br>ALSTON & BIRD LLP<br>The Atlantic Building<br>950 F Street, N.W.<br>Washington, DC 20004<br>Telephone: (202) 756-3300<br>Facsimile: (202) 756-3333<br><br>Frank G. Smith<br>frank.smith@alston.com<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>Telephone: (404) 881-7240<br>Facsimile: (404) 256-8184<br><br>Michael J. Newton (SBN 24003844)<br>mike.newton@alston.com<br>ALSTON & BIRD LLP<br>Chase Tower<br>2200 Ross Avenue, Suite 3601<br>Dallas, TX 75201<br>Telephone: (214) 922-3423<br>Facsimile: (214) 922-3839<br><br>Louis A. Karasik (*pro hac vice*)<br>lou.karasik@alston.com<br>ALSTON & BIRD LLP<br>333 South Hope Street<br>16th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 576-1148<br>Facsimile: (213) 576-1100<br><br>*Attorneys for Defendants MySpace Inc. and AOL LLC* |

<table>
<tr><td>

/s/ Todd M. Briggs (with permission)
Claude M. Stern
claudestern@quinnemanuel.com
Todd M. Briggs
toddbriggs@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Dr., Suite 560
Redwood Shores, CA 94065
Telephone: 650-801-5000
Facsimile: 650-801-5100

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON
110 N. College
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

*Attorneys for Defendants Google Inc.
and Match.com, LLC*

</td><td>

/s/ Yar R. Chaikovsky (with permission)
Yar R. Chaikovsky
ychaikovsky@mwe.com
MCDERMOTT WILL & EMERY
275 Middlefield Rd., Suite 100
Menlo Park, CA 94025
Telephone: (650) 815-7447
Facsimile: (650) 815-7401

*Attorney for Defendant Yahoo! Inc.*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 18, 2010, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system, per Local Rule CV-5(a)(3).

/s/ E. Danielle T. Williams
E. Danielle T. Williams