IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Bedrock Computer Technologies LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Softlayer Technologies, Inc.,<br><br>　　　　Defendants. | Case No. 6:09-CV-269-LED<br><br>JURY TRIAL DEMANDED |

### DEFENDANTS' NOTICE OF COMPLIANCE

Softlayer Technologies Inc., Google Inc., Yahoo! Inc., Myspace Inc., Amazon.com, Inc., Match.com Inc., and AOL Inc. (collectively, "Defendants") hereby certify that on December 20, 2010, they served Defendants' Joint Amended Invalidity Contentions on counsel for Plaintiff in compliance with Patent Rules 3-6(a)(2).

2

Respectfully submitted, this the 21st day of December 2010.

/s/ E. Danielle T. Williams
Steven Gardner
E. Danielle T. Williams
John C. Alemanni
Alton Absher III
KILPATRICK STOCKTON LLP
1001 West 4th Street
Winston-Salem, NC 27101
Telephone: 336-607-7300
Fax: 336-607-7500

William H. Boice
Russell A. Korn
KILPATRICK STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4530
Telephone: 404-815-6500
Fax: 404-815-6555

J. Thad Heartfield
Texas Bar No. 09346800
thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, TX 77706
Telephone: 409-866-2800
Fax: 409-866-5789

*Attorneys for Defendants SoftLayer Technologies, Inc. and Amazon.com Inc.*

/s/ Marissa R. Ducca (with permission)
Alan L. Whitehurst
alan.whitehurst@alston.com
Marissa R. Ducca
marissa.ducca@alston.com
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 756-3300
Facsimile: (202) 756-3333

Frank G. Smith
frank.smith@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7240
Facsimile: (404) 256-8184

Michael J. Newton (SBN 24003844)
mike.newton@alston.com
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 3601
Dallas, TX 75201
Telephone: (214) 922-3423
Facsimile: (214) 922-3839

Louis A. Karasik (*pro hac vice*)
lou.karasik@alston.com
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1148
Facsimile: (213) 576-1100

*Attorneys for Defendants MySpace Inc. and AOL LLC*

| | |
|---|---|
| /s/ Todd M. Briggs (with permission)<br>Claude M. Stern<br>claudestern@quinnemanuel.com<br>Todd M. Briggs<br>toddbriggs@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>555 Twin Dolphin Dr., Suite 560<br>Redwood Shores, CA 94065<br>Telephone: 650-801-5000<br>Facsimile: 650-801-5100<br><br>Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>POTTER MINTON<br>110 N. College<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br><br>*Attorneys for Defendants Google Inc. and Match.com, LLC* | /s/ Yar R. Chaikovsky (with permission)<br>Yar R. Chaikovsky<br>ychaikovsky@mwe.com<br>MCDERMOTT WILL & EMERY<br>275 Middlefield Rd., Suite 100<br>Menlo Park, CA 94025<br>Telephone: (650) 815-7447<br>Facsimile: (650) 815-7401<br><br>*Attorney for Defendant Yahoo! Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 21, 2010, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system, per Local Rule CV-5(a)(3).

/s/ E. Danielle T. Williams
E. Danielle T. Williams
