# CASE NO. 6:09-CV-269

# BEDROCK COMPUTER TECHNOLOGIES, LLC.
# V
# SOFTLAYER TECHNOLOGIES, INC., ET AL

# 2/16/11 - STATUS CONFERENCE
# & MOTION HEARING

# PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Doug Cawley | Bedrock |
| Scott Hejny | ↑ |
| Jason Cassady | |
| Chris Bunt | |
| Austin Curry | |
| Tom Gorham | ↓ |
| Phillip Aurentz | Bedrock |
| Thad Heartfield | Softlayer / Amazon |
| Jennifer Doan | Yahoo! — / H+D |
| David Brightman | Yahoo! |
| Thu Morr Morisseau | Yahoo! — MW+E |
| Yar Chaikovsky | Yahoo! — MW+E |
| Claude Stern | Google / Match.com |
| Evette Pennypacker | " " |
| Bill Bosice | Amazon / Softlayer |
| Danielle Williams | " |

| | |
|---|---|
| Deron Daws | AOL/Myspace |
| Frank Smith | |
| Alan Whitehurst | |
| Lou Karasik | |
| | |
| ~~Chris B~~ Mike Jones | Google/Match.com |