IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 6:09-CV-269-LED |
| v. | § § | |
| GOOGLE INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Charge.

1. Did Bedrock prove by a preponderance of the evidence that Google infringed the following claims of the '120 patent?

   **Answer "Yes" or "No" for each Claim.**

   <u>Claims</u>

   Claim 1    _Yes_

   Claim 2    _Yes_

   **If you answered "Yes" on any Claim, answer the next question. If not, skip it.**

2. Did Google prove by a preponderance of the evidence that any of the listed claims of the '120 patent are invalid?

   **If you find the Claim invalid, answer "Yes," otherwise, answer "No."**

   Claim 1    *No*

   Claim 2    *No*

   **If you have found any claim infringed and valid, answer question 3; otherwise, do not answer question 3.**

3. What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate Bedrock for Google's infringement of the '120 patent through the time of trial?

   **Answer in dollars and cents.**

   $ *5,000,000.00/XX*

   Signed this *15th* day of April, 2011.

   _____
   **JURY FOREPERSON**