**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **Bedrock Computer Technologies LLC,** | § | Case No. 6:09-cv-269 (LED) |
| | § | |
| Plaintiff, | § | Jury Trial Demanded |
| | § | |
| v. | § | |
| | § | |
| **Softlayer Technologies, Inc., et al** | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On this day, Bedrock Computer Technologies, LLC and Amazon.com, Inc. announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted by Bedrock Computer Technologies LLC against Amazon.com, Inc. are dismissed with prejudice and all claims for relief asserted by Amazon.com, Inc. against Bedrock Computer Technologies LLC are dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**So ORDERED and SIGNED this 9th day of May, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**