IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BEDROCK COMPUTER TECHNOLOGIES, LLC** | § § § | |
| Plaintiff, | § § | |
| vs. | § § | |
| **SOFTLAYER TECHNOLOGIES, INC.,** et al., | § § § | CASE NO. 6:09cv269 PATENT CASE |
| Defendants. | § § | |

## ORDER

This action was tried between Bedrock Computer Technologies, LLC and Yahoo!, Inc. to a jury beginning April 27, 2011. After a five day trial, the jury reached a verdict of noninfringement. Accordingly, it is **ORDERED** that Bedrock Computer Technologies LLC take nothing from Yahoo!, Inc.

Because the Court prefers to resolve all post-trial issues–including motions under Federal Rules of Civil Procedure 50 and 59–before entering a final judgment, Bedrock Computer Technologies LLC and Yahoo!, Inc. are **ORDERED** to file all post-verdict motions by June 3, 2011. Any post-verdict motions will be heard on **Tuesday, July 26, 2011 at 9:30 a.m.**

In addition, the Court **ORDERS** that the page limits of Local Rule CV-7(a)(1) apply to all post-verdict briefing. Thus, if a party files more than one motion for judgment as a matter of law (under Federal Rule of Civil Procedure 50(b)) or motion for new trial (under Rule 59), the following limitations shall apply: (1) a party's motions for judgment as a matter of law and motions for new

trial shall not exceed sixty pages (60) collectively, excluding attachments; (2) a party's responses to motions for judgment as a matter of law and motions for new trial shall not exceed sixty pages (60) collectively, excluding attachments; (3) a party's replies to motions for judgment as a matter of law and motions for new trial shall not exceed twenty pages (20) collectively, excluding attachments; and (4) a party's surreplies to motions for judgment as a matter of law and motions for new trial shall likewise not exceed twenty pages (20) collectively, excluding attachments.

**So ORDERED and SIGNED this 10th day of May, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**