**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **Bedrock Computer Technologies LLC,** | § | **Case No. 6:09-cv-269 (LED)** |
| | § | |
| **Plaintiff,** | § | **Jury Trial Demanded** |
| | § | |
| **v.** | § | |
| | § | |
| **Softlayer Technologies, Inc., et al** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER VACATING VERDICT AND

## DISMISSING CLAIMS AND COUNTERCLAIMS WITH PREJUDICE

On this day, Bedrock Computer Technologies, LLC and Google, Inc. announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request to vacate the verdict and for dismissal should be granted.

IT IS THEREFORE ORDERED that the verdict rendered in this matter is VACATED and all claims for relief asserted by Bedrock Computer Technologies LLC against Google, Inc. are DISMISSED WITH PREJUDICE and all claims for relief asserted by Google, Inc. against Bedrock Computer Technologies LLC are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

01980.51572/4129094.1

**So ORDERED and SIGNED this 18th day of May, 2011.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**