IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BEDROCK COMPUTER TECHNOLOGIES LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 6:09cv269 LED |
| v. | § § | |
| YAHOO! INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Charge.

1. Did Bedrock prove by a preponderance of the evidence that Yahoo infringes the following claims of the '120 patent?

    **Answer "Yes" or "No" for each Claim.**

    Claim 1     _No_

    Claim 2     _No_

    **If you answered "Yes" on any Claim, answer the next question. If not, skip it.**

2. Did Yahoo prove by a preponderance of the evidence that any of the listed claims of the '120 patent are invalid?

    **If you find the Claim invalid, answer "Yes," otherwise, answer "No."**

    Claim 1     _____

    Claim 2     _____

1

       **If you have found any claim infringed and valid, answer questions 3 and 4; otherwise, do not answer questions 3 or 4.**

3. Did Bedrock prove by clear and convincing evidence that Yahoo's infringement was willful?

    **Answer "Yes" or "No."**

    _____

4. What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate Bedrock for Yahoo's infringement of the '120 patent through the time of trial?

    **Answer with the amount of money in dollars and cents.**

    $_____

                                                    Signed this 10th day of _____MAY_____, 2011.

                                                    **JURY FOREPERSON**