IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BEDROCK COMPUTER<br>TECHNOLOGIES LLC, | § § § | |
| Plaintiff, | § § | |
| | § | CASE NO. 6:09cv269 LED |
| v. | § § | |
| YAHOO! INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**VERDICT FORM**

In answering these questions, you are to follow all of the instructions I have given you in the Court's Charge.

1.   Did Bedrock prove by a preponderance of the evidence that Yahoo infringes the following claims of the '120 patent?

**Answer "Yes" or "No" for each Claim.**

Claim 1      _No_

Claim 2      _No_

**If you answered "Yes" on any Claim, answer the next question.  If not, skip it.**

2.   Did Yahoo prove by a preponderance of the evidence that any of the listed claims of the '120 patent are invalid?

**If you find the Claim invalid, answer "Yes," otherwise, answer "No."**

Claim 1      _____

Claim 2      _____

1

**If you have found any claim infringed and valid, answer questions 3 and 4; otherwise, do not answer questions 3 or 4.**

3.      Did Bedrock prove by clear and convincing evidence that Yahoo's infringement was willful?

**Answer "Yes" or "No."**

_____

4.      What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate Bedrock for Yahoo's infringement of the '120 patent through the time of trial?

**Answer with the amount of money in dollars and cents.**

$_____

**Signed this** _10th_ **day of** _____MAY_____ **, 2011.**

_____
**JURY FOREPERSON**

2