**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **BEDROCK COMPUTER TECHNOLOGIES, LLC,** § § § | |
| Plaintiff, § | NO. 6:09cv269 LED-JDL |
| § | |
| vs. § | PATENT CASE |
| § | |
| **SOFTLAYER TECHNOLOGIES, INC.** et al. § § § | |
| Defendants. § § | |

## FINAL JUDGMENT

On June 16, 2009, Plaintiff Bedrock Computer Technologies, LLC ("Bedrock") filed suit against ten (10) Defendants. Since that time, all Defendants but Yahoo!, Inc. ("Yahoo") have been dismissed: Softlayer Technologies, Inc. (Doc. No. 827); CitiWare Technology Solutions, LLC; Google Inc. (Doc. No. 830); MySpace Inc. (Doc. No. 805); Amazon.com Inc. (Doc. No. 826); PayPal Inc. (Doc. No. 202); Match.com, Inc. (Doc. No. 663); AOL Inc. (Doc. No. 804); and CME Group Inc. (Doc. No. 168).

In addition, this action was tried between Bedrock and Yahoo to a jury beginning April 27, 2011. After a five day trial, the jury reached a verdict of noninfringement. In accordance with the jury's verdict, the Court's post-trial rulings, and the dismissal of all other Defendants, the Court renders the following judgment:

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that Bedrock pay Yahoo's costs in the amount of $115,500 in accordance with Bedrock and Yahoo's Agreed Bill of Costs (Doc. No. 844).

It is further **ORDERED, ADJUDGED** and **DECREED** that all pending motions are

**DENIED AS MOOT**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 30th day of September, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**